1  **BRYAN CAVE LEIGHTON PAISNER LLP**
2  ALEXANDRA C. WHITWORTH, CALIFORNIA BAR NO. 303046
   ALEX.WHITWORTH@BCLPLAW.COM
3  SAURISH APPLEBY-BHATTACHARJEE, CALIFORNIA BAR NO. 286264
   SAURISH@BCLPLAW.COM
4  TESSA MARRACCINO, CALIFORNIA BAR NO. 350886
   TESSA.MARRACCINO@BCLPLAW.COM
5  THREE EMBARCADERO CENTER
   7TH FLOOR
6  SAN FRANCISCO, CALIFORNIA 94111-4070
7  TEL.:   (415) 675-3400
   FAX:   (415) 675-3434
8
   *ATTORNEYS FOR PETITIONER COINBASE, INC.*
9

10              **UNITED STATES DISTRICT COURT**

11        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12                 **SAN FRANCISCO DIVISION**

13  COINBASE, INC.,                    | Case No. 3:25-cv-02573

14              Plaintiff,

15      v.                             | **PETITION TO CONFIRM ARBITRATION
                                       | AWARD; REQUEST FOR ENTRY OF
16  AHREN SPILKER,                     | JUDGMENT**

17              Defendant.

18

19

20

21

22

23

24

25

26

27

28

**INTRODUCTION**

Petitioner requests confirmation of an arbitration award issued December 17, 2024, in American Arbitration Association Case No. 01-24-0000-0702, *Spilker v. Coinbase, Inc.* (the "Arbitration"). A true and correct copy of the "Final Award" is attached hereto as Exhibit A. Arbitrator Diana Kruze denied each of Spilker's claims and held the "Coinbase, as a matter of law, cannot be held liable for Claimant's damages." *Id.* at 5.

**JURISDICTION AND VENUE**

1.      This Court has diversity jurisdiction of this matter pursuant to 28 U.S.C. § 1332, as the parties are citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.  Mr. Spilker sought more than $350,000 in damages in arbitration. A true and correct copy of the Amended Statement of Claim is attached hereto as Exhibit B. *Theis Rsch., Inc. v. Brown & Bain*, 400 F.3d 659 (9th Cir. 2005) ("We are satisfied that the amount in controversy is the amount [that the arbitral claimant] sought to recover by its complaint.").

2.      Mr. Spilker is a resident of Idaho. Coinbase is a corporation organized under the laws of the State of Delaware and does not have a principal place of business in Idaho.

3.      Venue is proper for this confirmation proceeding under 9 U.S.C. § 9 because the Final Award was issued through arbitration proceedings in San Francisco, California, the location provided for by AAA. 9 U.S.C. § 9 provides that if, as here, "no court is specified in the agreement of the parties" then an application to confirm an arbitration award "may be made to the United States court in and for the district within which such award was made."  9 U.S.C. § 9.

**1.  FACTUAL BACKGROUND**

4.      On January 5, 2024, Mr. Spilker filed a Demand for Arbitration with the American Arbitration Association ("AAA") against Coinbase, Inc. seeking damages in the amount of $350,000 for withdrawal of staked cryptocurrency, allegedly without his authorization. Ex. A at 2. He alleged that he had been in contact with a "Coinbase Agent" and brought causes of action under the Electronic Funds Transfer Act, tort and common law, breach of contract, California law, Oregon and Idaho law, and federal commodities and securities laws. Ex. A at 2-3; Ex. B.

5.      The User Agreement between Mr. Spilker and Coinbase, Inc. provided that the parties agreed to arbitrate any disputes, and that the arbitration would be "in accordance with the American Arbitration Association's rules for consumer related disputes." A true and correct copy of the User Agreement is attached hereto as Exhibit C. See Ex. C at § 7.2 (the parties' agreement to arbitrate and agreement that an award may be enforced).

6.      Arbitrator Diana Kruze was appointed as the neutral to decide this dispute. Mr. Spilker did not object at any time during the pendency of the arbitration to the selection of Arbitrator Kruze.

7.      Coinbase filed a Motion for Summary Judgment on all Mr. Spilker's claims. Briefing was completed on December 9, 2024. Ex. A at 1.

8.      A hearing on the Motion for Summary Judgment was held on December 16, 2024. *Id.*

9.      On December 17, 2024, Arbitrator Kruze issued an Order Granting Dispositive Motion as to all of Mr. Spilker's claims. Ex. A at 6 ("Respondent's Motion for Summary Judgment is GRANTED. Claimant's claims against Coinbase are dismissed.").

10.     The Final Award holds:

a.      Claimant's EFTA cause of action is time-barred because the "one-year limitations period begins when the first unauthorized transfer occurs, not upon discovery by the consumer, and not when the consumer notifies the defendant of the unauthorized transfer." *Id.* at 3, applying 15 U.S.C. §1693m(g) and *Wike v. Vertrue, Inc.*, 566 F.3d 590,593 (6th Cir. 2009).

b.      "The undisputed facts show that a third party, not Coinbase, caused Claimant's damages" and that "Claimant's damages were the result of an intervening and superseding cause: the actions of a third-party scammer. Coinbase, as a matter of law, cannot be held liable for Claimant's damages." Ex. A at 4, citing *May v. Google, LLC*, No. 24-CV-01314-BLF, 2024 WL 4681604, at *10 (N.D. Cal. Nov. 4, 2024).

c.      The parties' contract forecloses Mr. Spilker's causes of action for breach of contract, negligence and tort claims, and claims under Idaho and Oregon law. Ex. A at 5.

d.      Pursuant to *Melchoir v. New Line Prods., Inc.*, 106 Cal. App. 4th 779, 793

(2003), "Claimant's cause of action for unjust enrichment fails because 'there is no [such thing as a] cause of action in California for unjust enrichment.'" Ex. A at 5.

          e.      Mr. Spilker's CLRA claim fails "as courts have consistently held that the CLRA does not apply to cryptocurrency exchanges like Coinbase". *Id.* at 6, citing various cases.

### MOTION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT

The Federal Arbitration Act ("FAA") allows for confirmation of arbitral awards in federal court. It states, in relevant part:

> If the parties in their agreement have agreed that a judgment of the court shall be entered upon the award made pursuant to the arbitration, and shall specify the court, then at any time within one year after the award is made any party to the arbitration may apply to the court so specified for an order confirming the award, and thereupon the court must grant such an order unless the award is vacated, modified, or corrected as prescribed in sections 10 and 11 of this title. If no court is specified in the agreement of the parties, then such application may be made to the United States court in and for the district within which such award was made.

9 U.S.C. § 9. All the FAA's requirements to confirm this arbitral award are met.

*First*, Section 1.6 of the User Agreement states that "the arbitral decision may be enforced in any court." This provision authorizes judgment to be entered on an award in federal court.

*Second*, this motion is timely, because it is made within one year after entry of the award. The arbitrator entered the award and dated it December 17, 2024. *See* Ex. A at 6. This motion is being made March 14, 2025. Venue is proper in this Court because the award was issued by an arbitrator located in this jurisdiction.

*Third*, no grounds exist for modification, correction, or vacatur of the Award. The limited exclusive statutory grounds for vacatur of an award are:

    (1)    the award was procured by corruption, fraud, or undue means;

    (2)    there was evident partiality or corruption in the arbitrators, or either of them;

    (3)    the arbitrators were guilty of misconduct in refusing to postpone the hearing, upon sufficient cause shown, or in refusing to hear evidence pertinent and material to the controversy; or of any other misbehavior by which the rights of any party have been prejudiced; or

    (4)    the arbitrators exceeded their powers, or so imperfectly executed them that a mutual, final, and definite award upon the subject matter submitted was not made.

1    9 U.S.C. § 10; *see also Hall Street Associates, L.L.C. v. Mattel, Inc.*, 552 U.S. 576 (2008) (no

2    grounds outside the statutory framework may be considered for vacating or modifying an

3    arbitration award). None of these grounds are implicated: There was no fraud; the arbitrator did

4    not act corruptly; the arbitrator committed no misconduct; and the arbitrator did not exceed her

5    authority. The FAA *requires* confirmation of an award in these circumstances. *See Hall St.*

6    *Assocs., L.L.C. v. Mattel, Inc.*, 552 U.S. 576, 582 (2008) ("Under the terms of § 9, a court 'must'

7    confirm an arbitration award 'unless' it is vacated, modified, or corrected 'as prescribed' in §§ 10

8    and 11. Section 10 lists grounds for vacating an award, while § 11 names those for modifying or

9    correcting one.").

10        Likewise, there is no basis to modify the award. The exclusive statutory bases for

11   modification are:

12       (a)    Where there was an evident material miscalculation of figures or an evident material mistake in the description of any person, thing, or property referred

13       to in the award.

14       (b)    Where the arbitrators have awarded upon a matter not submitted to them, unless it is a matter not affecting the merits of the decision upon the matter

15       submitted; or

16       (c)    Where the award is imperfect in matter of form not affecting the merits of the Controversy.

17

18   Because there were no damages awarded, there was no miscalculation in the damages amount.

19        *Finally*, Section 13 of the FAA requires that a party moving to confirm an award attach

20   certain documents to its motion. Those requirements are all met, as outlined below and attached:

21       (a)    The agreement; the selection or appointment, if any, of an additional arbitrator or umpire; and each written extension of the time, if any, within

22       which to make the award.

23   The agreement to arbitrate is contained in § 7.2 of Exhibit C. No additional arbitrators were

24   appointed or selected for this matter, and no extensions of time for the Arbitrator to render her

25   award were requested or given.

26       (b)    The award.

27   The award in this matter consists of the Final Award, attached hereto as Exhibit A.

28       (c)    Each notice, affidavit, or other paper used upon an application to confirm, modify,

1  or correct the award.

2  No such applications have been made.

3  ## CONCLUSION AND RELIEF REQUESTED

4      All requirements for confirmation of this final award have been met. Accordingly, pursuant

5  to 9 U.S.C. § 9, Coinbase seeks (1) Confirmation of the Final Award as a Judgment of this Court

6  against Respondent in the amount of $0; and (2) Any and all further relief this Court deems just

7  and proper.

8  Dated: March 14, 2025,                    Respectfully submitted,

9                                            Bryan Cave Leighton Paisner LLP

10

11                                           By: */s/ Alexandra C. Whitworth*
                                                Alexandra C. Whitworth
12                                              Attorneys for Petitioner Coinbase, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



## ORDER GRANTING DISPOSITIVE MOTION

***Ahren Spilker***
***v.***
***Coinbase, Inc.***

**Case 01-24-0000-0702**

### I.    INTRODUCTION

On October 21, 2024, Respondent Coinbase, Inc. filed a Dispositive Motion (the "Motion"), seeking dismissal and judgment as a matter of law with respect to Claimant Ahren Spilker's Arbitration Demand. Claimant filed an Opposition brief on November 25, 2024, and Respondent filed a Reply brief on December 9, 2024. After being granted leave to do so, both parties also submitted supplemental letter briefs, addressing a supplemental document production provided by Claimant.

Pursuant to the Consumer Arbitration Rules of the American Arbitration Association, a hearing was held on December 16, 2024 before Arbitrator Diana Kruze with respect to the Motion. Christine Hovenga from the Patterson Law firm appeared for Claimant. Saurish Appleby-Bhattacharjee, Isabella Issa and Kristin Webb from the Bryan Cave firm appeared for Respondent.

After consideration of the parties' written materials, the applicable legal authority, and oral argument, the Chair Arbitrator GRANTS Respondent's Motion consistent with the following order.

### II.    FACTUAL BACKGROUND

Claimant had a cryptocurrency account with Respondent. Respondent provides an online platform for buying, selling, transferring, and storing cryptocurrency.

Coinbase's relationship with its customers is governed by contract, its User Agreement (the "UA"). Claimant agreed to the UA when he first created his account in 2016, and he again accepted an updated version of the UA in 2022.

In approximately March 2017, Claimant used his Coinbase account to acquire a cryptocurrency token known as Ether ("ETH"). Starting in May 2021, Claimant used his Coinbase account to stake his

ETH.[1]  At all times relevant to this case, staked ETH could not be un-staked.  In August 2022, Coinbase informed its consumers that it was launching a utility token called cbETH, which is a tradable token that represents a user's staked ETH held on the Coinbase platform.

As of September 7, 2022, Claimant held approximately 174.01 tokens of staked ETH in his Coinbase account.  On or about the same day, Claimant alleges that he received a call from someone purporting to be a Coinbase representative.  As Claimant later unfortunately realized, he was instead speaking to a third-party scammer.  The scammer gained access to Claimant's Coinbase account.  To do so, the scammer had to have successfully (1) entered Claimant's username and password, (2) entered the two-factor authentication code, and (3) confirmed their device via an email sent to Claimant's verified email address.  After infiltrating Claimant's account, the attacker: (1) wrapped Claimant's ETH2 to cbETH; (2) traded that cbETH for another cryptocurrency token (unstaked ETH); (3) and then transferred the ETH (totaling approximately 183.15 tokens), off of Coinbase's platform to a cryptocurrency wallet controlled by the scammer.  Claimant lost a substantial amount of money.

On or about September 9, 2022, Claimant contacted Respondent's customer support to report that funds had been withdrawn from his account without his consent. Claimant alleged that he had been in contact with a "Coinbase Agent" on September 7, who had reached out to him directly, yet Respondent's records show that no Coinbase-affiliated person contacted Claimant that day.  Claimant also told Coinbase's customer service representative that the person who called him requested that he provide his password.  Coinbase conducted an investigation into Claimant's complaints, but refused to reinstate Claimant's tokens or provide any compensation for his loss.

Claimant filed an Arbitration Demand against Respondent on January 5, 2024 with the American Arbitration Association pursuant to the arbitration agreement contained in the UA.  Claimant now seeks to recover from Coinbase, asserting several causes of action under: (i) the Electronic Funds Transfer Act ("EFTA") (Count I); (ii) tort and common law (Counts II, III, V. VII, IX, XI, XII, and XIII); (iii) breach of contract (Count IV); (iv) California law (Count VI); (v) Idaho and Oregon law (Counts VII and VIII);

---

[1] "Staking" is a process by which users can validate blocks of transactions on the Ethereum network to help secure the network.  In exchange for staking their tokens and successfully completing certain validation exercises, users could receive rewards from the Ethereum network, paid in ETH.  Respondent does not own or operate the Ethereum network.

and (vi) federal commodities and securities laws (Counts X and XI).

## III.    DISCUSSION

Respondent moves for summary judgment, contending that Claimant's Demand fails as a matter of law. California law and the Consumer Arbitration Rules govern this dispute. (*See* Scheduling Order; UA.)

Under California law, summary judgment is appropriate when there is no genuine issue as to any material fact and judgment should be granted in favor of the movant as a matter of law. The purpose of a summary judgment motion is to provide a mechanism by which a court can determine whether, despite the allegations in the parties' pleadings, a trial is necessary to resolve their dispute for particular claims. *See Aguilar v. Atlantic Richfield Co.* (2001) 25 Cal.4th 826, 843.

As the moving party, Respondent has the initial burden of producing evidence sufficient to make a prima facie showing that a cause of action has no merit, either because Claimant cannot establish one or more of the elements of the cause of action, or because a complete defense to it exists. *See* Cal. Code Civ. Proc. § 437c; *see also*, *Aguilar*, 25 Cal.4th at 850-51. Once the moving party meets its burden, Claimant must show that a triable issue of material fact exists. Code Civ. Proc. § 437c(p)(2). A "triable issue of material fact may not be created by speculation or a 'stream of conjecture and surmise.'" *Miller v. Fortune Commercial Corp.* (2017) 15 Cal.App.5th 214, 220. "Instead, the [Claimant] must produce 'substantial responsive evidence.'" *Id*. In making her determination with respect to the Motion, the Arbitrator must consider the evidence, and any inferences reasonably drawn from the evidence, in the light most favorable to party opposing summary judgment. *Aguilar,* 25 Cal. 4th at 844-845. "All doubts" are resolved in Claimant's favor. *McIntosh v. Mills* (2004) 121 Cal.App.4th 333, 338.

Summary judgment is appropriate here for several reasons.

First, Claimant's EFTA cause of action is time-barred. The EFTA requires that "any action under this section" must be brought "within one year from the date of the occurrence of the violation." 15 U.S.C. § 1693m(g). The one-year limitations period begins when the first unauthorized transfer occurs, not upon discovery by the consumer, and not when the consumer notifies the defendant of the unauthorized transfer. *Wike v. Vertrue, Inc.*, 566 F.3d 590, 593 (6th Cir. 2009) ("Congress created a cause of action that accrues only when the reality of harm, not its mere possibility, takes place–which is when

'transfers' occur…. A consumer is injured [within EFTA's meaning] only if, and only when, funds are withdrawn from her account."); *see also Widjaja v. JPMorgan Chase Bank, N.A.,* 2020 WL 2949832, at *6 (C.D. Cal. Mar. 31, 2020) (rejecting plaintiff's argument that the discovery rule should be applied to an EFTA claim); *Harvey v. Google Inc.,* 2015 WL 9268125, at *3 (N.D. Cal. Dec. 21, 2015) ("In cases involving unauthorized transfers, courts interpret § 1693m(g) to require that EFTA claims be filed within one year of the date of the first [unauthorized] transfer.").

Here, it is undisputed that the unauthorized transfers occurred between September 7 and 9, 2022. Thus, Claimant needed to file his Demand by September 7, 2023.  Claimant, however, did not initiate this action until January 5, 2024—well over one year later. Claimant's EFTA claim is consequently barred by the applicable statute of limitations.

In its opposition, Claimant contends that the limitations period began running only after Respondent's refusal to investigate or refusal to refund Claimant's account.  (Opp., at 4-5.)  Claimant cites no authority to support its assertion that the statute runs at a later time (such as upon completion of the exchange's investigation).  Moreover, even if the Arbitrator were to adopt Claimant's unsupported view of the law, the undisputed facts show that Respondent investigated his complaint in September 2022 (the same month as the loss) and informed Claimant on October 1, 2022 following its investigation that his account was compromised by a third party, and that Coinbase was unwilling to reverse the transactions.  Even under Claimant's proposed rule, his claim had to be filed no later than October 1, 2023, still many months before he actually initiated this Arbitration.

Second, the undisputed facts show that a third party, not Coinbase, caused Claimant's damages. Causation is an essential component of all of Claimant's causes of action.  While Claimant initially pled that his loss must have been the result of an inside job, recently-produced materials show that allegation to be false.  On September 9, 2022, Claimant filed a complaint with the Internet Crime Complaint Center ("IC3").  In that complaint, Claimant asserts that his "Coinbase account was scammed," and identifies the name and phone number of the third-party scammer.  Claimant did not disclose this complaint, or the identify of the scammer, to Respondent until December 2024, just days before the oral argument on this Motion.  For its part, Respondent submitted a verified declaration that the individual named in Claimant's IC3 complaint is not a Coinbase employee, and the phone number listed is not a Coinbase number.

Claimant does not dispute these facts in its briefing.  In other words, Claimant's damages were the result of an intervening and superseding cause: the actions of a third-party scammer.  Coinbase, as a matter of law, cannot be held liable for Claimant's damages.  *See May v. Google, LLC*, No. 24-CV-01314-BLF, 2024 WL 4681604, at *10 (N.D. Cal. Nov. 4, 2024).

Third, Claimant's supplemental production also eviscerates many of Claimant's other causes of action.  For example, in his Demand, Claimant alleges that Coinbase never advised users that staked ETH could be wrapped and traded before his September 2022 loss.  In its Motion and Reply, Coinbase previously relied on public statements announcing the launch of cbETH as early as August 2022.  Claimant's belated production, attached to Respondent's supplemental briefing, also contains undisputed facts that Claimant *was himself* actually informed about cbETH's launch before his funds were stolen.  This disclosure significantly undermines Claimant's misrepresentation claims under common law, securities law, and commodities law.

Fourth, the parties' contract forecloses many of Claimant's causes of action.  For example, Claimant's breach of contract claim is undercut by section 6.6 of the UA, which explicitly apportions the risk of account compromises to Claimant as the user: "Any loss or compromise of . . . your personal information may result in unauthorized access to your Coinbase Account(s) by third-parties and the loss or theft of any Digital Assets and/or funds held in your Coinbase Account(s) and any associated accounts, including your linked bank account(s) and credit card(s). . . .We assume no responsibility for any loss that you may sustain due to compromise of account login credentials due to no fault of Coinbase."  Moreover, the UA's choice-of-law provision in section 9.5 restricts Claimant to California law, foreclosing Claimant's Idaho and Oregon-based causes of action.  In addition, the UA and California law effectively cut off Claimant's tort claims, such as his negligence cause of action.  *See, e.g., Berk v. Coinbase, Inc.*, 840 F. App'x 914 (9th Cir. Dec. 23, 2020) (Coinbase owes no independent tort duty of care beyond the promises made in the UA).

Finally, there are other independent reasons why Claimant's Demand cannot succeed.  For example, Claimant's cause of action for "unjust enrichment" fails because "there is no [such thing as a] cause of action in California for unjust enrichment." *Melchior v. New Line Prods., Inc.*, 106 Cal. App. 4th 779, 793 (2003).  As another example, Claimant submitted no evidence of any false statements made by

Coinbase, about anything, to anyone.  As a final example, Claimant's CLRA cause of action likewise fails, as courts have consistently held that the CLRA does not apply to cryptocurrency exchanges like Coinbase.  *Jeong v. Nexo Fin. LLC*, 2022 WL 174236, at *23 (N.D. Cal. Jan. 19, 2022); *see also Suski v. Marden-Kane, Inc*., 2022 WL 3974259, at *7 (N.D. Cal. Aug. 31, 2022) (dismissing CLRA claim with prejudice as cryptocurrency was not a "good" and Coinbase's cryptocurrency exchange was not a "service"); *Doe v. Epic Games, Inc*., 435 F. Supp. 3d 1024, 1046 (N.D. Cal. 2020) ("Plaintiff's CLRA claim therefore fails because the virtual currency at issue is not a good or service.").  As other legal issues and undisputed facts bar relief, the Arbitrator need not address the remaining reasons why Claimant's Demand fails.

The Arbitrator joins Respondent in noting that Claimant's loss is unfortunate, regrettable, and upsetting.  Claimant lost considerable funds, was clearly injured, and was the victim of a terrible scammer who feeds off other people's misfortune and hard work.  But the wrong-doer is not a party to this Arbitration.  And the law and the parties' contract ultimately do not make Coinbase responsible for Claimant's loss based on the circumstances.

## IV.    CONCLUSION

Respondent's Motion for Summary Judgment is GRANTED.  Claimant's claims against Coinbase are dismissed.  The final hearing, and all other applicable deadlines, are off-calendar.


_____December 17, 2024_____          _____/s/ Diana Kruze_____
Date                                    Diana Kruze, Arbitrator

# EXHIBIT B

**IN ARBITRATION BEFORE THE**
**AMERICAN ARBITRATION ASSOCIATION**

| | |
|---|---|
| Ahren Spilker, | |
| Claimant, | Case# 01-24-0000-0702 |
| v. | |
| Coinbase, Inc. | |
| Respondent. | |

**Amended Statement of Claim**

Claimant Ahren Spilker ("Spilker") by and through his attorneys

Patterson Law Firm, LLC, hereby brings the following statement of claim

against Coinbase, Inc. ("Coinbase"). In support thereof, Spilker states as

follows:

**Introduction**

Coinbase holds itself out as a digital currency wallet and secure online

platform where users can buy, sell, transfer, trade and safely store their

digital currency. Coinbase users can buy and sell various

cryptocurrencies and fiat currencies using their Coinbase accounts, or

electronic "wallets," which are typically funded and de-funded via

electronic transfers to and from users' banks. As the cryptocurrency

market has increased in popularity and participation, Coinbase users

have increasingly become the target of hackers who have breached

Coinbase security and made unauthorized transfers of funds from

customer accounts to the hackers' electronic wallets. Despite widespread

instances of unauthorized electronic fund transfers on its exchange in the past few years, Coinbase has done little to protect its clients' funds. Rather, Coinbase has chosen to blame consumers for these thefts and losses – losses which Coinbase could have prevented simply by implementing industry-standard security measures common to other cryptocurrency exchanges and money service businesses.

But what makes this theft so egregious is that it concerns assets that Coinbase stated could not be transferred. Claimant Spilker lost staked Ethereum totaling nearly than $300,000, plus promised staking rewards, and more than $50,000 in other coins because of unauthorized transfers from his account. Those transfers happened days before Coinbase represented that they could become unwrapped (moved) and six to twelve months before they could supposedly become unstaked (redeemed). These losses would not have occurred if Coinbase had (1) simply implemented adequate safety measures or (2) been forthcoming about the timeframe during which the ETH2 could be unwrapped and unstaked.

**The Parties**

1. Claimant Spilker is an individual with a principal place of residence in the State of Oregon. At all times relevant to this dispute, he was domiciled in Idaho.

2. Respondent Coinbase is a publicly traded Delaware corporation with its principal place of business in San Francisco, California.

2

**Jurisdiction and Venue**

3. The American Arbitration Association ("AAA") has jurisdiction over this matter pursuant to Coinbase's mandatory User Agreement. **Attached as Exhibit A.**

4. Venue is proper because Mr. Spilker was, at all relevant times, domiciled in Idaho and now lives in Oregon.

**Facts and Background**

5. Coinbase operates a cryptocurrency exchange in the state of New York and is licensed by the New York State Department of Financial Services ("DFS") under 23 NYCRR Part 200 to provide cryptocurrency services (the "BitLicense"). Coinbase is also registered and regulated as a Money Service Business by United States Department of the Treasury's Financial Crimes Enforcement Network ("FinCEN"). Further, as a financial institution, Coinbase must comply with the federal Electronic Funds Transfer Act ("EFTA"), which requires timely investigation of fraudulent transfers and recredit to customer accounts pending investigations.

6. Coinbase is bound to comply with regulations imposed by the New York DFS. Pursuant to Section 200.7 of the NY DFS regulations, as a BitLicense holder, Coinbase must meet the requirements of Section 200.19(g):

> Licensees are prohibited from engaging in fraudulent activity. Additionally, each Licensee shall take reasonable steps to detect and prevent fraud, including by establishing and maintaining a written anti-fraud policy. The anti-fraud policy shall, at a

3

minimum, include: (1) the identification and assessment of fraud-related risk areas; (2) procedures and controls to protect against identified risks; (3) allocation of responsibility for monitoring risks; and (4) procedures for the periodic evaluation and revision of the anti-fraud procedures, controls and monitoring mechanisms.

7. Further, Section 200.9 of the NY DFS regulations provide:

(c) Each Licensee if prohibited from selling, transferring, assigning, lending, hypothecating, pledging, or otherwise using or encumbering assets, including Virtual Currency, stored, held, or maintain by, or under the custody or control of, such Licensee on behalf of another Person except for the sale, transfer, or assignment of such assets **at the direction of such other Person**. (emphasis added)

8. On February 7, 2018, DFS issued guidance to all licensed virtual currency business entities requiring licensees to implement measures designed to effectively detect, prevent, and respond to fraud, attempted fraud, and similar wrongdoing. Further, Section 200.18 of the DFS regulations provide that immediately upon the discovery of any wrongdoing, a virtual currency business operator must submit to DFS a report stating all pertinent details known at the time of the report. The operator must also submit to DFS, as soon as practicable, a further report or reports of any material developments relating to the originally reported events, along with (i) a statement of the actions taken or proposed to be taken with respect to such developments and (ii) a statement of changes, if any, in the operator's operations that have been put in place or are planned in order to avoid repetition of similar events.

<u>Mr. Spilker Takes Measures to Secure His Account</u>

4

9. Spilker was understandably concerned about his account security. He sought a cryptocurrency platform that would safeguard his account information and his funds. He read through Coinbase's promotional materials and reviewed the Coinbase website for information about its protective measures.

10. In or around June 2017, Claimant Spilker opened his account with Coinbase. Spilker entered into a written agreement with Coinbase, specifically a "User Agreement" upon his registration for a Coinbase account (Exhibit A), last updated August 24, 2023. This User Agreement is presented as a take-it-or-leave it option when consumers open and continue to use their Coinbase accounts. It also contains a privacy tab (the "Privacy Policy"). Attached as Exhibit B.

11. The User Agreement provides, in pertinent part, as follows:

    a. Coinbase would only use customers' private information to monitor accounts for fraud and to ensure legal compliance;

    b. Coinbase would securely store users' private keys; and

    c. That users would at all times be in control of their digital assets.

12. After agreeing to the User Agreement, and its incorporated Privacy Policy, Spilker began making purchases of cryptocurrencies from his bank account.

13. In or around July 2018, having accumulated a fair amount in assets, he elected to open a Coinbase Pro account. He did so in reliance on

Coinbase's representations that this upgrade would come with enhanced security measures.

14. Mr. Spilker took many protective measures to keep his account safe. He proactively took steps to secure his account with multifactor authentication safeguards and even purchased and used Yubikey, a hardware authentication device that is supposed to prevent phishing thefts.

15. Mr. Spilker also took adequate steps to protect his account information. He did not share his private keys or password with any third parties.

16. In addition to Coinbase's supposed security measures, Spilker was also drawn by the prospect of earning rewards through promotional opportunities.

17. Specifically, Spilker was interested in staking. Staking – which is a validation mechanism for blockchain transactions – allows asset owners to lock in their asset holdings with Coinbase to yield interest and other rewards.

18.  Staking is an action that essentially freezes cryptocurrency tokens, preserving them on the blockchain such that they are immovable.

19. In essentially the way ATM deposits help banks perform their day-to-day functions, staked assets are used to help the blockchain function while they are fixed there.

20. Token issuers like Coinbase frequently offer rewards and other benefits to incentivize customers to engage in staking.

21. Staking seemed ideal for Mr. Spilker. He was, after all, interested in saving, not trading, and staking promised hefty financial rewards. Moreover, with his security measures in place he could be sure that his staked assets could not be moved.

22. Coinbase also benefitted, and continues to benefit, from its customers' staking ventures. Specifically, it collects fees from staking transactions, in what essentially amounts to a commission. It does this by pooling its users' staked assets and taking a cut of up to 35% of the rewards.

23. With a reasonable sense of security, and no communications from Coinbase about any issues with his account, Mr. Spilker felt comfortable storing his tokens and, in many cases, staking them.

24. In March 2022, Mr. Spilker began staking Ether tokens (ETH), for use on the Ethereum platform. The common notation for the staked ETH was, at all relevant times, ETH2.

25. After staking his ETH, Mr. Spilker would store his ETH2 tokens in his Coinbase wallet. This prompted an email confirmation from Coinbase with a "reminder" that he was "unable to trade, send, or sell the ETH [he had] staked until the ETH2 network launches, or trading of staked ETH is made available."

<u>Coinbase Promotes ETH2 Staking</u>

26. In or around August 2022, Coinbase announced plans for an opportunity where holders of Ethereum could stake those tokens on the Ethereum blockchain directly through their Coinbase accounts.

27. To represent the staked ETH2, Coinbase would use the moniker cbETH. Coinbase represented in its whitepaper that cbETH was simply a digital notation of staked ETH2 that essentially memorialized users' interest but was not itself a token.

28. Coinbase's whitepaper on cbETH prophesied that it could be converted to ETH "once unwrapping is available". Even then, ETH would be the token, not cbETH.

29. A wrapped form of cryptocurrency (like Coinbase claimed cbETH was) serves as a proxy for another token (in this case ETH or ETH2). It manifests a tangible representation of the underlying asset.

30. Unwrapping is the process whereby token holders "cash in" their wrapped tokens, converting them back to the staked asset. Customers might elect to unwrap or wrap, for instance, when the conversion value makes it advantageous to do so.

31. Coinbase stated that unwrapping cbETH would be possible "eventually".

32. It later clarified that this would not happen until the cbETH launch, which Coinbase had scheduled for September 2022.

33. As for the ability to unstake those assets (whether wrapped or unwrapped), Coinbase relayed a much longer timeframe.

34. According to Coinbase, "until the Shanghai upgrade, it won't be possible to unstake ETH. Furthermore, following the completion of that upgrade, when a user wishes to unstake and withdraw their tokens, they may face a delay of anywhere from 27 hours to *as long as several weeks* depending on how many others are unstaking at the same time".

35. The Shanghai upgrade refers to a massive overhaul of the Ethereum network. It involves a series of updates to the platform that was, at all relevant times, scheduled to happen sometime in 2023 or beyond.

36. Coinbase further represented that unstaking of ETH2 would be impossible until 6–12 months after the September 2022 cbETH launch.

37. In other words, although the launch would allow users to unwrap their ETH2 and convert it back to ETH, the crypto itself would remain fixed in their accounts. There would be no option to withdraw or transfer them. The entire point of staking is to earn rewards. Coinbase in its promotional materials represented that once the cbETH was launched, users would earn hefty ones.

Coinbase fails to disclose critical information and permits an insider to hack Spilker's account

38. Notwithstanding its knowledge of how cbETH would work and its unfettered control of the cbETH launch, it failed to give customers adequate notice.

39. Coinbase made no disclosures to Mr. Spilker about cbETH, even though it had previously communicated with him about his staked ETH2.

40. Instead, Coinbase emailed Mr. Spilker with update an on August 19, 2022, with an update on how he would receive rewards. Without mentioning its cbETH product, Coinbase again insisted that he "still [wouldn't] be able to unstake, sell, or send ETH2 until future upgrades on the Ethereum network or trading is otherwise offered."

41. Mr. Spilker learned about cbETH on or about September 7, 2022, when a thief gained access to his Coinbase account. On information and belief, the thief either worked for Coinbase or was able to hack into its system.

42. The thief called Spilker on his cell phone and claimed to be an agent calling on behalf Coinbase to report a security breach. Mr. Spilker was suspicious so requested confirmation that the caller was truly a Coinbase representative.

43. The thief responded by reciting confidential information that could have only been obtained with direct access to Coinbase's database.

44. Specifically, the thief recited Spilker's transaction history to him as well as certain account specifications that should have only been known to Coinbase.

45. The thief reported that there was a compromise to his account and stated that Coinbase would convert his Ethereum coins to cbETH in order to protect them.

46. Not knowing what cbETH was but noting its proprietary notation, Mr. Spilker trusted the thief's representations. He did not, however, disclose his account or login information with the thief.

47. Just to be safe, Spilker chose to lock his account. He reasonably assumed that this would freeze account activity from any device. Unfortunately, he later learned that "locking his account" would not impair access to those currently logged in on other devices, like the thief.

48. Shockingly, the hacker was not locked out but was actually able to unwrap then transfer Mr. Spilker's ETH2.

49. After the theft was completed, Mr. Spilker saw that he had an email from Coinbase explaining, finally what cbETH was. Coinbase waited until the cbETH launch to email ETH2 holders, reiterating once again that "[s]taked ETH (ETH2) balances won't be unlocked after the Merge or be available to trade or transfer until the Ethereum protocol upgrade completes". Coinbase then casually mentioned that "to give users more flexibility, Coinbase has a new token that lets you unlock the value of your staked ETH. You can now wrap ETH2 to cbETH to sell, transfer to your self-custody wallet, or use in DeFi.[1] There are zero fees for wrapping to cbETH and you continue to earn staking rewards so long as you hold the token.

50. The cbETH launch was scheduled to launch within the next few days but it had not yet happened. Customers therefore had no reason to believe that their ETH2 could become unwrapped, even with Coinbase's dilatory notice.

51. The thief must have been a Coinbase insider because, somehow, Mr. Spilker's newly converted cryptocurrency to a wallet not previously used on his account.

52. The volume of transactions should have raised flags for Coinbase. Mr. Spilker was not regularly transferring assets, particularly those that were staked, like ETH2. Entirely unprecedented, moreover, was the movement of coins all of which were stored as cbETH, which was supposedly immoveable.

53. When Mr. Spilker realized that the thief had wiped clean his entire wallet, he investigated further and realized that the ETH2 had somehow become unstaked, even though Coinbase still represents that unstaking is impossible.

54. As soon as he realized that his funds were wrongly removed from his account, he contacted Coinbase support and demanded return of his funds but Coinbase did not recredit his account.

55. The Ethereum merge was completed on September 15, 2022. The Shanghai update occurred on or around March 12, 2023. Until that time, it was impossible to unstake Ethereum. At any point before that, Coinbase could have returned Mr. Spilker's staked ETH2 to him. But Coinbase refused to do so.

56. To add insult to injury, Coinbase wiped clean the transaction history on his account. This was either reckless destruction or a deliberate tactic to keep Spilker from discovering the full extent of his losses.

57. Perhaps even more damaging is that it left Mr. Spilker without the requisite documentation to accurately file his taxes.

58. Coinbase went to great lengths to cover up its fraud. Coinbase dismissed his concerns, suggesting that he was conflating the cbETH launch (which permitted unwrapping) with the actual merge (which would permit unstaking).

59. Following a demand for repayment, Coinbase informed Mr. Spilker on February 14, 2023 that it would not reimburse his account, and blamed Spilker for supposedly taking inadequate safety measures.

60. Coinbase further stated that these transactions were irreversible, even though Mr. Spilker's Ethereum remains in Coinbase's system.

Coinbase's Failures to Take Reasonable Care

61. Coinbase should have prevented these unauthorized transactions based solely on the unusual timing of the consumer having his credentials changed, a demand from Mr. Spilker to lock his account, the previously unused wallet where the funds were sent and the unstaking of assets that were supposedly immobilized.

62. Other cryptocurrency exchanges do not allow these same criminal transfers because those exchanges use standard security measures which include freezing an account when certain actions – such as password changes and attempted transfers to newly linked wallets – occur, until the exchange verifies an account holder's identity.

63. Had Coinbase complied with the DFS fraud prevention investigation and response requirements, the unauthorized transaction on Spilker's account would not have happened.

64. In light of the suspiciousness of the events surrounding the unwrapping and unstaking, Coinbase should have known that the transfers were not at the direction of the accountholder and should have put a hold on the account until it could properly verify Spilker's identity and intent. *See also* 23 NYCRR § 200.16 (Cybersecurity licensees must establish and maintain an effective cybersecurity program).

65. cbETH was, at all relevant times, set to launch on or after September 10, 2022. Coinbase represented in its whitepaper to customers that their cbETH would remain frozen until that launch. Based on Coinbase's representations that cbETH could not even be voluntarily transferred until the launch.

66. Had Coinbase implemented the timeline it set forth in its whitepaper, this hack would not have happened.

67. Because it was Coinbase that created the cbETH token and had sole control over its launch, only one of its agents could have unfrozen Spilker's cbETH.

68. The hack happened, on information and belief, within just seconds of the cbETH moveability announcement. That means that only a Coinbase insider could have known that Mr. Spilker's staked ETH2 could be converted to cbETH and transferred.

14

## Count I – Electronic Funds Transfer Act
## 15 U.S.C. § 1693

69. Claimant Spilker restates and incorporates the allegations in Paragraphs 1–68 as though fully set forth herein.

70. Coinbase is a "financial institution" as defined by the Electronic Funds Transfer Act ("EFTA"). 15 USC § 1693 *et seq.* and 12 C.F.R. §§ 1005.1–1005.20 ("Regulation E"). It therefore has duties to prevent and investigate unauthorized transfers like the transactions in this matter. Pursuant to the EFTA, Spilker promptly notified Coinbase of the unauthorized transfers. Coinbase has since failed to properly investigate his claim for unauthorized transfers of electronic funds. It also has not recredited his account. Both these failures are in defiance of the EFTA's Regulation E. 12 C.F.R. § 1005.7.

71. The electronic funds at issue were "unauthorized electronic fund transfers" because they were initiated by a person other than Spilker, by fraud, without actual authority to initiate those transfers and from which Spilker has received no benefit. Additionally, the primary purpose of the transfers was not the purchase or sale of security or commodity, but rather for the purpose of stealing securities or commodities. 15 U.S.C. § 1693(a)(12); *see also* 15 C.F.R. § 1005(m).

72. The EFTA and Regulation E require all financial institutions to make the disclosures set forth in 12 C.F.R. 1005.7(b) before the first electronic fund transfer is made that involves a consumer's account. Coinbase, a

"financial institution" as alleged herein, violated Regulation E by failing to provide adequate initial disclosures to Spilker including, as applicable:

(1) a summary of account holders' liability, under 12 CFR § 1005.6 or under state or other applicable law or agreement, for unauthorized electronic fund transfers;

(2) the telephone number and address of the person or office to be notified when an account holder believes that an unauthorized electronic fund transfer has been or may be made;

(3) Coinbase's business hours during which its agents will respond to such notifications;

(4) the type of electronic fund transfers that account holders may make and any limitations on the frequency and dollar amount of transfers;

(5) any fees imposed by Coinbase for electronic fund transfers or for the right to make transfers;

(6) a summary of account holders' right to receipts and periodic statements, and notices regarding preauthorized transfers;

(7) a summary of account holders' right to stop payment of a preauthorized electronic fund transfer and the procedure for placing a stop payment order;

(8) a summary of Coinbase's liability to account holders under section 910 of the Act for failure to make or to stop certain transfers;

16

(9) the circumstances under which, in the ordinary course of business, Coinbase may provide information concerning consumer accounts to third parties;

(10) A notice that is substantially similar to Model Form A-3 as set out in appendix A of 12 CFR 1005.1, et seq., concerning error resolution; and

(11) a notice that a fee may be imposed by an automated teller machine operator as defined in 12 CFR § 1005.16(a), when a consumer makes an electronic fund transfer or a balance inquiry, and by any network used to complete the transaction.

73. As described herein, Spilker provided timely and/or constructive notice to Coinbase of the unauthorized electronic transfers from his accounts. Indeed, Coinbase knew or should have been aware of and prepared to handle Spilker's request for assistance on September 9, 2022. More to the point, Coinbase should have had precautions in place to prevent such unauthorized transfers in the first place.

74. However, Coinbase failed to timely investigate the unauthorized electronic transfers from Spilker's account as required by 15 U.S.C. § 1693f(a)(3) and 15 U.S.C. § 1693f(d) by declining to conduct a reasonable review of its own records. See 12 C.F.R. § 205.11(c)(4); Supp. I to § 205 at 11(c)(4)–5.

75. Further, Coinbase failed to correct the error by crediting or provisionally recrediting Spilker's account after it was breached and

drained of funds. 15 U.S.C § 1693f(b)–(c). This failure, separately, results in damages Coinbase owes to Spilker pursuant to 15 U.S.C. § 1693m(a).

76. Because of these violations, Spilker has suffered damages including, without limitation, his cryptocurrency losses and staking benefits.

WHEREFORE, Spilker respectfully requests that this Arbitrator grant him damages against Coinbase, attorney fees and costs under 15 U.S.C. § 1693m, as well as treble damages under 15 U.S.C. § 1693f(e), and such other and further relief as is deemed necessary and just.

### Count II – Negligence

77. Claimant Spilker restates and incorporates the allegations in Paragraphs 1–58 as though fully set forth herein.

78. At all relevant times, Coinbase assumed responsibility for providing Claimant Spilker with the highest standards of cryptocurrency custody, including safeguarding his cryptocurrency from cyberattacks. The company breached that duty by failing to protect his funds from hackers' fraudulent acts and failing to monitor its employees.

79. At all relevant times, Coinbase held itself out to be a financial institution in compliance with applicable regulations. As a licensed money services business in the State of New York, Coinbase is the holder of customer funds, and therefore the responsible party for protecting customer assets. Rather than protecting these assets in accordance with DFS, BSA, FinCEN, and BitLicense regulations, Coinbase allowed an

unknown party to transfer the cryptocurrency held by Spilker from his account to an unknown wallet held by a foreign IP address.

80. As detailed above, Coinbase's negligent actions include, but are not limited to:

(a) authenticating a foreign device after a password change and log-in from a foreign IP address never before used by Claimant;

(b) authenticating a foreign device through an erroneous device confirmation;

(c) allowing a password reset from a foreign device;

(d) failing to delay the processing time of transfers for a reasonable period of time after a password reset from a foreign device;

(e) authorizing an unknown party with a foreign device and foreign IP address to access Spilker's Coinbase account;

(f) authorizing an unknown party with a foreign device and foreign IP address to immediately transfer funds from Spilker's account into an unknown wallet never before used by Spilker; and

(h) failing to remedy Spilker's losses.

81. Coinbase owed Spilker a duty of care to provide cryptocurrency custody, safeguarding and keeping services with the security, and vigilance and diligence. Coinbase breached this duty on multiple occasions by providing cryptocurrency custody services that did not meet this standard.

82. Coinbase failed in its duty to protect Claimant Spilker's funds by not locking the account once the suspicious access, changes to password, rapid conversions of all holdings into bitcoin, and transaction activity began. It again failed to fulfill its duty when Spilker tried to notify Coinbase of the hack and Coinbase did nothing in response except send canned emails.

83. Coinbase has previously been accused of similar breaches in customer accounts due to a lack of appropriate cybersecurity and has clearly been "on notice" of this problem for years. Its failure to take reasonable security measures resulted in Spilker suffering financial damages.

84. Because of Coinbase's breach of its duty of reasonable care, Spilker has been damaged by, without limitation, the loss of his cryptocurrency and staking benefits.

WHEREFORE, Spilker respectfully requests that this Arbitrator grant him damages against Coinbase, attorney fees and costs, and such other and further relief as is deemed necessary and just.

### Count III – Gross Negligence

85. Spilker incorporates the allegations in paragraphs 1–68 as though fully set forth herein.

86. At all relevant times, Coinbase held itself out to be in compliance with applicable regulations. Rather than meeting the obligations of a licensed money services business in the State of New York and protecting

its customers' assets, Coinbase allowed an unauthorized party to unwrap and unstake Spilker's Ethereum, then made no efforts to return the ETH to him.

87. California has long defined "gross negligence" as either a "want of even scant care" or "an extreme departure from the ordinary standard of conduct". *City of Santa Barbara v. Terral Janeway et al., Real Parties in Interest*, 41 Cal. App. 4th 747, 754 (2007), citing *Eastburn v. Regional Fire Protection Authority*, 31 Cal. 4th 1175, 1185–87 (2003).

88. For years, Coinbase has been "on notice" of the types of breach it facilitated in Spilker's case due to a lack of appropriate cybsersecurity for years. In Coinbase's words, "[u]nauthorized parties have attempted, and we expect that they will continue to attempt, to gain access to our systems and facilities, as well as those of our customers . . ." Coinbase 2023 Annual Report, p 30.

89. As described above, Coinbase's failure to take even modest security measures on Spilker's account to verify accountholder identity after supposedly impossible account actions shows an extreme departure from the standard of care and caused Spilker financial losses.

90. This grossly negligent indifference on Coinbase's part caused Spilker's loss of more than $350,000 in cryptocurrency.

WHEREFORE, Spilker respectfully requests that this Arbitrator grant him compensatory and punitive damages against Coinbase, attorney fees

and costs, and such other and further relief as is deemed necessary and just.

## Count IV – Breach of Contract

91. Spilker incorporates the allegations in paragraphs 1–68 as though fully set forth herein.

92. Coinbase's User Agreement constitutes a binding contract between Claimant Spilker and Coinbase.

93. Spilker performed all his obligations under the contract.

94. Coinbase breached its contract by, among other things, failing to discharge its obligations and provide services it promised such as:

> (1) consumers' access to their Coinbase account and/or funds;

> (2) safety and security of consumers' account and funds;

> (3) creating and implementing an adequate plan and/or procedure that would limit disruption to account holders' ability to access their Coinbase account and/or funds, and engage in his authorized use; and

> (4) reinstating consumers' access to their account and/or funds, upon the prompt verification of identity.

95. Claimant Spilker as part of his agreement to open an account with Coinbase, complied with Coinbase's "Identify Verification" procedures.

96. Spilker also completed additional "Identity Verification" procedures as requested by Coinbase to regain access to his account and then made a demand for his staked ETH.

97. Coinbase nevertheless failed to respond to Spilker's complaints in a timely fashion to address the unauthorized transactions on his account.

98. Coinbase breached the contract by, without limitation: failing to implement reasonable security measures to prevent unauthorized transfers immediately after suspicious account activity, including changed password.

99. As a direct and proximate cause of Coinbase's breach Spilker was harmed and has suffered damages including, without limitation, the loss of his cryptocurrency.

WHEREFORE, Spilker respectfully requests that this Arbitrator grant him damages against Coinbase, attorney fees and costs, and such other and further relief as is deemed necessary and just.

### Count V – Fraud in the Inducement

100. Spilker incorporates the allegations in paragraphs 1–68 as though fully set forth herein.

101. To induce Spilker to store his cryptocurrency with Coinbase and agree to the Coinbase User Agreement, Coinbase lied and misrepresented to Spilker that, among other things, it is "the most trusted crypto exchange", that it offers "the most secure and multifaceted risk management programs designed to protect [its] customers' assets" and "provide[s] powerful security features to all [its] users."

102. Coinbase further represented that customers would have the option to "lock" their accounts should they suspect suspicious activity and that this would prevent fraud that was in-progress.

103. Coinbase additionally represented to users that staking their Ethereum would make their tokens immovable.

104. Coinbase knows these security claims to be false but makes them anyway to induce customers like Spilker to trust Coinbase with storing their cryptocurrency. Coinbase in fact has no intention of honoring the promises made to customers.

105. Spilker reasonably relied on these misrepresentations in trusting Coinbase with his cryptocurrency.

106. Had Spilker known that Coinbase has no security measures or identification verification measures in place for when accounts are accessed from new IP addresses, that Coinbase would not freeze an account at a customer's request or that Coinbase would permit the unwrapping and unstaking of staked Ethereum, he would have chosen one of the many other cryptocurrency exchanges which does in fact employ these usual and customary security measures.

107. As a direct and proximate cause of Coinbase's knowingly false and fraudulent misrepresentations, and Spilker's reliance thereon, Spilker has suffered the loss of more than $350,000 in cryptocurrency.

WHEREFORE, Spilker respectfully requests that this Arbitrator grant him damages against Coinbase, attorney fees and costs, and such other and further relief as is deemed necessary and just.

### Count VI – Consumer Legal Remedies Act
### (Cal. Civ. Code § 1750 et seq.)

108. Claimant Spilker incorporates the allegations in paragraphs 1–68 as though fully set forth herein.

38. Spilker is a consumer as defined by the California Legal Remedies Act (CLRA). Cal. Civ. Code § 1750.

39. At all relevant times, Coinbase engaged in practices that violate the CLRA by, without limitation:

   a. Representing that its services have characteristics, uses or benefits that they do not;

   b. Making representations that its services are of a particular quality, which they are not; and

   c. Advertising services with intent not to sell those services as advertised.

109. Coinbase made many misrepresentations about its security measures, including that it would implement identity verification procedures.

110. Coinbase further misrepresented that its "account lock" feature would disable account activity, when that was false.

111. Coinbase made these misrepresentations with intent that consumers would rely on them, knowing that customers prioritize safety

and security when selecting an exchange and that customers enroll in staking promotions with the understanding that they will earn benefits from assets that they believe cannot be removed.

112. In fact, it went to great lengths to warn customers like Spilker that their ETH2 would be essentially frozen for 6 to 12 months. Mr. Spilker trusted these statements and reasonably believed that the staked ETH2 was secure in his account.

113. Spilker was harmed by Coinbase's unlawful practices and suffered damages including, without limitation, loss of his cryptocurrency and staking benefits.

WHEREFORE, Spilker respectfully requests that this Arbitrator grant him damages against Coinbase, attorney fees and costs and such other and further relief as is deemed necessary and just.

### Count VII – Idaho Consumer Protection Act
### (Idaho Code Ann. § 48-603 et seq.)

114. Claimant Spilker incorporates the allegations in paragraphs 1–68 as though fully set forth herein.

40. Spilker was, at all relevant times, a consumer as defined by the Idaho Consumer Protection Act (ICPA). Idaho Code Ann. § 48-603.

41. At all relevant times, Coinbase engaged in practices that violate the ICPA by, without limitation:

    a. Representing that its services have characteristics, uses or benefits that they do not;

26

b. Making representations that its services are of a particular quality, which they are not; and

c. Advertising services with intent not to sell those services as advertised.

115. Coinbase made these misrepresentations with intent that consumers would rely on them, knowing that customers prioritize safety and security when selecting an exchange and that customers enroll in staking promotions with the understanding that they will earn benefits from assets that they believe cannot be removed.

116. In fact, it went to great lengths to warn customers like Spilker that their ETH2 would be essentially frozen for 6 to 12 months. Mr. Spilker trusted these statements and reasonably believed that the staked ETH2 was secure in his account.

117. Spilker was therefore harmed by Coinbase's unlawful practices and suffered damages including, without limitation, loss of his cryptocurrency and staking benefits.

WHEREFORE, Spilker respectfully requests that this Arbitrator grant him damages against Coinbase, attorney fees and costs and such other and further relief as is deemed necessary and just.

### Count VIII – Oregon Unlawful Trade Practices Act
### (Or. Rev. Stat. § 646.608 et seq.)

118. Claimant Spilker incorporates the allegations in paragraphs 1–68 as though fully set forth herein.

27

42. Coinbase is a person as defined by the Oregon Unlawful Trade Practices Act (UTPA). Or. Rev. Stat. § 646.605(4).

43. At all relevant times, Coinbase engaged in practices that violate the UTPA by, without limitation:

    a. Failing to deliver all or a portion of its goods or services as promised;

    b. Causing likelihood of confusion or of misunderstanding as to affiliation, connection, or association with, or certification by, another;

    c. Causing likelihood of confusion or of misunderstanding as to affiliation, connection, or association with, or certification by, another;

    d. Representing that its goods or services have characteristics, uses or benefits that they do not have;

    e. Making representations that its services are of a particular quality, when they are of another;

    f. Advertising services with intent not to sell those services as advertised; and

    g. Engaging in other unfair or deceptive conduct in trade or commerce.

119. Coinbase made these misrepresentations with intent that consumers would rely on them, knowing that customers prioritize safety and security when selecting an exchange and that customers enroll in

28

staking promotions with the understanding that they will earn benefits from assets that they believe cannot be removed.

120. In fact, it went to great lengths to warn customers like Spilker that their ETH2 would be essentially frozen for 6 to 12 months. Mr. Spilker trusted these statements and reasonably believed that the staked ETH2 was secure in his account.

121. Spilker was therefore harmed by Coinbase's unlawful practices and suffered damages including, without limitation, loss of his cryptocurrency and staking benefits.

WHEREFORE, Spilker respectfully requests that this Arbitrator grant him damages against Coinbase, attorney fees and costs and such other and further relief as is deemed necessary and just.

**Count IX – Breach of Fiduciary Duty**

122. Spilker realleges and incorporates the allegations in Paragraphs 1–68 as though fully set forth herein.

123. By holding a user's cryptocurrency as a custodial asset, Coinbase owes its users fiduciary duties.

124. By operating a cryptocurrency exchange advertised as a safe, easy to use and with secure service, Coinbase also owes its users fiduciary duties.

125. Coinbase has breached its fiduciary duty by failing to safeguard Mr. Spilker's assets and take reasonable measures against intrusion.

126. As a result of the breaches, Mr. Spilker has been deprived of his cryptocurrency. As a result, Coinbase should be required to disgorge any fees obtained from the transactions on Mr. Spilker's account.

WHEREFORE, Spilker respectfully requests that this Arbitrator grant him damages against Coinbase, attorney fees and costs and such other and further relief as is deemed necessary and just.

### Count X – Commodity Exchange Act
### (7 U.S.C. § 25 et seq.)

127. Spilker realleges and incorporates the allegations in Paragraphs 1–68 as fully set forth herein.

128. Coinbase, by coordinating customers' staking efforts, is a commodity pool operator under the Commodity Exchange Act ("CEA"). 7 U.S.C. 1(a)(11).

129. It is therefore prohibited from employing any device, scheme, or artifice to defraud a current or prospective customer or engaging in any transaction, practice or course of business which operates as a fraud or deceit. 7 U.S.C. §60.

130. At all relevant times, Coinbase engaged in a deceitful marketing campaign for the purpose of deceiving its customers that their staked Ethereum could not be moved or unstaked.

131. The representations underlying its deceit were material as they were likely to mislead investors and made with the intent of inducing customers to invest.

132. As a result of this conduct, Spilker has suffered damages including, without limitation, the loss of his cryptocurrency and staking benefits.

WHEREFORE, Spilker respectfully requests that this Arbitrator grant him damages against ConsenSys and such other and further relief as is deemed necessary and just.

### Count XI – Securities & Exchange Act of 1934
### (15 U.S.C. § 78 et seq.)

133. Spilker realleges and incorporates the allegations in Paragraphs 1–58 as fully set forth herein.

134. At all relevant times, Coinbase facilitated the sale of securities because its tokens were (i) an investment of money (ii) in a common enterprise (iii) with an expectation of profits (iv) derived primarily from the efforts of others. *SEC v. W.J. Howey Co.*, 328 U.S. 293 298–99, 66 S.Ct. 1100 (1946).

135. As Coinbase effectuates transactions on behalf of others, it is a broker under the Securities Act. 7 U.S.C. § 78(c)(4). Additionally, Coinbase engages in the business of buying and selling securities for its own account so is a dealer under the Act. § 78(c)(5).

136. Section 5 of the Securities Act prohibits Coinbase from engaging in transactions involving unregistered securities. 7 U.S.C. § 78(e).

137. In addition to facilitating exchanges, Coinbase was prohibited from engaging in fraud or manipulation in relation to the sale or exchange of securities. 15 U.S.C. § 78(j).

138. At all relevant times, Coinbase violated its duties by manipulating its customers about the security of their investments and fraudulently deceiving them about the movability of staked Ethereum.

139. The representations underlying its deceit were material as they were likely to mislead investors and made with the intent of inducing customers to invest.

140. As a result of this conduct, Spilker has suffered damages including, without limitation, the loss of his cryptocurrency and staking benefits.

WHEREFORE, Spilker respectfully requests that this Arbitrator grant him damages against Coinbase and such other and further relief as is deemed necessary and just.

**Count XII – Breach of Bailment (in the alternative to the above claims)**

141. Spilker realleges and incorporates the allegations in Paragraphs 1–68 as though fully set forth herein.

142. Coinbase and Mr. Spilker entered into a bailment agreement by which Coinbase was to hold Mr. Spilker's cryptocurrency for his benefit.

143. Coinbase was negligent in its failure to redeliver the items to Mr. Spilker.

144. As a result of the breach, Mr. Spilker has been deprived of his cryptocurrency.

WHEREFORE, Spilker respectfully requests that this Arbitrator grant him damages against Coinbase, attorney fees and costs and such other and further relief as is deemed necessary and just.

32

**Count XIII – Unjust Enrichment (in the alternative to the above claims)**

145. Spilker realleges and incorporates the allegations in Paragraphs 1–68 as though fully set forth herein.

146. Coinbase conferred a benefit from Mr. Spilker's staked tokens.

147. It would be inequitable for Coinbase to retain that benefit without paying for its value.

WHEREFORE, Spilker respectfully requests that this Arbitrator grant him damages against Coinbase, attorney fees and costs and such other and further relief as is deemed necessary and just.

Dated: April 29, 2024                    Respectfully submitted,

/s/Michael Haeberle
Michael D. Haeberle
Christine O'Connell
Patterson Law Firm, LLC
200 W. Monroe St., Ste. 2025
Chicago, Illinois 60606
Tel. 312-223-1699
Fax. 312-223-8549
Firm I.D.: 45052
mhaeberle@pattersonlawfirm.com
coconnell@pattersonlawfirm.com
cmarte@pattersonlawfirm.com
smarte@pattersonlawfirm.com
*Attorneys for Claimant*

# EXHIBIT A

**coinbase**                                                                                          Sign up

User Agreement    Privacy    Prohibited Uses    Cookie Policy    Licenses    Insurance    Market Data    Trading Rules    NFT Terms

# Legal

## Coinbase User Agreement

*Last updated: July 28, 2023*

Welcome to Coinbase! This is a User Agreement between you (also referred to herein as "**User,**" or "customer") and Coinbase, Inc. ("**Coinbase,**" "we," "us," and "our"). This User Agreement ("**Agreement**" or "**User Agreement**") governs your use of the services provided by Coinbase described below and such other services that may be offered by Coinbase from time to time ("**Coinbase Services**" or "**Services**"). By signing up to use a Coinbase account or service through coinbase.com, Coinbase's APIs, the Coinbase mobile application, or any other Coinbase website (collectively the "**Coinbase Site**"), or by obtaining, holding or using a wrapped token issued by Coinbase, you agree that you have read, understand, and accept all of the terms and conditions contained in this Agreement including our Privacy Policy, Cookie Policy, Prohibited Use Policy and E-Sign Disclosure and Consent Policy in Appendix 2. You may have to agree to additional terms and conditions to use certain Additional Services (as defined below).

<u>Important Definitions</u>: As used throughout this Agreement, the following terms have the following meanings.

"**Digital Asset**" means any digital asset (including a virtual currency or virtual commodity) which is a digital representation of value based on (or built on top of) a cryptographic protocol of a computer network.

"**Supported Digital Asset**" means only those particular Digital Assets listed as available to trade or custody in your Digital Asset Wallet (as defined below). Services and supported assets may vary by jurisdiction.

<u>Amendment of these Terms</u>: We may amend or modify this Agreement at any time by posting the revised agreement on the Coinbase Site and/or providing a copy to you (a "**Revised Agreement**"). The Revised Agreement shall be effective as of the time it is posted but will not apply retroactively. Your continued use of the Services after the posting of a Revised Agreement constitutes your acceptance of such Revised Agreement. If you do not agree with any such modification, your sole and exclusive remedy is to terminate your use of the Services and close your account (as defined below).

<u>Dispute Resolution</u>: PLEASE BE AWARE THAT SECTION 7 (CUSTOMER FEEDBACK, QUERIES, COMPLAINTS, AND DISPUTE RESOLUTION) AND APPENDIX 5 OF THIS AGREEMENT,CONTAIN PROVISIONS GOVERNING HOW TO RESOLVE DISPUTES BETWEEN YOU AND COINBASE. AMONG OTHER THINGS, APPENDIX 5 INCLUDES AN AGREEMENT TO ARBITRATE WHICH REQUIRES, WITH LIMITED EXCEPTIONS, THAT ALL DISPUTES BETWEEN YOU AND US SHALL BE RESOLVED BY BINDING AND FINAL ARBITRATION.  APPENDIX 5 ALSO CONTAINS A CLASS ACTION AND JURY TRIAL WAIVER.  PLEASE READ SECTION 7 AND APPENDIX 5 CAREFULLY.

<u>No Investment Advice or Brokerage</u>: For the avoidance of doubt, Coinbase does not provide investment, tax, or legal advice, and you are solely responsible for determining whether any investment, investment strategy or related transaction is appropriate for you based on your personal investment objectives, financial circumstances and risk tolerance. Coinbase may provide educational information about Supported Digital Assets, as well as Digital Assets not supported by Coinbase, in order to assist users in learning more about such Digital Assets. Information may include, but is not limited to, blog posts, articles, links to third-party content, news feeds, tutorials, and videos. The information provided on the Coinbase Site or any such third-party sites does not constitute investment advice, financial advice, trading advice, or any other sort of advice, and you should not treat any of the website's content as such. Coinbase does not recommend that any Digital Asset should be bought, earned, sold, or held by you. Coinbase will not be held responsible for the decisions you make to buy, sell, or hold Digital Assets based on the information provided by Coinbase.

Coinbase does not broker trades on your behalf unless otherwise specified on a specific product. All Coinbase trades are executed automatically, based on the parameters of your order instructions and in accordance with posted trade execution procedures.

<u>Acknowledgement of Risk</u>: **As with any asset, the value of Digital Assets can increase or decrease and there can be a substantial risk that you lose money buying, selling, holding, or investing in Digital Assets.** You should consult your financial advisor, legal or tax professional regarding your specific situation and financial condition and **carefully consider whether trading or holding Digital Assets is suitable for you.**

**Coinbase is not registered with the U.S. Securities and Exchange Commission and does not offer securities services in the United States or to U.S. persons.  You acknowledge that Digital Assets are not subject to protections or insurance provided by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation.**

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to Manage Settings.

Close                                                                                          Accept all

User Agreement    Privacy    Prohibited Uses    Cookie Policy    Licenses    Insurance    Market Data    Trading Rules    NFT Terms

You are fully responsible for all activity that occurs under your Coinbase Account. We may, in our sole discretion, refuse to open a Coinbase Account, suspend or terminate any Coinbase Account, suspend or terminate the sending of Digital Assets from your account, or suspend or terminate the trading of Digital Assets in your account.  Please see Section 6 below for more information.

**1.3. Consent to Access, Processing and Storage of Your Personal Data &Identity Verification.** During registration for your Coinbase Account, or at any other time deemed necessary by Coinbase, you agree to provide us with the information we request for the purposes of identity verification, providing Coinbase Services to you, and the detection of money laundering, terrorist financing, fraud, or any other financial crimes and permit us to keep a record of such information. The information we request may include certain personal information, including, but not limited to, your name, address, telephone number, e-mail address, date of birth, taxpayer identification number, government identification, and information regarding your bank account (such as the name of the bank, the account type, routing number, and account number) and in some cases (where permitted by law), special categories of personal data, such as your biometric information. You consent to us accessing, processing and retaining any personal information you provide to us for the purpose of us providing Coinbase Services to you. This consent is not related to, and does not affect, any rights or obligations we or you have in accordance with data protection laws, privacy laws and regulations. You can withdraw your consent at any time by closing your account with us. However, we may retain and continue to process your personal information if we reasonably believe it is necessary in order to comply with laws or regulations. In providing us with this or any other information that may be required, you confirm that the information is accurate and authentic. You agree to keep us updated if any of the information you provide changes. **You authorize us to make inquiries, whether directly or through third parties, that we consider necessary to verify your identity or protect you and/or us against fraud or other financial crime, and to take action we reasonably deem necessary based on the results of such inquiries. When we carry out these inquiries, you acknowledge and agree that your personal information may be disclosed to credit reference and fraud prevention or financial crime agencies and that these agencies may respond to our inquiries in full. This is an identity check only and should have no adverse effect on your credit rating.** We reserve the right at all times to monitor, review, retain and/or disclose any information as necessary to satisfy any applicable law, regulation, sanctions programs, legal process or governmental request. Further, you authorize your wireless carrier  to use or disclose  information about your account and your wireless device, if available, to Coinbase or its service provider for as long as you have a Coinbase Account, solely to help them identify you or your wireless device and to prevent fraud. See our Privacy Policy and Cookie Policy for more information on how we process your personal data and the rights you have in respect of this.

**1.4. Access.** The Coinbase Services can be accessed directly using the Coinbase Site. Access to Coinbase Services may become degraded or unavailable during times of significant volatility or volume. This could result in significant support response time delays. Although we strive to provide you with excellent service, we do not represent that the Coinbase Site or other Coinbase Services will be available without interruption and we do not guarantee that any order will be executed, accepted, recorded, or remain open. Coinbase shall not be liable for any losses resulting from or arising out of delays in processing transactions, inability to execute transactions, or lack of timely response from Coinbase customer support. For example, if you are locked out of your Coinbase Account, it is possible that the value or price of the Digital Assets in your account might go down before your access is restored. Coinbase shall not be liable for any alleged losses that you suffer from a drop in Digital Asset values or prices.

## 2. Hosted Wallet and Custodial Services

**2.1. Hosted Wallet Services.** As part of your Coinbase Account, Coinbase will provide qualifying users: (i) hosted Digital Asset wallet(s), each of which is an account for holding Supported Digital Assets ("**Digital Asset Wallet**"), and (ii) a hosted US Dollars ("**USD**") wallet, which is an account for holding USD (a "**USD Wallet**"). You may also elect to use other products and services, such as the Coinbase vault ("**Coinbase Vault**"), or Coinbase Wallet (an unhosted wallet service); additional rules associated with such product(s) and services(s) may apply. Unless otherwise noted, all references to Digital Asset Wallet include Coinbase Vault.

**2.2. Hosted Digital Asset Wallet.** Your Digital Asset Wallet allows you to store, track, transfer, and manage your balances of Supported Digital Assets.We securely store Digital Asset private keys, which are used to process transactions, in a combination of online and offline storage. As a result of our security protocols, it may be necessary for us to retrieve private keys or related information from offline storage in order to facilitate Digital Asset Transfers (as defined below) in accordance with your instructions, and you acknowledge that this may delay the initiation or crediting of such Digital Asset Transfers.

**2.3. Supported Digital Assets.** Your Digital Asset Wallet is intended solely for proper use of Supported Digital Assets as designated on the Coinbase Site. *Under no circumstances should you attempt to use your Digital Asset Wallet to store, send, request, or receive any assets other than Supported Digital Assets. Coinbase assumes no responsibility in connection with any attempt to use your Digital Asset Wallet with Digital Assets that we do not support. You acknowledge and agree that Coinbase is not liable for any unsupported Digital Asset that is sent to a wallet associated with your Coinbase Account. Coinbase may in its sole discretion terminate support for any particular Digital Asset. If you do not sell or send such Digital Asset off platform before Coinbase terminates its support for such Digital Asset, then Coinbase may, in its discretion, remove such Digital Asset from your Digital Asset Wallet and credit your Digital Asset Wallet or USD Wallet the equivalent market value of a Supported Digital Asset or fiat currency minus transaction costs. If you have any questions about our current list of Supported Digital Assets, please visit https://help.coinbase.com.*

**2.4. Supplemental Protocols Excluded.** Unless otherwise specifically announced on the Coinbase Site or as set forth in this Agreement, Supported Digital Assets excludes all other protocols and/or functionality which supplement or interact with the Supported Digital Asset. This exclusion includes but is not limited to: metacoins, colored coins, side chains, or other derivative, enhanced, or forked protocols, tokens, or coins or other functionality, such as staking, protocol governance, and/or any smart contract functionality, which may supplement or interact with a Supported Digital Asset. Do not use your Coinbase Account to attempt to receive, request, send, store, or engage in any other type of transaction or functionality involving any such protocol as the Coinbase Site is not configured to detect, secure, or process these transactions and functionality. Any attempted transactions in such items will result in loss of the item. *You acknowledge and agree that other than as set forth in this Agreement supplemental protocols are excluded from Supported Digital Assets and that Coinbase has no liability for any losses related to supplemental protocols.*

**2.5. Fungibility of Certain Digital Assets.**  You acknowledge and agree that Coinbase may hold Supported Digital Assets in your Digital Asset Wallets in

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to                          .

**Close**                                                        Accept all

User Agreement    Privacy    Prohibited Uses    Cookie Policy    Licenses    Insurance    Market Data    Trading Rules    NFT Terms

Digital Asset. In the event of any such operational change, Coinbase reserves the right to take such steps as may be necessary to protect the security and safety of assets held on the Coinbase Site, including without limitation, temporarily suspending operations for the involved Digital Asset(s); Coinbase will endeavor to provide you notice of its response to any material operating change; however, such changes are outside of Coinbase's control and may occur without notice to Coinbase. Coinbase's response to any operating change is subject to its sole discretion and may include deciding not to support any new Digital Asset, fork, or other actions. *You acknowledge and accept the risks of operating changes to Digital Asset protocols and agree that Coinbase is not responsible for such operating changes and not liable for any loss of value you may experience as a result of such changes in operating rules. You acknowledge and accept that Coinbase has sole discretion to determine its response to any operating change and that we have no responsibility to assist you with unsupported currencies or protocols. You further acknowledge and accept that Coinbase has no responsibility to support new Digital Asset forks or operating changes for Digital Assets.*

**2.7. Digital Asset Custody and Title.** All Supported Digital Assets held in your Digital Asset Wallet are custodial assets held by Coinbase for your benefit, as described in further detail below.

**2.7.1. Ownership.** Title to Supported Digital Assets shall at all times remain with you and shall not transfer to Coinbase. All interests in Digital Assets we hold for Digital Asset Wallets are held for customers, are not property of Coinbase, and are not subject to claims of Coinbase's creditors. As owner of the Supported Digital Assets in your Digital Asset Wallet, you shall bear all risk of loss of such Supported Digital Assets. Coinbase shall have no liability for Supported Digital Asset fluctuations or loss. None of the Supported Digital Assets in your Digital Asset Wallet are the property of, or shall or may be loaned to, Coinbase; Coinbase does not represent or treat assets in User's Digital Assets as belonging to Coinbase. Coinbase may not grant a security interest in the Supported Digital Assets held in your Digital Asset Wallet. Except as required by law, or except as provided herein, Coinbase will not sell, transfer, loan, hypothecate, or otherwise alienate Supported Digital Assets in your Digital Asset Wallet unless instructed by you.

**2.7.2 Application of the Uniform Commercial Code.** All Supported Digital Assets credited to the Digital Asset Wallet will be treated as "financial assets" under Division 8 of the California Uniform Commercial Code ("**Division 8**"). Coinbase is a "securities intermediary" as used in Division 8 with respect to Supported Digital Assets, and your Digital Asset Wallet is a "securities account" as used in Division 8. As stated in Division 8, "the characterization of a person, business, or transaction for purposes of this division does not determine the characterization of the person, business, or transaction for purposes of any other law, regulation, or rule," including the United States Commodity Exchange Act and any federal, state, or foreign securities law or regulation. Coinbase will comply with your instructions with respect to your Supported Digital Assets, subject to the terms of this User Agreement.

**2.7.3. Control and Customer Instructions.** You control the Digital Assets held in your Digital Asset Wallet. At any time, subject to outages, downtime, protocol requirements, time to conduct blockchain operations to fulfill your request, and other applicable policies, you may withdraw your Supported Digital Assets by instructing Coinbase to debit the applicable Supported Digital Asset from your Digital Asset Wallet and transfer the Digital Assets to a different blockchain address. As long as you continue to hold Supported Digital Assets with Coinbase, Coinbase shall retain control over electronic private keys associated with blockchain addresses operated by Coinbase, including the blockchain addresses used to hold the Supported Digital Assets credited to your Digital Asset Wallet.

**2.7.4. Omnibus Accounts.** In order to more securely and effectively custody assets, Coinbase may use shared blockchain addresses, controlled by Coinbase, to hold Supported Digital Assets for Digital Asset Wallets on behalf of customers and/or on behalf of Coinbase. Although we maintain separate ledgers for users' Coinbase Accounts and Coinbase accounts held by Coinbase for its own benefit, Coinbase shall have no obligation to create a segregated blockchain address for your Supported Digital Assets.

**2.7.5. Governance and Voting.** For certain Digital Assets, the underlying protocols offer stakers the ability to vote on matters related to the governance of protocol-level issues. Coinbase may or may not support voting for such assets, and may cease supporting voting at any time in its discretion. Coinbase will comply with your instruction to vote your Supported Digital Assets to the extent Coinbase or its affiliate supports voting for such Supported Digital Assets. In certain cases, Coinbase may vote on your behalf where Coinbase or the applicable protocol does not support delegated voting; in those instances, Coinbase will vote with the protocol's recommendation.

**2.8. USD Wallet.** Your USD Wallet allows you to hold and transfer USD with your Coinbase Account as described in Section 3 below. To the extent your USD is held as cash, the balance of your USD Wallet is maintained in pooled custodial accounts at one or more banks insured by the FDIC. Our custodial accounts have been established in a manner to make available pass-through FDIC insurance available up to the per-depositor coverage limit then in place (currently $250,000 per individual). Availability of pass-through FDIC insurance is contingent upon Coinbase having correct information about you as a customer, maintaining accurate records, and on determination by the FDIC as receiver, at the time of a receivership of a bank holding a custodial account. The current list of the insured depository institutions at which Coinbase may deposit customer funds is located here. Coinbase is not an FDIC-insured bank. Coinbase may also invest funds in liquid investments, which may include but are not limited to U.S. treasuries, in accordance with state money transmitter laws. Coinbase owns the interest or other earnings on these investments. Coinbase will not use customer funds for its operating expenses or any other corporate purposes.

**2.9. Coinbase Vault.** You may elect to hold Supported Digital Assets in Coinbase Vault. Coinbase Vault allows you to create conditions around transfer of your Supported Digital Assets, which may include adding third-parties to approve withdrawals ("**Approvers**"). For the avoidance of doubt, title to Supported Digital Assets in the Coinbase Vault shall at all times remain with you, and Approvers shall have no ownership interest in such Supported Digital Assets.

**2.10. USDC Wallets.** You may elect to buy USD Coin ("**USDC**") from Coinbase, a Digital Asset issued by Circle Internet Financial ("**Circle**") and supported by Coinbase. You are the owner of the balance of your USDC Wallet. Coinbase is not the issuer of USDC, does not hold reserves for USDC, and has no obligation to repurchase your USDC for USD. You can redeem your USDC with Circle, and Coinbase may also elect to repurchase your USDC in exchange for USD. You agree to be bound by the terms of the Circle USDC User Agreement (located at https://support.usdc.circle.com/hc/en-us/articles/360001233386-Circle-USDC-User-Agreement), which provides additional obligations, undertakings, and limitations with respect to USDC.

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to      .

**Close**         Accept all

**coinbase**                                                                                      Sign up

certain Digital Asset Wallets, as permitted by Coinbase; (iii) a valid bank account in the name that matches the name on your Coinbase Account; (iv) a debit or credit card that matches the name on your Coinbase Account; (v) Google Pay; (vi) Apple Pay; (vii) PayPal; or (viii) a Coinbase gift card (each a "**Valid Payment Method**"). Your purchase must follow the relevant instructions on the Coinbase Site. Coinbase reserves the right to cancel any transaction not confirmed by you within five (5) seconds after Coinbase quotes a transaction price. A purchase of Supported Digital Assets using a Valid Payment Method generally will initiate on the business day we receive your instructions. Purchased Supported Digital Assets will usually be deposited in your Digital Asset Wallet instantly and can be exchanged for other Digital Assets. You will be able to sell or send Purchased Digital Assets as soon as funds have settled to Coinbase, which in the case of a bank account or credit or debit card usually takes up to five (5) business days. You can sell Supported Digital Assets and instruct Coinbase to deposit funds into your Coinbase USD Wallet or, where supported, a Digital Asset Wallet. Supported Digital Asset purchases and sales on the Coinbase Site are collectively referred to herein as "**Digital Asset Transactions**". If Coinbase cannot complete your Digital Asset Transaction for any reason (such as price movement, market latency, inability to find a counterparty for your transaction, or order size), Coinbase will reject the order and notify you of such rejection. You will not be charged for a rejected transaction.

**3.3. Fees.** In general, Coinbase makes money when you purchase or sell Supported Digital Assets on the Coinbase Site. A description of the way fees are calculated can be found on our Pricing and Fees Disclosures Page. By using Coinbase Services you agree to pay all fees and, if applicable based on the service, a spread. While Coinbase reserves the right to adjust its pricing and fees and any applicable waivers at any time, we may provide at least 30 days' prior notice of certain changes to our pricing schedule, or terms, conditions and policies to users in some states where required by applicable law. We will also notify you of the final price of each transaction, inclusive of pricing and fees, when you authorize the transaction and in each receipt we issue to you. We may charge network fees (miner fees) to process a Digital Asset Transaction on your behalf. We will calculate the network fee at our discretion, and notify you of the network fee at or before the time you authorize the Digital Asset Transaction. Bank fees charged to Coinbase are netted out of transfers to or from Coinbase. You are responsible for paying any additional fees charged by your financial service provider. We will not process a transfer if associated bank fees exceed the value of the transfer. You may be required to deposit additional USD to cover bank fees if you desire to complete such a transfer.

**3.4. Recurring Digital Asset Transactions.** If you initiate recurring Digital Asset Transactions, you authorize us to initiate recurring electronic payments in accordance with your selected Digital Asset Transaction and any corresponding payment accounts, such as recurring automated clearing house (ACH) debit or credit entries from or to your linked bank account. This authorization will remain in full force and effect until you change your recurring transaction settings at https://www.coinbase.com/recurring_payments, or until you provide us written notification at https://help.coinbase.com/en/contact-us. Your recurring transactions will occur in periodic installments, based on your period selection (e.g., daily, weekly, monthly), until either you or Coinbase cancels the recurring order. Recurring transactions scheduled for the 29th, 30th, or 31st day of a month will be processed the earlier of the date scheduled or on the last day of the applicable month. For example, recurring transactions scheduled for the 31st will be processed on the 30th in April, June, September, and November. Your recurring transaction will be executed within the 24-hour day on the transaction date. Transaction times may vary.

If you select a U.S. Bank Account as your payment method for a recurring transaction, and such transaction falls on a weekend or holiday, or after bank business hours, the ACH credit or debit will be executed on the next business day, although the Digital Asset fees at the time of the regularly-scheduled transaction will apply. If your Bank is unable to process any electronic ACH debit entry, we will notify you of cancellation of the transaction and may use the remedies set forth in this User Agreement to recover any amount owed to Coinbase. You agree to notify Coinbase of any changes in your linked bank account information prior to a recurring transaction. Coinbase may, at any time, suspend or delay recurring transactions without notice or terminate recurring transactions by providing notice to you.

**3.5. Credit Transaction Payments.** You may use the "Make A Payment" option on the Coinbase Site to authorize payments for any credit transaction with us or any of our affiliates, including any amount owing pursuant to any credit agreement you may enter into with us or any of our affiliates. With this option, you can authorize us or our affiliates to make a one-time charge to your linked deposit account through the ACH network (your "**Preferred Payment Method**"). You may select or approve the dollar amount and transaction date for each one-time payment you authorize using your Preferred Payment Method. We and our affiliates reserve the right to limit the amount and date of these one-time charges, screen transactions, and take other steps for our own risk management and business reasons. Although we or our affiliates will try to notify you if your depository institution is unable or unwilling to process any one-time charge using your Preferred Payment Method, you agree we are not required to do so and you are still required to make payments in the time and manner required by your credit agreement with us or any of our affiliates.

**3.6. Revocation.** When you give us instructions to purchase Supported Digital Assets, you cannot withdraw your consent to that purchase unless the purchase is not scheduled to occur until a future date e.g. you set up a recurring purchase of Supported Digital Assets (a "**Future Transaction**"). In the case of a Future Transaction, you may withdraw your consent up until the end of the business day before the date that the Future Transaction is scheduled to take place. To withdraw your consent to a Future Transaction, you must follow the instructions on the Coinbase Site.

**3.7. Unauthorized and Incorrect Transactions.** When a Digital Asset Transaction or USD transaction occurs using your credentials, we will assume that you authorized such transaction, unless you notify us otherwise. If you believe you did not authorize a particular transaction or that a transaction was incorrectly carried out, you must contact us as soon as possible via our help page at https://help.coinbase.com or by phone at (888) 908-7930 (international call charges may apply). It is important that you regularly check your USD Wallet, Digital Asset Wallet, and any other wallets accessible through the Coinbase Site and your transaction history to ensure you notify us as soon as possible of any unauthorized or incorrect transactions. Reporting an unauthorized transaction does not guarantee Coinbase will be able to reverse the transaction or reimburse you for the transaction.

**3.8. Account Information.** You will be able to see your USD Wallet and Digital Asset Wallet balances using the Coinbase Site. You can also see your transaction history using the Coinbase Site, including (i) the amount (and currency) of each Digital Asset Transaction; (ii) a reference to the identity of the payer and/or payee (as appropriate); (iii) any fees charged (excluding any spread, or margin, over the prevailing market rate on Coinbase's trading platform); (iv) if applicable, the rate of exchange, and the amount (in the new currency) after exchange (where you are the payer) or the amount (in the original currency) before the exchange (where you are the payee); and (v) the date of each Digital Asset Transaction.

**3.9. Reversals & Cancellations.** You cannot cancel, reverse, or change any transaction marked as complete or pending. If your payment is not

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to                                    .

**Close**                                                                         Accept all

**coinbase**                                                                 Sign up

## 4. Digital Asset Transfers

**4.1. In General.** Your Digital Asset Wallet enables you to send Supported Digital Assets to, and request, receive, and store Supported Digital Assets from, third parties by giving instructions through the Coinbase Site. Your transfer of Supported Digital Assets between your other Digital Asset wallets (including wallets off the Coinbase Site) and to and from third parties is a "**Digital Asset Transfer**". We recommend customers send a small amount of Supported Digital Assets as a test before sending a significant amount of Supported Digital Assets.

**4.2. Pending Transactions.** Once a Digital Asset Transfer is submitted to a Digital Asset network, the transaction will be unconfirmed and remain in a pending state for a period of time sufficient to allow confirmation of the transaction by the Digital Asset network. A Digital Asset Transfer is not complete while it is in a pending state. Pending Digital Asset Transfers that are initiated from a Coinbase Account will reflect a pending transaction status and are not available to you for use on the Coinbase Site or otherwise while the transaction is pending.

**4.3. Inbound Digital Asset Transfers.** When you or a third party sends Digital Assets to a Coinbase Wallet from an external wallet not hosted on Coinbase ("**Inbound Transfers**"), the person initiating the transaction is solely responsible for executing the transaction properly, which includes ensuring that the Digital Asset being sent is a Supported Digital Asset that conforms to the particular wallet address to which funds are directed, including any required Destination Tag/Memo. **By initiating an Inbound Transfer, you attest that you are transacting in a Supported Digital Asset that conforms to the particular wallet address to which funds are directed. For example:**

- **If you select an Ethereum wallet address to receive funds, you attest that you are initiating an Inbound Transfer of Ethereum alone, and not any other Digital Asset such as Bitcoin or Ethereum Classic.**

- **If you select a Bitcoin wallet address to receive funds, you attest that you are initiating an Inbound Transfer of Bitcoin alone, and not any other Digital Asset such as Bitcoin Cash or Ethereum.**

**Coinbase incurs no obligation whatsoever with regard to unsupported Digital Assets sent to a Coinbase Account or with regard to Supported Digital Assets sent to an incompatible Digital Asset wallet address. If you send unsupported Digital Assets to a Coinbase Account or Supported Digital Assets to an incompatible Digital Asset wallet address, then you will lose those Digital Assets.** For some lost Digital Assets, Coinbase may in its sole discretion offer you the option to attempt a recovery. We may charge fees to process the recovery attempt on your behalf. We will calculate all fees at our discretion, and notify you of the applicable fees at or before the time you authorize the recovery attempt. For more information, see our [Pricing and Fees Disclosures Page](#). The actual amount recovered may differ from the estimated recovery amount. Coinbase does not evaluate the authenticity, safety, or security of unsupported Digital Assets. You acknowledge and agree that Coinbase is not liable for any loss incurred during the recovery attempt or subsequent use of the recovered Digital Asset.

Coinbase may from time to time determine types of Digital Assets that will be supported or cease to be supported. You acknowledge and agree that you may be required to pay network or miner's fees in order for an Inbound Transfer transaction to be successful. Insufficient network fees may cause an Inbound Transfer to remain in a pending state on a decentralized network outside of Coinbase's control, and we are not responsible for delays or loss incurred as a result of an error in the initiation of the transaction and cannot reverse such transactions.

**4.4. Outbound Digital Asset Transfers.** When you send Supported Digital Assets from your Coinbase Account to an external wallet ("**Outbound Transfers**"), such transfers are executed at your instruction by Coinbase. You should verify all transaction information prior to submitting instructions to us. Coinbase shall bear no liability or responsibility in the event you enter an incorrect blockchain destination address, incorrect Destination Tag/Memo, or if you send your Supported Digital Assets to an incompatible wallet. We do not guarantee the identity or value received by a recipient of an Outbound Transfer. Digital Asset Transfers cannot be reversed once they have been broadcast to the relevant Digital Asset network, although they may be in a pending state, and designated accordingly, while the transaction is processed by network operators. Coinbase does not control the Digital Asset network and makes no guarantees that a Digital Asset Transfer will be confirmed by the network. We may cancel or refuse to process any pending Outbound Digital Asset Transfers as required by law or any court or other authority to which Coinbase is subject in any jurisdiction. Additionally, we may require you to wait some amount of time after completion of a transaction before permitting you to use further Coinbase Services and/or before permitting you to engage in transactions beyond certain volume limits.

**4.5. Transfers to a Recipient Email Address.** Coinbase allows you to initiate a Digital Asset Transfer to a Coinbase customer by designating that customer's email address. If you initiate a Digital Asset Transfer to an email address, and the recipient does not have an existing Coinbase Account, we will invite the recipient to open a Coinbase Account. If the recipient does not open a Coinbase Account within thirty (30) days, we will return the relevant Supported Digital Asset to your Digital Asset Wallet.

**4.6. Debts.** In the event that there are outstanding amounts owed to us hereunder, including in your Coinbase Account, Coinbase reserves the right to debit your Coinbase Account accordingly and/or to withhold amounts from funds you may transfer between your Coinbase Accounts.

## 5. Data Protection and Security

**5.1. Personal Data.** You acknowledge that we may process personal data in relation to you (if you are an individual), and personal data that you have provided or in the future provide to us in relation to your employees and other associated individuals, in connection with this Agreement, or the Coinbase Services. Accordingly, you represent and warrant that: (i) your disclosure to us of any personal data relating to individuals other than yourself was or will be made in accordance with all applicable data protection and data privacy laws, and such data are accurate, up to date and relevant when

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our [Cookie Policy](#) or go to       .

**Close**                                                                 Accept all

attacks and should use care in reviewing messages purporting to originate from Coinbase. Always log into your Coinbase Account(s) through the Coinbase Site to review any transactions or required actions if you have any uncertainty regarding the authenticity of any communication or notice.

## 6. General Obligations, Taxes, Designating a Fiduciary and Termination

**6.1. Limited License.** All content included in or made available through the Coinbase Services, Coinbase Site or any related content, materials and information such as text, graphics, logos, button icons, images, audio clips, digital downloads, data compilations, and software (collectively, the "**Content**") is the property of Coinbase or its affiliates or its content providers and protected by United States and international copyright laws. We grant you a limited, nonexclusive, nontransferable license, subject to the terms of this Agreement, to access and use the Coinbase Services, Coinbase Site, and Content solely for purposes approved by Coinbase from time to time. Any other use of the Coinbase Services, Coinbase Site or Content is expressly prohibited and all other right, title, and interest in the Coinbase Services, Coinbase Site or Content is exclusively the property of Coinbase and its licensors. You agree you will not copy, transmit, distribute, sell, license, reverse engineer, modify, publish, or participate in the transfer or sale of, create derivative works from, or in any other way exploit any of the Content, in whole or in part without the prior written consent of Coinbase.

"**Coinbase.com**", and the following non-exhaustive list, including COINBASE, COINBASE Logo, C Logo, COINBASE EXCHANGE, COINBASE PRO, ROSETTA, COSTA, SKEW, TOSHI, COINBASE ONE, and BISON TRAILS; and without limitation, any graphics, logos, button icons, and service names included in or made available through any Content, and all logos related to the Coinbase Services or displayed on the Coinbase Site are either trademarks or trade dress of Coinbase or its licensors in the United States and other countries. You may not copy, imitate or use them without Coinbase's prior written consent for any purpose, including without limitation, in: connection with any product or service that is not authorized by Coinbase; any manner that is likely to cause confusion among customers; or a way that disparages or discredits Coinbase.

**6.2. Website Accuracy.** Although we intend to provide accurate and timely information on the Coinbase Site, the Coinbase Site (including, without limitation, the Content) may not always be entirely accurate, complete or current and may also include technical inaccuracies or typographical errors. In an effort to continue to provide you with as complete and accurate information as possible, information may be changed or updated from time to time without notice, including without limitation information regarding our policies, products and services. Accordingly, you should verify all information before relying on it, and all decisions based on information contained on the Coinbase Site are your sole responsibility and we shall have no liability for such decisions. Information provided by third parties, including historical price and supply data for Digital Assets, is for informational purposes only and Coinbase makes no representations or warranties to its accuracy. Links to third-party materials (including without limitation websites) may be provided as a convenience but are not controlled by us. You acknowledge and agree that we are not responsible for any aspect of the information, content, or services contained in any third-party materials or on any third-party sites accessible or linked to the Coinbase Site.

**6.3. Third-Party Applications.** If, to the extent permitted by Coinbase from time to time, you grant express permission to a third party to access or connect to your Coinbase Account(s), either through the third party's product or service or through the Coinbase Site, you acknowledge that granting permission to a third party to take specific actions on your behalf does not relieve you of any of your responsibilities under this Agreement. You are fully responsible for all acts or omissions of any third party with access to your Coinbase Account(s). Further, you acknowledge and agree that you will not hold Coinbase responsible for, and will indemnify Coinbase from, any liability arising out of or related to any act or omission of any third party with access to your Coinbase Account(s). You may change or remove permissions granted by you to third parties with respect to your Coinbase Account(s) at any time through the tabs on the Account Settings page on the Coinbase Site.

**6.4. Your Content.** Some Coinbase Services let you share your own content (for example text, images, video, graphics, audio or other materials, "**Your Content**"). Before sharing Your Content through the Services, you promise and attest that you own and control all of the intellectual property rights to Your Content (or that you have the necessary license rights to the content) and that Your Content is lawful. We reserve the right to remove Your Content at our discretion, without notice and without liability.

You agree that all of Your Content posted on our Services must comply with all policies applicable to your use of Coinbase Services, features or products, including our Content Policy. If Your Content violates our policies, we may remove it without notice. When you share Your Content on our Services, you may be asked to make disclosures, or label or categorize Your Content; failing to do so accurately may result in Your Content being removed. We also reserve the right to label or categorize Your Content and allow other users to label or categorize Your Content. How Your Content is labeled or categorized may affect how it is displayed by our Services.

**6.4.1. License to use Your Content.** When you share Your Content through the Services, you retain your intellectual property rights in Your Content and you provide us with the following license to use Your Content: by using our Services you grant us a worldwide, non-exclusive, royalty-free, sublicensable, perpetual, and transferable license to host, publish, display, perform, reproduce, copy, distribute, communicate, modify, reformat, translate, or otherwise use Your Content (including your text, images, video, graphics, audio, files, communications, and any other content you provide) to operate, improve, develop, and promote our Services. If you see content on Coinbase NFT that you believe violates your intellectual property rights, you agree to submit a notice of claimed intellectual property infringement using the procedures described on our Content Removals page. We comply with the Digital Millennium Copyright Act ("**DMCA**") and we will respond to a properly submitted notification of claimed copyright infringement in accordance with our DMCA procedures. Note that repeat infringers may have their accounts disabled.

**6.5. Transaction Limits.** The use of all Coinbase Services may be subject to a limit on the amount of volume, stated in U.S. Dollar terms, you may transact or transfer in a given period (e.g., daily). To view your limits, login to your Coinbase Account(s) and visit https://www.coinbase.com/verifications. Your transaction limits may vary depending on your payment method, verification steps you have completed, and other factors. If you wish to raise your limits beyond the posted amounts, you may submit a request at https://help.coinbase.com. Coinbase reserves the right to change applicable limits, and to refuse to raise your limits, as we deem necessary in our sole discretion.

**6.6. Unclaimed Property.** If Coinbase is holding funds (whether fiat currency or Supported Digital Assets) in your account, and has no record of you

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to                          .

**Close**                                                                                    Accept all

S gn up

**6.8. Taxes.** The tax treatment of Digital Asset transactions is uncertain, and it is your responsibility to determine what taxes, if any, arise from transactions using Coinbase Services under this Agreement. Users are solely responsible for reporting and paying any applicable taxes arising from transactions using Coinbase Services, and acknowledge that Coinbase does not provide investment, legal, or tax advice governing these transactions. You understand that Coinbase shall report information with respect to your transactions, payments, transfers, or distributions made by or to you with respect to your activities using Coinbase Services to a tax or governmental authority to the extent such reporting is required by applicable law. Coinbase also shall withhold taxes applicable to your transactions or to payments or distributions made or deemed made to you to the extent such withholding is required by applicable law. From time to time, Coinbase shall ask you for tax documentation or certification of your taxpayer status as required by applicable law, and any failure by you to comply with this request in the time frame identified may result in withholding and/or remission of taxes to a tax authority as required by applicable law. You should conduct your own due diligence and consult your own tax advisors before making any decisions with respect to Digital Asset transactions.

**6.9. Designating a Fiduciary.** For security reasons, if we receive legal documentation confirming your death or other information leading us to believe you have died, we will freeze your Coinbase Account and during this time, no transactions may be completed until: (i) your designated fiduciary has opened a new Coinbase Account, as further described below, and the entirety of your Coinbase Account has been transferred to such new account; or (ii) we have received proof in a form satisfactory to us that you have not died. If we have reason to believe you may have died but we do not have proof of your death in a form satisfactory to us, you authorize us to make inquiries, whether directly or through third parties, that we consider necessary to ascertain whether you have died. Upon receipt by us of proof satisfactory to us that you have died, your designated fiduciary will be required to open a new Coinbase Account in order to gain access to the contents of your Coinbase Account. If you have not designated a fiduciary, then we reserve the right to (i) treat as your fiduciary any person entitled to inherit your Coinbase Account, as determined by us upon receipt and review of the documentation we, in our sole discretion, deem necessary or appropriate, including (but not limited to) a will, a living trust or a small estate affidavit; or (ii) require an order designating a fiduciary from a court having competent jurisdiction over your estate. In the event we determine, in our sole discretion, that there is uncertainty regarding the validity of the fiduciary designation, we reserve the right to require an order resolving such issue from a court of competent jurisdiction before taking any action relating to your Coinbase Account.

**6.10. Suspension, Termination, and Cancellation.** Coinbase may suspend, restrict, or terminate your access to any or all of the Coinbase Services, and/or deactivate or cancel your Coinbase Account(s), with immediate effect for any reason at its sole discretion and is under no obligation to disclose the details of its decision to take such action with you. You acknowledge that Coinbase's decision to take certain actions, including limiting access to, suspending, or closing your account for any reason in our sole discretion, may be based on confidential criteria that are essential to Coinbase's risk management and security protocols. You agree that Coinbase is under no obligation to disclose the details of its risk management and security procedures to you.

You will be permitted to transfer Supported Digital Assets or funds associated with your hosted Digital Asset Wallet(s) and/or your USD Wallet(s) for ninety (90) days after Account deactivation or cancellation unless such transfer is otherwise prohibited (i) under applicable law, including but not limited to applicable sanctions programs; or (ii) by a facially valid subpoena or court order. You may cancel your Coinbase Account(s) at any time by visiting https://www.coinbase.com/settings/cancel. You will not be charged for canceling your Coinbase Account(s), although you will be required to pay any outstanding amounts owed to Coinbase. You authorize us to cancel or suspend any pending transactions at the time of cancellation.

Coinbase may discontinue or change any product, service, or feature, in its sole discretion, at any time. You agree that we may transfer you to a product or service that is reasonably similar to the discontinued or changed product or service, to the extent such product or service exists. We will provide you with prior notice of material changes, discontinuation, or the transfer related to a product, service, or feature, to the extent required or applicable.

**6.11. Export Controls and Sanctions.** Your use of the Coinbase Services and the Site is subject to applicable law including but not limited to export restrictions, end-user restrictions, antiterrorism laws, and economic sanctions. By sending, receiving, buying, selling, trading, or storing Digital Assets through the Site or Coinbase Services, you agree that you will comply with all applicable laws. You are not permitted to acquire Digital Assets or use any of the Coinbase Services through the Site if doing so would violate applicable laws and regulations, including but not limited to those of the United Nations Security Council, the United States (including prohibiting dealings with sanctioned persons identified by the U.S. Department of the Treasury's Office of Foreign Assets Control Specially Designated Nationals and Blocked Persons ("SDN"), or other U.S. non-SDN restricted or prohibited parties lists, and those prohibiting dealings with persons organized, resident, or located in comprehensively sanctioned jurisdictions), and/or any other applicable federal, state, municipal or local laws and regulations (each as amended from time to time).

## 7. Customer Feedback, Queries, Complaints, and Dispute Resolution

**7.1. Contact Coinbase.** If you have feedback, or general questions, contact us via our Customer Support webpage at https://help.coinbase.com. Coinbase requires that all legal documents (including civil subpoenas, complaints, and small claims) be served on our registered agent for service of process. Current contact information for our registered agent in each state can be found here.

Please note that our registered agent will accept service only if the entity identified as the recipient of the document identically matches the name of the entity registered with the Secretary of State and for which our registered agent is authorized to accept service (Coinbase, Inc.). By accepting service of a legal document, Coinbase does not waive any objections we may have and may raise in response to such document.

**7.2. Formal Complaint Process.** If you have a complaint with Coinbase, you agree to first contact Coinbase through our support team to attempt to resolve any such dispute amicably. **If we cannot resolve the dispute through Coinbase Support, you agree to use the Formal Complaint Process set forth below before filing any arbitration claim or small claims action as described further in Appendix 5 below.** You must complete the Formal Complaint Process before filing any arbitration or small claims action. If you do not complete it, then you agree that your claim or action must be dismissed from arbitration or small claims court.

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to                    .

**Close**                                                                    Accept all

**coinbase**                                                                    Sign up

User Agreement    Privacy    Prohibited Uses    Cookie Policy    Licenses    Insurance    Market Data    Trading Rules    NFT Terms

## 8. Liabilities & Indemnification

**8.1. Release of Coinbase; Indemnification.** If you have a dispute with one or more users of the Coinbase Services, you release Coinbase, its affiliates and service providers, and each of their respective officers, directors, agents, joint venturers, employees and representatives from any and all claims, demands and damages (actual and consequential) of every kind and nature arising out of or in any way connected with such disputes. You agree to indemnify and hold Coinbase, its affiliates and service providers, and each of its or their respective officers, directors, agents, joint venturers, employees and representatives, harmless from any claim or demand (including attorneys' fees and any fines, fees or penalties imposed by any regulatory authority) arising out of or related to your breach of this Agreement or your violation of any law, rule or regulation, or the rights of any third party.

**8.2. Limitation of Liability; No Warranty.** IN NO EVENT SHALL COINBASE, ITS AFFILIATES AND SERVICE PROVIDERS, OR ANY OF THEIR RESPECTIVE OFFICERS, DIRECTORS, AGENTS, JOINT VENTURERS, EMPLOYEES OR REPRESENTATIVES, BE LIABLE (I) FOR ANY AMOUNT GREATER THAN THE VALUE OF THE SUPPORTED DIGITAL ASSETS ASSOCIATED WITH YOUR DIGITAL ASSET WALLET AT THE TIME OF THE EVENT OR CIRCUMSTANCE GIVING RISE TO YOUR CLAIM OR (II) FOR ANY LOST PROFITS, LOSS OF GOODWILL OR REPUTATION, LOSS OF DATA, DIMINUTION IN VALUE OR BUSINESS OPPORTUNITY, ANY LOSS, DAMAGE, CORRUPTION OR BREACH OF DATA OR ANY OTHER INTANGIBLE PROPERTY OR ANY SPECIAL, INCIDENTAL, INDIRECT, INTANGIBLE, OR CONSEQUENTIAL DAMAGES, WHETHER BASED IN CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY, OR OTHERWISE, ARISING OUT OF OR IN CONNECTION WITH ANY USE OF THE COINBASE SITE OR THE COINBASE SERVICES, OR THIS AGREEMENT, EVEN IF COINBASE HAS BEEN ADVISED OF OR KNEW OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES, AND NOTWITHSTANDING THE FAILURE OF ANY AGREED OR OTHER REMEDY OF ITS ESSENTIAL PURPOSE, EXCEPT TO THE EXTENT OF A FINAL JUDICIAL DETERMINATION THAT SUCH DAMAGES WERE A RESULT OF COINBASE'S GROSS NEGLIGENCE, FRAUD, WILLFUL MISCONDUCT OR INTENTIONAL VIOLATION OF LAW. THIS MEANS, BY WAY OF EXAMPLE ONLY (AND WITHOUT LIMITING THE SCOPE OF THE PRECEDING SENTENCE), THAT IF YOU CLAIM THAT COINBASE FAILED TO PROCESS A BUY OR SELL TRANSACTION PROPERLY, YOUR DAMAGES ARE LIMITED TO NO MORE THAN THE LESSER OF THE VALUE OF THE SUPPORTED DIGITAL ASSETS AT ISSUE IN THE TRANSACTION OR THE TOTAL VALUE OF THE SUPPORTED DIGITAL ASSETS ASSOCIATED WITH YOUR DIGITAL ASSET WALLET, AND THAT YOU MAY NOT RECOVER FOR LOST PROFITS, LOST BUSINESS OPPORTUNITIES, DIMINUTION IN VALUE OR OTHER TYPES OF SPECIAL, INCIDENTAL, INDIRECT, INTANGIBLE, EXEMPLARY, PUNITIVE OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES ARISING OUT OF OR RELATING TO DIGITAL ASSETS THAT ARE NOT SUPPORTED DIGITAL ASSETS. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

THE COINBASE SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS WITHOUT ANY REPRESENTATION OR WARRANTY, WHETHER EXPRESS, IMPLIED OR STATUTORY. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, COINBASE SPECIFICALLY DISCLAIMS ANY IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND/OR NON-INFRINGEMENT. COINBASE DOES NOT MAKE ANY REPRESENTATIONS OR WARRANTIES THAT ACCESS TO THE COINBASE SITE, ANY PART OF THE COINBASE SERVICES, OR ANY OF THE MATERIALS CONTAINED THEREIN, WILL BE CONTINUOUS, UNINTERRUPTED, TIMELY, OR ERROR-FREE. COINBASE DOES NOT GUARANTEE THAT ANY ORDER WILL BE EXECUTED, ACCEPTED, RECORDED OR REMAIN OPEN. EXCEPT FOR THE EXPRESS STATEMENTS SET FORTH IN THIS AGREEMENT, YOU HEREBY ACKNOWLEDGE AND AGREE THAT YOU HAVE NOT RELIED UPON ANY OTHER STATEMENT OR UNDERSTANDING, WHETHER WRITTEN OR ORAL, WITH RESPECT TO YOUR USE AND ACCESS OF THE COINBASE SERVICES AND COINBASE SITE. WITHOUT LIMITING THE FOREGOING, YOU HEREBY UNDERSTAND AND AGREE THAT COINBASE WILL NOT BE LIABLE FOR ANY LOSSES OR DAMAGES ARISING OUT OF OR RELATING TO: (I) ANY INACCURACY, DEFECT OR OMISSION OF DIGITAL ASSET PRICE DATA, OR ANY ERROR, DELAY OR INTERRUPTION IN THE TRANSMISSION OF SUCH DATA; (II) VIRUSES OR OTHER MALICIOUS SOFTWARE OBTAINED BY ACCESSING OUR WEBSITES, SOFTWARE, SYSTEMS OPERATED BY US OR ON OUR BEHALF OR ANY OF THE COINBASE SERVICES OR ANY WEBSITE OR SERVICE LINKED TO OUR WEBSITE; (III) GLITCHES, BUGS, ERRORS, OR INACCURACIES OF ANY KIND IN OUR WEBSITES, SOFTWARE, SYSTEMS OPERATED BY US OR ON OUR BEHALF OR ANY OF THE COINBASE SERVICES; OR (IV) A SUSPENSION OR OTHER ACTION TAKEN WITH RESPECT TO YOUR COINBASE ACCOUNT.

Coinbase will make reasonable efforts to ensure that requests for electronic debits and credits involving bank accounts, credit cards, and check issuances are processed in a timely manner but Coinbase makes no representations or warranties regarding the amount of time needed to complete processing which is dependent upon many factors outside of our control.

IF YOU ARE A NEW JERSEY RESIDENT, the provisions of this Section 8.2 are intended to apply only to the extent permitted under New Jersey law.

The foregoing limitations of damages, liability and no warranty provisions set forth above in this Section 8.2 are fundamental elements of the basis of the bargain between Coinbase and you.

## 9. General Provisions

**9.1. Entire Agreement.** This Agreement, the Privacy Policy, E-Sign Disclosure and Consent Policy, Prohibited Use Policy, and Appendices incorporated by reference herein comprise the entire understanding and agreement between you and Coinbase as to the subject matter hereof, and supersedes any and all prior discussions, agreements and understandings of any kind (including without limitation any prior versions of this Agreement), between you and Coinbase. Section headings in this Agreement are for convenience only and shall not govern the meaning or interpretation of any provision of this Agreement.

**9.2. Assignment.** We reserve the right to assign our rights without restriction, including without limitation to any Coinbase affiliates or subsidiaries, or to any successor in interest of any business associated with the Coinbase Services. In the event that Coinbase is acquired by or merged with a third party entity, we reserve the right, in any of these circumstances, to transfer or assign the information we have collected from you as part of such merger, acquisition, sale, or other change of control. You may not assign any rights and/or licenses granted under this Agreement. Any attempted transfer or assignment by you in violation hereof shall be null and void. Subject to the foregoing, this Agreement will bind and inure to the benefit of the parties, their successors and permitted assigns.

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our [Cookie Policy](#) or go to                    .

**Close**                                                    Accept all

**coinbase**

Sign up

of terrorists, civil disturbance, war, strike or other labor dispute, fire, interruption in telecommunications or Internet services or network provider services, failure of equipment and/or software, pandemic, other catastrophe or any other occurrence which is beyond our reasonable control and shall not affect the validity and enforceability of any remaining provisions.

**9.7. Non-Waiver of Rights.** This Agreement shall not be construed to waive rights that cannot be waived under applicable laws, including applicable state money transmission laws in the state where you are located. In addition, our failure to insist upon or enforce strict performance by you of any provision of this Agreement or to exercise any right under this Agreement will not be construed as a waiver or relinquishment to any extent of our right to assert or rely upon any such provision or right in that or any other instance.

**9.8. Relationship of the Parties.** Coinbase is an independent contractor for all purposes. Nothing in this Agreement is intended to or shall operate to create a partnership or joint venture between you and Coinbase, or authorize you to act as agent of Coinbase.

## APPENDIX 1: Verification Procedures and Limits

As a regulated financial service company operating in the US we are required to identify users on our platform. This ensures we remain in compliance with KYC/AML laws in the jurisdictions in which we operate, something that is necessary for us to be able to continue to offer Digital Asset exchange services to our customers. Coinbase collects and verifies information about you in order to: (i) protect Coinbase and the community from fraudulent users; and (ii) keep appropriate records of Coinbase's customers. Your daily or weekly Conversion limits, Coinbase Pro deposit, withdrawal and trading limits, Instant Buy limits, USD Wallet transfer limits, and limits on transactions from a linked payment method are based on the identifying information and/or proof of identity you provide to Coinbase.

All U.S. customers who wish to use Coinbase Services are required to establish a Coinbase Account by:

- Providing your name and valid email address, a password and your state of residence;

- Certifying that you are 18 years or older;

- Accepting User Agreement and Privacy Policy; and

- Verifying your identity by submitting the following information:

  - Name

  - DOB

  - Physical address

  - SSN (or ID # from gov't issued ID)

  - Source of funds

  - Income/employment information (US only)

  - Explanation of activity (US only)

All U.S. customers who wish to send and receive Digital Assets on to the blockchain are required to:

- Submit a copy of an acceptable form of identification (i.e. passport, state driver's license, or state identification card); and

- Submit a picture of yourself or a selfie from your webcam or mobile phone.

Notwithstanding these minimum verification procedures for the referenced Coinbase Services, Coinbase may require you to provide or verify additional information, or to wait some amount of time after completion of a transaction, before permitting you to use any Coinbase Services and/or before permitting you to engage in transactions beyond certain volume limits. You may determine the volume limits associated with your level of identity verification by visiting your account's Limits page.

You may contact us at https://help.coinbase.com to request larger limits. Coinbase will require you to submit to Enhanced Due Diligence. Additional fees and costs may apply, and Coinbase does not guarantee that we will raise your limits.

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to                    .

Close                                    Accept all

**User Agreement**    Privacy    Prohibited Uses    Cookie Policy    Licenses    Insurance    Market Data    Trading Rules    NFT Terms

that we provide in connection with your Coinbase Account(s) and your use of Coinbase Services. Communications include:

- Terms of use and policies you agree to (e.g., the Coinbase User Agreement and Privacy Policy), including updates to these agreements or policies;

- Account details, history, transaction receipts, confirmations, and any other Account or transaction information;

- Legal, regulatory, and tax disclosures or statements we may be required to make available to you; and

- Responses to claims or customer support inquiries filed in connection with your Account.

We will provide these Communications to you by posting them on the Coinbase Site, emailing them to you at the primary email address listed in your Coinbase profile, communicating to you via instant chat, and/or through other electronic communication such as text message or mobile push notification.

**Hardware and Software Requirements**

In order to access and retain electronic Communications, you will need the following computer hardware and software:

- A device with an Internet connection;

- A current web browser that includes 128-bit encryption (e.g. Internet Explorer version 9.0 and above, Firefox version 3.6 and above, Chrome version 31.0 and above, or Safari 7.0 and above) with cookies enabled;

- A valid email address (your primary email address on file with Coinbase); and

- Sufficient storage space to save past Communications or an installed printer to print them.

**How to Withdraw Your Consent**

You may withdraw your consent to receive Communications electronically by contacting us at https://help.coinbase.com. If you fail to provide or if you withdraw your consent to receive Communications electronically, Coinbase reserves the right to immediately close your Coinbase Account or charge you additional fees for paper copies.

**Updating your Information**

It is your responsibility to provide us with a true, accurate and complete e-mail address and your contact information, and to keep such information up to date. You understand and agree that if Coinbase sends you an electronic Communication but you do not receive it because your primary email address on file is incorrect, out of date, blocked by your service provider, or you are otherwise unable to receive electronic Communications, Coinbase will be deemed to have provided the Communication to you.

You may update your information by logging into your account and visiting settings or by contacting our support team at https://help.coinbase.com.

## APPENDIX 3: State License Disclosures

Coinbase maintains licenses to engage in money transmission activities in many states, and these licenses may impact our provision and your use of certain Coinbase Services depending on where you live. Coinbase's licenses and corresponding required disclosures can be found on the Coinbase Licenses page, which is incorporated by reference.

If you live in the following jurisdictions, we are required to provide you with the following information:

**Alaska** If your issue is unresolved by Coinbase, Inc., 1-888-908-7930, please submit formal complaints with the State of Alaska, Division of Banking & Securities.

Please download the form here: https://www.commerce.alaska.gov/web/portals/3/pub/DBSGeneralComplaintFormupdated.pdf

Submit formal complaint form with supporting documents: Division of Banking & Securities PO Box 110807 Juneau, AK 99811-0807

If you are an Alaska resident with questions regarding formal complaints, please email us at dbs.licensing@alaska.gov or call Nine Zero Seven Four Six Five Two Five Two One Zero

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to                          .

Close                                                    Accept all

**coinbase**                                                                 Sign up

User Agreement    Privacy    Prohibited Uses    Cookie Policy    Licenses    Insurance    Market Data    Trading Rules    NFT Terms

1 COMMERCE WAY, SUITE 402 LITTLE ROCK, ARKANSAS 72202 TELEPHONE: (501) 324-9260 FACSIMILE: (501) 324-9268

**Colorado** MO7 Customer Notice - COLORADO MONEY TRANSMITTERS ACT

If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Colorado Division of Banking.

The Complaint Process

All consumer complaints filed with the Colorado Division of Banking must be submitted in writing. All consumer complaints filed with the Division must be submitted in writing. You will not fill out the form online. Instead, you must download the file to your own device and edit that version. When completing the form, please provide detailed information and fill it out completely.

Complaint Form (PDF)

Send the complaint and supporting documentation by regular mail, facsimile, or electronic mail (e-mail) to the Colorado Division of Banking. NOTE: If filing electronically, scan and/or save the completed complaint form with related attachments to a PDF file, a Word doc, or Zip file, and attach to your E-mail.

Colorado Division of Banking 1560 Broadway, Suite 975, Denver, CO 80202 Phone: 303-894-7575 Fax: 303-894-7570 E-mail: DORA_BankingWebsite@state.co.us

**District of Columbia** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Department at:

District of Columbia Department of Insurance, Securities and Banking 1050 First St., NE, Suite 801 Washington, DC 20002 Phone: (202) 727-8000 Fax: (202) 354-1085 E-mail: disbcomplaints@dc.gov

Consumer Complaint Form Mail-in Version

**Florida** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Florida Office of Financial Regulation at: Online: https://flofr.gov/sitePages/FileAComplaint.htm. To file your complaint, you will need to register electronically through Online Services. A valid email address is required.

Florida Office of Financial Regulation - Consumer Finance 200 E. Gaines Street, Tallahassee, FL 32399-0376 850-487-9687

FL Office of Financial Regulation Complaint Portal: https://flofr.gov/sitePages/FileAComplaint.htm

**Georgia** Licensed by The Georgia Department of Banking and Finance. (Lic. # 42796/ NMLS# 1163082).

If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Georgia Department of Banking and Finance - Consumer Resources: https://consumer.georgia.gov/resolve-your-dispute/how-do-i-file-complaint

**Illinois** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Illinois Division of Banking at:

Illinois Department of Financial and Professional Regulation Online: https://www.idfpr.com/DFI/DFIComplaintForm.asp

Division of Financial Institutions: Fill In and Print Complaint Form for Currency Exchange and Title Insurance https://www.idfpr.com/admin/DFI/F1717DFICHI.pdf

**Kansas** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Office of the State Bank Commissioner.

If submitting electronically, submit your complaint here: https://www.osbckansas.org/consumers/file-a-complaint/

Mail or fax the completed consumer assistance form and attachments to:

Kansas Office of the State Bank Commissioner: Attn: Consumer Affairs 700 SW Jackson St, Suite 300 Topeka, KS 66603 Fax: (785) 371-1229 Email: complaints@osbckansas.org

**Louisiana** Please note the money transmission license issued to Coinbase, Inc. by the Louisiana Office of Financial Institutions does not cover the exchange or transmission of virtual currency.

If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Office of Financial Institutions.

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to                     .

**Close**                                                                 Accept all

**coinbase**

User Agreement    Privacy    Prohibited Uses    Cookie Policy    Licenses    Insurance    Market Data    Trading Rules    NFT Terms

- The value of virtual currency may be derived from the continued willingness of market participants to exchange legal tender for virtual currency, which may result in the potential for permanent and total loss of value of a particular virtual currency if the market for the virtual currency declines or collapses for an extended period of time.

- Any surety bond required by law for the benefit of customers may not be sufficient to cover all losses incurred by customers.

- Customers should perform research before purchasing or investing in virtual currency.

- Please see Coinbase's Global Privacy Policy, which describes how Coinbase collects, uses and discloses personal information.

**Maryland** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Maryland Department of Labor.

The Commissioner of Financial Regulation for the State of Maryland will accept all questions or complaints from Maryland residents regarding [License No. 12-1163082 and NMLS ID: 1163082] by contacting the Commissioner's office at: 500 North Calvert Street, Suite 402, Baltimore, Maryland 21202, or (888) 784-0136. Additional information about Coinbase, Inc. may be obtained at www.nmlsconsumeraccess.org

**Minnesota** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Minnesota Department of Commerce.

To make a complaint, please make a call contacting the following:

Minnesota Department of Commerce 85 8th Place East, Suite 208 Saint Paul, MN 55101 (Local) 651-539-1500 (Complaints) 651-539-1600

Please note the following disclosures associated with virtual currency:

- Virtual currency is not legal tender in the United States, is not backed by the United States government, and accounts and value balances are not subject to Federal Deposit Insurance Corporation or Securities Investor Protection Corporation protections.

- Coinbase charges a Coinbase Fee when you buy, sell, or convert cryptocurrencies. The Coinbase Fee may be discounted based on the payment method you select. For transactions involving cryptocurrency valued under $200, the Coinbase Fee will not exceed $10. For all other transactions, the Coinbase Fee will not exceed 6% of the USD value of the cryptocurrency. Despite these maximums, the Coinbase Fee you will actually pay (which will not exceed the maximum) is calculated and displayed to you at the time you place your order and may be determined by a combination of factors, like your selected payment method, the size of the order, market conditions, and/or jurisdictional location.

**Mississippi** The Mississippi Department of Banking & Consumer Finance recommends that you attempt to resolve your complaint with the financial institution first by contacting Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us to allow the opportunity to resolve the issue(s). If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file you complain online at https://dbcf.ms.gov/complaint-form/

**Nevada** Coinbase, Inc. is licensed by the Nevada Department of Business and Industry as a money transmitter. At this time, the Nevada Department of Business and Industry does not license or regulate services related to virtual currency, including but not limited to virtual currency transmission or exchange which may be conducted by Coinbase.

If you have a question or complaint, please first contact the consumer assistance division of Coinbase at https://help.coinbase.com or (888) 908-7930, or at its mailing address: 82 Nassau St #61234, New York, NY 10038. If you have an unresolved question or complaint regarding the money transmission services provided by Coinbase, you may contact the Nevada Department of Business and Industry at (702) 486-4120.

**New York** Please note the following disclosures associated with virtual currency:

- Virtual currency is not legal tender, is not backed by the government, and accounts and value balances are not subject to Federal Deposit Insurance Corporation or Securities Investor Protection Corporation protections.

- Legislative and regulatory changes or actions at the state, federal, or international level may adversely affect the use, transfer, exchange, and value of virtual currency.

- Transactions in virtual currency may be irreversible, and, accordingly, losses due to fraudulent or accidental transactions may not be recoverable.

- Some virtual currency transactions shall be deemed to be made when recorded on a public ledger, which is not necessarily the date or time that the customer initiates the transaction.

- The value of virtual currency may be derived from the continued willingness of market participants to exchange fiat currency for virtual currency, which may result in the potential for permanent and total loss of value of a particular virtual currency should the market for that virtual currency

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to                          .

**Close**                                                                           **Accept all**

Coinbase, Inc. is regulated and licensed as a money transmitter by the New York State Department of Financial Services. If you have a question or complaint, please **first** contact the consumer assistance division of Coinbase at https://help.coinbase.com or (888) 908-7930, **or at its mailing address: 82 Nassau St #61234, New York, NY 10038.**

For unresolved/written complaints, you may mail a complaint to New York State Department of Financial Services, Consumer Services Division, One State Street, New York, NY 10004-1417, (800) 342-3736, email: consumers@dfs.ny.gov, website: www.dfs.ny.gov/complaint.

**North Dakota** Coinbase, Inc. is licensed by the North Dakota Department of Financial Institutions as a money transmitter. If you have a question or complaint, please first contact the consumer assistance division of Coinbase at https://help.coinbase.com or (888) 908-7930, or at its mailing address: 82 Nassau St #61234, New York, NY 10038. If you have an unresolved question or complaint regarding the money transmission services provided by Coinbase, you may contact the North Dakota Department of Financial Institutions at (701) 328-9933.

**Please note the following disclosures associated with virtual currency:**

- Virtual currency is not legal tender in the United States, is not backed by the United States government, and accounts and value balances are not subject to Federal Deposit Insurance Corporation or Securities Investor Protection Corporation protections.

- Coinbase charges a Coinbase Fee when you buy, sell, or convert cryptocurrencies. The Coinbase Fee may be discounted based on the payment method you select. For transactions involving cryptocurrency valued under $200, the Coinbase Fee will not exceed $10. For all other transactions, the Coinbase Fee will not exceed 6% of the USD value of the cryptocurrency. Despite these maximums, the Coinbase Fee you will actually pay (which will not exceed the maximum) is calculated and displayed to you at the time you place your order and may be determined by a combination of factors, like your selected payment method, the size of the order, market conditions, and/or jurisdictional location.

**Rhode Island** Please note the following disclosures associated with virtual currency:

- Virtual currency is not legal tender in the United States, is not backed by the United States government, and accounts and value balances are not subject to Federal Deposit Insurance Corporation or Securities Investor Protection Corporation protections.

- Coinbase charges a Coinbase Fee when you buy, sell, or convert cryptocurrencies. The Coinbase Fee may be discounted based on the payment method you select. For transactions involving cryptocurrency valued under $200, the Coinbase Fee will not exceed $10. For all other transactions, the Coinbase Fee will not exceed 6% of the USD value of the cryptocurrency. Despite these maximums, the Coinbase Fee you will actually pay (which will not exceed the maximum) is calculated and displayed to you at the time you place your order and may be determined by a combination of factors, like your selected payment method, the size of the order, market conditions, and/or jurisdictional location.

**Tennessee** Coinbase, Inc. is licensed by the Tennessee Department of Financial Institutions as a money transmitter.

The Tennessee Department of Financial Institutions does not regulate virtual currency. Please note that this license and the required surety bond do not cover the transmission of virtual currency. The Tennessee Department of Financial Institutions does not regulate virtual currency. Tennessee's Money Transmitter License and the required surety bond do not cover the transmission of virtual currency. However, any company that offers to exchange, administer, or maintain virtual currencies for sovereign currency may be subject to state regulation and licensing as well as federal regulation. To verify a licensed Tennessee Money Transmitter, please click HERE or visit the NMLS Consumer Access website HERE.

**Texas** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc. money transmission activity, please direct your complaint to: https://www.dob.texas.gov/money-services-businesses/how-file-complaint

**Virginia** Coinbase, Inc. is licensed by the Virginia State Corporation Commission as a money transmitter, but such license does not cover the transmission of virtual currency (Bitcoin).

**Washington** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc. money transmission activity, you may file it by contacting the Washington Department of Financial Institutions at https://dfi.wa.gov/consumers/money-services-complaint

## APPENDIX 4: Additional Services

In addition to the Services described in the Agreement, the following services ("**Additional Services**") may be made available by Coinbase to Users that fulfill certain eligibility criteria. The provisions for each Additional Service herein apply to your use of such Additional Service, in addition to the other applicable provisions of the Agreement. If you do not use any Additional Services, then this Appendix does not apply to you.

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to .

Close          Accept all

Supported Digital Asset in your Digital Asset Wallet as your default spending currency ("**Preferred Spending Currency**") before you can use your Card and can update your Preferred Spending Currency at any time.

**1.2.1 Funding your Card Account with Direct Deposit.** If you are eligible and we have verified your required identifying information, you may fund your Card Account with Direct Deposit. Please see the Direct Deposit terms in Section 6 of this Appendix.

**1.3. Card Services.** Pursuant to the terms of your Cardholder Agreement, you may use the Card to make various Card Transactions.

**1.4. Supported Digital Asset as Preferred Spending Currency.** When you select a Supported Digital Asset as your Preferred Spending Currency and use your Card, you authorize Coinbase to facilitate your sale of your Supported Digital Asset, the proceeds of which you authorize Coinbase to use to fund Card Transactions in USD.

**1.4.1. Role of Coinbase.** Coinbase is responsible for facilitating your sale of your Preferred Digital Asset ("**Digital Asset Services**") when applicable, to other Coinbase Customers and transferring funds to your Card Account to enable payments to merchants for the purchase of goods and services, and to you for ATM withdrawals, in USD in the amount authorized by the Card Transaction (the "**Purchase Price**").

**1.4.2.** When you select a Supported Digital Asset as your Preferred Spending Currency and use your Card to make a Card Transaction, you authorize the:

**1.4.2.1.** Sale of your Preferred Digital Asset in the amount of the Purchase Price plus the accompanying fees and charges described in the Cardholder Agreement if applicable and Section 1.11 of these Coinbase Card Terms and Section 3.3 of this User Agreement (together, the "**Total Purchase Price**") and converted at the prevailing trading rate on Coinbase's trading platform ("**Exchange Rate**") (the "**Total Transaction Price**") from your Digital Asset Wallet; and

**1.4.2.2.** Transfer of the Total Purchase Price in Fiat Currency from your Coinbase USD Wallet to the Card Account so that Pathward can facilitate the transfer of: (i) the Purchase Price to the merchant (i.e., for the purchase of goods and services) or to you (i.e., for ATM withdrawals); and (ii) any fees and charges described in the Cardholder Agreement, except for any fees and charges described in this User Agreement via the Visa Card Scheme ("**Card Scheme**").

**1.5. Applying for the Card.** If you apply for a Card, you will be required to provide certain personal information. You agree that we may share personal information you previously provided to us under our Privacy Policy to verify your identity, with Pathward and with service providers acting on our behalf or on Pathward's behalf solely to verify your identity or address, and/or to manage risk as required under applicable law. Personal information shared with Pathward will be treated in accordance with its Privacy Policy. If you do not provide this information, or if Pathward is unable to verify your identity with the information provided by Coinbase, your application for a Card will not be considered. We may refuse to facilitate processing of your application through Pathward if we determine in our sole discretion that you are in breach of the terms of the User Agreement.

**1.6. Activating the Card.** You must sign a physical Card as soon as you receive it and must activate the Card to be able to use it. Activation instructions are set out on the packaging that the Card is attached to and within the Coinbase Site. A virtual Card can be used immediately upon receipt and does not need to be activated.

**1.7. Using the Card.**

**1.7.1.** You agree that you will use the Card in accordance with these Coinbase Card Terms, this User Agreement, and the Cardholder Agreement.

**1.7.2.** Your consent will be required in order to use the Card to make a Card Transaction. You may give your consent in the following ways depending on the type of Card Transaction that you are trying to make and the information required by the merchant or ATM:

**1.7.2.1.** Purchase of goods and services from a merchant on the merchant's premises from a point of sale terminal or withdrawing cash from an ATM: You may be required to enter the personal identification number ("**PIN**") that we will arrange for you to receive from Pathward (or that you may choose) from time to time unless the Card Transaction is being made via a contactless card reader in which case the presentation of the Card will be sufficient to demonstrate consent.

**1.7.2.2.** Purchase of goods and services from a merchant by telephone, online, or on a payments platform: You may be required to provide Card details such as the Card number, expiration date, and three digit security code from the reverse side of the Card.

**1.8. Errors or Unauthorized Transactions.** If you believe your Card has been lost or stolen, or that an error or unauthorized transaction has occurred, you should contact Coinbase Customer Service immediately by phone at (888) 908-7930 or email at card@coinbase.com. Coinbase will not be liable for unauthorized transactions. See Section 3 of the Cardholder Agreement for more information regarding your liability for unauthorized transactions. See Section 8 of the Cardholder Agreement for information regarding Error Resolution.

**1.9. Maximum Execution Time.** The maximum execution time of the Card Transaction itself is dependent on actions being taken by the merchant, ATM owner, Card Scheme and/or other service providers. Coinbase will use commercially reasonable endeavors to comply with and adhere to the Card Scheme's settlement timing requirements.

**1.10. Usage Limits.** The usage limits for the Card are set out in Section 4 of your Cardholder Agreement.

**1.11. Fees and Charges.** When we perform the Digital Asset Services, Coinbase will not charge transaction fees but will include a spread, in accordance with this User Agreement. You can find a list of our fees and charges on our Pricing and Fees Disclosures page which are separate from any fees and charges included in your Cardholder Agreement. You are at all times responsible for the Total Purchase Price in Fiat Currency and the Total Transaction Price in Supported Digital Asset when you use your Card Transaction.

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to                                    .

                          **Close**                                                                   Accept all

then be able to opt-in to the Rewards Program by electing a Supported Digital Asset from a range of Supported Digital Assets that we may offer from time to time ("**Preferred Digital Asset**"). After you have opted-in, you will be eligible to earn your Preferred Digital Asset in return for Card Transactions ("**Rewards**") except for cash withdrawals, the purchase or re-load of stored value cards and payments made to financial institutions associated with the purchase of merchandise or services or the repayment of loans, credit card balances and debts. The amount of the Reward for a Card Transaction is calculated by multiplying the Purchase Price by the applicable Rewards Percentage which will be published within the Coinbase Card Portal from time to time. This amount will be deposited into your Digital Asset Wallet in your Preferred Digital Asset. Earned and redeemed Rewards will be reflected in your Card Transaction log.

**1.16. Exceptions to Rewards Program.** We accept no responsibility for the goods or services purchased by you with your Card. All such disputes must be addressed directly with the merchant providing the relevant goods or services. If you receive a return, credit, or chargeback related to a Card Transaction from a merchant for any good or service and we have provided you with a Reward for that Card Transaction, we will be entitled to debit your Digital Asset Wallet the amount of the original Reward using the Exchange Rate applicable at the time of the Card Transaction. Upon the commencement of any proceedings by or against you under any bankruptcy or insolvency law, Rewards cannot be redeemed. We reserve the right to alter, change and/or terminate the Rewards Program, at any time and for any reason, which may result in the cancellation of unredeemed Rewards, upon written (including electronic) notice to you. In addition, we reserve the right to immediately disqualify you from the Rewards Program if you have violated these Coinbase Card Terms or if you have, in our determination, misused the Rewards Program.

**1.17. Right to Debit, Access, or Offset Other Coinbase Services.** If for any reason you have insufficient Fiat Currency in your USD Wallet or insufficient Supported Digital Asset in the relevant Digital Asset Wallet selected to fund a Card Transaction, we reserve the right to debit, access, or offset the amount of all or part of the Card Transaction from any other Coinbase Service that you obtain from us, including but not limited to any USD or Supported Digital Assets you hold today, or in the future, in any USD Wallet, Digital Asset Wallet, or in connection with any other Coinbase Services. This includes situations where Coinbase has granted you provisional credit in USD or Supported Digital Assets in connection with a disputed Card Transaction that is later resolved in favor of the opposing party.

**1.18. Restriction, Suspension, and Termination.** Card Transactions or your Card use may be restricted, suspended or terminated with immediate effect in situations  where:

**1.18.1.** We are, in our reasonable opinion, required to do so by contract or by applicable law or any court or other authority to which we are subject in any jurisdiction;

**1.18.2.** We reasonably suspect you of acting in breach of these Coinbase Card Terms (including any provision of this User Agreement), or the Cardholder Agreement;

**1.18.3.** We have concerns that a Card Transaction is erroneous or about the security of your Card or your Coinbase Account or we suspect the Coinbase Services are being used in a fraudulent or unauthorized manner;

**1.18.4.** We suspect money laundering, terrorist financing, fraud, or any other financial crime;

**1.18.5.** If your credit or debit card or any other valid payment method linked to your USD Wallet or Digital Asset Wallet is declined;

**1.18.6.** Use of your Coinbase Account is subject to any pending litigation, investigation, or government proceeding and/or we perceive a heightened risk of legal or regulatory non-compliance associated with your Coinbase Account activity; or

**1.18.7.** You have insufficient USD in your USD Wallet or Supported Digital Assets in your Digital Asset Wallet to cover the Total Transaction Price of a relevant Card Transaction.

If Card Transactions, your Card use and/or any or all Coinbase Services are restricted, suspended or terminated in this way, we will (unless it would be unlawful for us to do so), provide you with notice of our actions and the reasons for refusal, restriction, suspension, or termination where appropriate, with the procedure for correcting any factual errors that led to the refusal, suspension or termination. In the event that we decline a card transaction and/or restrict, suspend, or terminate your use of the Card and any/or any or all Coinbase Services, we will reinstate the Card Transaction and/or lift the restriction, suspension, or termination as soon as reasonably practicable once the reasons for decline and/or restriction, suspension, or termination cease to exist.

**1.19. These Coinbase Card Terms and the Cardholder Agreement.** In the event of a conflict between this User Agreement, including these Coinbase Card Terms and the Cardholder Agreement, the provisions of the Cardholder Agreement shall prevail.

**1.20. Coinbase Liability.** This section operates in addition to any limitation of liability expressed elsewhere in this User Agreement.

**1.20.1.** Coinbase will not be liable to you for any loss arising from:

**1.20.1.1.** A merchant refusing to accept a Card;

**1.20.1.2.** Any breach by Coinbase of the User Agreement due to abnormal or unforeseen circumstances beyond Coinbase's reasonable control, which would have been unavoidable despite Coinbase's efforts to stop it;

**1.20.1.3.** Pathward restricting, suspending, or terminating a Card or refusing to issue or replace a Card in accordance with these Coinbase Card Terms;

**1.20.1.4.** Pathward declining a Card Transaction that you make or attempt to make using a Card;

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our [Cookie Policy](#) or go to                     .

**Close**             Accept all

**coinbase**                                                                                                    Sign up

**User Agreement**    Privacy    Prohibited Uses    Cookie Policy    Licenses    Insurance    Market Data    Trading Rules    NFT Terms

COINBASE IS NOT A DEPOSITORY INSTITUTION, AND YOUR USDC WALLET IS NOT A DEPOSIT ACCOUNT.

**1.1. Eligibility.** If you are eligible, you can earn rewards for holding USDC in your Coinbase Account. So long as you hold at least $1 of USDC in your Coinbase Account, you will automatically earn amounts of USDC as described below in the "Calculation" section (**"USDC Rewards"**). If at any time you do not hold at least $1 of USDC in your Coinbase Account, your enrollment in USDC Rewards will be paused until such time that you do hold at least $1 of USDC in your Coinbase Account. During such period you will retain all USDC Rewards previously accrued but not yet distributed. Such accrued rewards will be distributed as described below in the "Calculation" section. If at any time you are deemed ineligible, your enrollment in USDC Rewards will be similarly paused. You can opt-out of, or back into, USDC Rewards at any time by following the instructions here. If you opt-out of USDC Rewards or close your Coinbase Account, you will forfeit the rewards you have accrued (that are not yet distributed for the current calendar month) up to that time. USDC held on Coinbase Pro is not eligible for USDC Rewards.

**1.2. Calculation.** Rewards are earned on a daily basis in the form of USDC at the then current **USDC Rewards Rate**. Our current **USDC Rewards Rate** can be found here. Our current **USDC Rewards Annual Percentage Yield**, which includes the effect of monthly compounding, can be found here and here. Rewards earned in a particular month are airdropped into your Coinbase USDC wallet within five (5) business days after the start of the next calendar month. USDC Rewards distributed to you are rounded-down to the nearest sixth decimal place. We use the **Daily Balance Method** to determine the rewards you earn for a particular day, using your average balance of USDC on that specific day as that day's balance. The rate used to determine rewards earned for a particular day is the then current **USDC Rewards Rate** divided by 365.

**1.3. Changes.** We reserve the right to change the **USDC Rewards Rate Annual Percentage Yield** at any time by notification here and here and by other reasonable means of notice (including e-mail). Unless otherwise stated in the notice, no change will be effective until the first day of the calendar month after such notice is made. We reserve the right to add, change, or delete any provision of these terms and to terminate the USDC rewards program, or your participation in the program, at any time upon notice made in the same manner.

**1.4. Definitions.**

**"USDC Rewards Rate"** means the annual rate of rewards earned on a USDC wallet, which does not reflect compounding. The current USDC Rewards Rate can be found here.

**"USDC Rewards Annual Percentage Yield"** or **"APY"** means the percentage rate reflecting the total amount of USDC Rewards earned, based on the then current USDC Rewards Rate and end of month compounding for a 365-day period. The current USDC Rewards Annual Percentage Yield can be found here and here.

**"Daily Balance Method"** means the application of the daily periodic rate (derived from the APY) to the calendar day average of USDC held in your USDC wallet each day.

# 3. Staking Services

When you hold Supported Digital Assets on Coinbase you may be given the option to "stake" these assets in a third party proof of stake network via staking services provided by Coinbase or an affiliate (including a third party validator operator). Please visit our staking information page for further details on how proof of stake works. Staking services are not available for Supported Digital Assets held on Coinbase Pro.

**1.1. Staking Services Are Optional and Do Not Affect Ownership.** Staking services may be available for some or all of your Supported Digital Assets. YOU ARE NOT REQUIRED TO STAKE WITH COINBASE AND YOU CAN REQUEST TO UNSTAKE AT ANY TIME. FOR MORE INFORMATION VISIT THE HELP CENTER. If you choose to stake, Coinbase will perform blockchain operations involving your digital assets as described below. This instruction to stake your digital assets does not affect the ownership of your digital assets in any way. For the avoidance of doubt, the provisions for Digital Asset Custody and Title described in Section 2.7 above apply whether or not a digital asset is staked.

**1.2. The Service; Rewards; Commission; Limitations.** If you stake your assets with us, Coinbase, or one of its affiliates, will facilitate the staking of those assets on your behalf by acting as a transaction validator on the applicable network for the Supported Digital Asset you stake. Depending on the protocol, there may be a delay before your assets are eligible to participate in the transaction validation process and earn rewards. If Coinbase or an affiliate successfully performs a validation task in that Supported Digital Asset, you may earn a reward granted by that Supported Digital Asset's network. Rewards are determined by the protocols of the applicable network. If the applicable network distributes any rewards in unstaked form, Coinbase will use commercially reasonable efforts to restake those rewards. You may request to unstake your accrued rewards at any time as described in Section 1.4 below. Rewards will be credited to your account by taking into account the amount of your principal and previously accrued rewards that remain staked with Coinbase. Coinbase will credit your account for any earned rewards after receipt by Coinbase, minus a commission. The current commission for each staking asset can be found in the Help Center. Coinbase may change these published commissions at any time, including after your assets have been staked. In addition, Coinbase One members may have the opportunity to opt-in to lower commissions for certain assets, meaning opted-in Coinbase One members will have access to higher net reward rates for those assets ("Boosted Staking Rewards"). Coinbase may also offer lower commissions for certain assets on a promotional basis, and these promotional commissions may differ among Coinbase users. You will be notified if you receive a promotional commission offer.

**1.3. Slashing.** Some Digital Asset networks subject staked assets to "slashing" if the transaction validator representing those assets incorrectly validates a transaction. Coinbase will use commercially reasonable efforts to prevent any staked assets from slashing; however, in the event they are, Coinbase will replace your assets so long as such penalties are not a result of: (i) protocol-level failures caused by bugs, maintenance, upgrades, or general failure; (ii) your acts or omissions; (iii) acts or omissions of any third party service provider; (iv) a force majeure event as defined in Section 9.6 of the User Agreement; (v) acts by a hacker or other malicious actor; or (vi) any other events outside of Coinbase's reasonable control.

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to                    .

**Close**                                                                    Accept all

**coinbase**                                                                                                          Sign up

User Agreement    Privacy    Prohibited Uses    Cookie Policy    Licenses    Insurance    Market Data    Trading Rules    NFT Terms

Supported Digital Asset, minus our commission. This rate is an estimate and may change over time. COINBASE DOES NOT GUARANTEE THAT YOU WILL RECEIVE ANY STAKING REWARDS, INCLUDING THE STAKING REWARDS RATES OR BOOSTED STAKING REWARDS.

**1.6. Eligibility.** Users who wish to stake through Coinbase must meet certain eligibility requirements, as set forth here. These requirements are subject to change.

**1.7. Ethereum Staking and Wrapping.** In some jurisdictions, you may choose to obtain the ability to sell, send, spend, or otherwise use your staked ETH by selecting, at your sole discretion, to wrap into a token that represents the ETH that you have staked plus associated rewards. This service is not available everywhere, and additional eligibility requirements may apply. By electing to wrap your staked ETH plus any associated rewards balance into the Coinbase Wrapped Staked ETH known as "cbETH" you understand and agree that:

(a) Once wrapped, you cannot redeem your staked ETH or claim any associated rewards except as described in Section 1.8 below.

(b) cbETH represents ownership of ETH staked with Coinbase in accordance with this Appendix (including any associated rewards and minus any Coinbase fees and slashing penalties). By wrapping staked ETH as cbETH, you remain entitled to all of the economic value, risk, and rewards of the staked ETH.

(c) Selling or otherwise transferring cbETH automatically transfers ownership of the staked ETH and the right to redeem described in Section 1.8 below, and entitles the recipient to the attendant economic value, risk, and rewards of the staked ETH, subject to the terms of this Agreement.

(d) Staked ETH and associated rewards that have been wrapped as cbETH are held by Coinbase on behalf of holders of cbETH, and ownership of these assets shall not transfer to Coinbase. Section 2.7 of this Agreement shall apply to staked ETH and associated rewards held on behalf of cbETH holders to the same extent as staked ETH held by Coinbase on behalf of Coinbase customers.

(e) cbETH is an ERC-20 token and may be compatible with protocols or other software or technology provided by third parties.

(f) The staked ETH held by Coinbase on behalf of cbETH holders are subject to the risk of slashing described in 1.3 above. Depending on when you began staking ETH with Coinbase, you may lose certain slashing protection by wrapping your staked ETH.

In addition, you understand, agree and accept the following *risks* associated with electing to wrap into cbETH:

(g) Coinbase does not guarantee the value of your staked ETH principal or associated rewards.

(h) Coinbase is not responsible for any decrease in the value of your staked ETH principal or associated rewards.

(i) The price of cbETH could diverge from the price of ETH or staked ETH because of market fluctuations, which may be affected by the actions or inactions of market makers or other market participants who receive loans or other incentives to purchase cbETH.

(j) Coinbase does not guarantee that wrapping staked ETH will result in a successful exchange or sale of cbETH, and Coinbase will not backstop or otherwise intervene to guarantee cbETH liquidity.

(k) Coinbase does not guarantee the security or functionality of any third-party protocol, software or technology intended to be compatible with cbETH and is not responsible for any losses of cbETH due to the failure of third-party protocol, software or technology.

(l) As with the protocols for other Digital Assets, Coinbase does not own or control the underlying Ethereum protocol which governs the operation of cbETH.  Accordingly, cbETH is subject to Section 2.6 of this User Agreement, like other Digital Assets.

(m) As with other Digital Assets, cbETH could be impacted by one or more regulatory actions, which could impede or limit the services we can provide with respect to cbETH.

**1.8. Unwrapping/Redemption of cbETH**

(a) If you hold cbETH in your Coinbase Account and satisfy eligibility requirements, you may instruct Coinbase to "unwrap" your cbETH, thereby redeeming your cbETH for staked ETH plus any associated rewards and minus any Coinbase fees and slashing penalties. Staked ETH and any associated rewards will remain locked until you request unstaking and the protocol unstaking process is completed as described in Section 1.4 above.

(b) To unwrap cbETH, you will need to be a Coinbase customer with a Coinbase Account in good standing and be eligible to stake ETH as described above. Additional geographic restrictions may apply, and eligibility is subject to change. Requests to unwrap cbETH may not be processed immediately.

## 4. Advanced Trading

Coinbase offers, and eligible users may access, an order book for various Supported Digital Asset and Fiat Currency trading pairs (each an "**Order Book**") on the Coinbase Site ("**Advanced Trading**"). See your Coinbase Account to see what Order Books are available within Advanced Trading. Coinbase does not offer Advanced Trading to customers in all jurisdictions. By accessing Advanced Trading or the Coinbase API for Advanced Trading, you accept and agree to be bound by the Trading Rules.

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to                    .

**Close**                                                                    Accept all

**coinbase**                                                                                                    Sign up

**User Agreement**    Privacy    Prohibited Uses    Cookie Policy    Licenses    Insurance    Market Data    Trading Rules    NFT Terms

## 5. Coinbase One

**1. Coinbase One Subscription.** Eligible Users may sign up for Coinbase One which is an automatically renewing subscription requiring recurring payments.  A Coinbase One subscription grants you the following benefits:

**1.1.** A waiver of Coinbase fees for buying, selling, and converting Digital Assets on the Coinbase platform (which does *not* include Coinbase Pro's order matching platform and Coinbase's Advanced Trading platform), provided that a portion of the price is still included in all buys, sells, and conversion of Digital Assets on the Coinbase trading platform (learn more about fees here). A limit to the total amount of fees eligible for waiver may apply, please see details in your subscription management for the most up to date information about fees and limits;

**1.2.** A dedicated customer support line available twenty four (24) hours a day, seven (7) days a week, three-hundred and sixty five (365) days a year;

**1.3.** Coinbase Account Protection as detailed in paragraph 3 below. Coinbase may modify or suspend this program at any time upon notice.

**2. Subscription Fees and Billing.** We will bill you in advance for your subscription. We will deduct the subscription fee at the start of your subscription and on an on-going basis the day immediately following the end of your prior subscription billing period unless and until you cancel your subscription, your account is otherwise suspended or terminated pursuant to the Agreement, or Coinbase One is suspended or terminated. The length of your billing period will depend on the type of subscription that you select when you signed up for your Coinbase One subscription (e.g. monthly, annually, or other). Visit the "subscription management" within your account settings to view your next billing date.

**2.1.** By choosing your debit card, bank account, USD Wallet, or Digital Assets as your primary payment method, you authorize us to deduct the subscription fee from that payment method, including applicable taxes in U.S. dollars. You also agree that, in the event your primary payment method fails, you authorize us to deduct the subscription fee, including applicable taxes, from any other payment method you have on file, including any bank account, debit card, USD Wallet, or Digital Assets connected to your account.

**2.2.** We reserve the right to change the terms of your subscription, including the fees, from time to time, effective as of the beginning of your next billing period following the date of the change. We will give you advance notice of any increased fees, increased liability, fewer types of available transfers, or stricter limitations on the frequency or dollar amount of transfers regarding your Coinbase One subscription at least twenty-one (21) days before the effective date of such change.  We will give you advance notice of any change in the payment amount from the previous payment, and the date of the next payment, at least ten (10) calendar days in advance of the next payment by e-mail to your primary e-mail address saved in your Coinbase Account. If you do not wish to accept a change to the price of your subscription, you may cancel your subscription as described in paragraph 5 below.

**2.3.** If you sign up for an annual plan, we will notify you of the renewal date via e-mail thirty (30) days prior to the date of renewal.

**2.4.** If your payment methods fail, we will provide you with a three (3) day grace period to make payment before we terminate your subscription.

**2.5.** You agree that: (a) you have read, understand and agree to the terms in this Agreement, and that this Agreement constitutes a "writing signed by you" under any applicable law or regulation; (b) you consent to the electronic delivery of the disclosures contained in this Agreement; (c) you authorize us to make any inquiries we consider necessary to validate any dispute involving your payment; and (d) you authorize us to initiate one or more ACH debit entries (withdrawals), and you authorize the financial institution that holds your bank account to deduct such payments, in the amounts and frequency designated in your then-current subscription payment plan.

**3. Coinbase Account Protection.** With an active Coinbase One subscription, you may be eligible to receive a one-time reimbursement for up to $1,000,000 (U.S. Dollars) of actual losses (or the U.S. Dollar equivalent thereof, in the case such losses were in the form of Digital Currency) that you sustain due to a compromise of your Coinbase Account login credentials resulting from a vulnerability or other deficiency in Coinbase's systems and/or security protocols (the "**Coinbase Account Protection**"). The Coinbase Account Protection is subject to the terms and conditions set forth in this [Paragraph 3] (the "**Coinbase Account Protection Warranty Terms**"), which apply in addition to the terms of the Agreement and any other terms and policies set forth on the Coinbase Site.

**3.1. Eligibility.** In order to be eligible to receive reimbursement under the Coinbase Account Protection, you must satisfy the following conditions:

**3.1.1.** You must have an active Coinbase One subscription at the time the losses for which you are submitting a request for reimbursement under the Coinbase Account Protection (the "**Reimbursable Losses**") were sustained;

**3.1.2.** Your Coinbase Account must have been open for at least thirty (30) calendar days prior to the date on which you sustained the Reimbursable Losses;

**3.1.3.** You must have successfully completed all steps in the photo identity verification process prior to the date on which you sustained the Reimbursable Losses;

**3.1.4.** 2-factor authentication with either an authenticator application (e.g., Duo or Google Authenticator), security key (e.g., Yubikey) or push notification through the Coinbase mobile application must have been enabled on your Coinbase Account at the time you sustained the Reimbursable Losses. **2-factor authentication via SMS is not sufficient to be eligible for coverage under the Coinbase Account Protection**;

**3.1.5.** You must file your request for reimbursement of Reimbursable Losses with Coinbase within ninety (90) days of the date on which you sustained the Reimbursable Losses;

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to                         .

**Close**                                                            Accept all

**coinbase**                                                                                    Sign up

User Agreement      Privacy      Prohibited Uses      Cookie Policy      Licenses      Insurance      Market Data      Trading Rules      NFT Terms

**3.1.11.** As explained in Section 2 above, to the extent your USD is held as cash, the balance of your USD Wallet is maintained in pooled custodial accounts at one or more banks insured by the FDIC. Our custodial accounts have been established in a manner to make available pass-through FDIC insurance available up to the per-depositor coverage limit then in place (currently $250,000 per individual). Availability of pass-through FDIC insurance is contingent upon Coinbase having correct information about you as a customer, maintaining accurate records, and on determination by the FDIC as receiver, at the time of a receivership of a bank holding a custodial account. The current list of the insured depository institutions at which Coinbase may deposit customer funds is located here. Coinbase is not an FDIC-insured bank.

**3.2. What is Not Covered.**

**3.2.1.** The Coinbase Account Protection does not cover reimbursement for any loss of funds held outside of your Coinbase Account, including without limitation in Coinbase Custody, Coinbase Wallet, or non-custodial wallets connected to Coinbase Commerce.

**3.2.2.** The Coinbase Account Protection does not cover reimbursement of funds that you voluntarily sent to a third party in connection with an investment scam or otherwise, or if you mistakenly bought Digital Currency or sent Digital Currency to the wrong addressee.

**3.2.3.** The Coinbase Account Protection does not cover reimbursement for any losses that you sustain as the result of your knowingly and voluntarily participating in fraudulent activity.

**3.2.4.** The Coinbase Account Protection does not cover reimbursement for any losses that were the result of a security vulnerability or other technical deficiency in your computer, mobile device or security key.

**3.2.5.** The Coinbase Account Protection does not cover reimbursement for any losses that were the result of an event or action that you were aware could result in compromise of your account security, if you failed to promptly notify Coinbase of such occurrence in accordance with Section 6.2 (Security Breach) of the Agreement. Examples of such occurrences include, without limitation, if you lose your security key or API key, if you grant a third party remote access to your account, or if you provide your Coinbase Account login credentials and/or 2-factor authentication codes to a third party.

**3.2.6.** You agree that any amounts payable to you under the Coinbase Account Protection will be reduced by any amounts you are able to recover or have already recovered for the applicable Reimbursable Losses from a source other than the Coinbase Account Protection, including without limitation, any amounts received under an insurance policy, warranty, guarantee or indemnity.

**3.3. Process for Requesting Reimbursement.** In order to request reimbursement under the Coinbase Account Protection, please contact us via the Coinbase Help Center to lock your Coinbase Account and report that someone gained unauthorized access to your Coinbase account and withdrew your funds without your permission. After you've provided sufficient details about the incident, Coinbase will investigate your case and determine whether you are eligible to receive reimbursement of up to $1,000,000 (U.S. Dollars) (or the U.S. Dollar equivalent of Digital Currency, as the case may be) in Reimbursable Losses under the Coinbase Account Protection. If Coinbase determines that you are eligible for reimbursement under the Coinbase Account Protection, Coinbase will provide you with a one-time payment equal to the lesser of: (i) the actual amount of funds or Digital Currency, as the case may be, that were improperly removed from your Coinbase Account as a result of the compromise of your Coinbase Account login credentials as a result of a vulnerability or other deficiency in Coinbase's systems and/or security protocols; and (ii) $1,000,000 (U.S. Dollars) (or the U.S. Dollar equivalent of Digital Currency, as the case may be). If your Reimbursable Losses are in the form of Digital Currency, the foregoing limit will be calculated based on the U.S. Dollar value of the applicable Digital Currency as of the date and time at which Coinbase approves your reimbursement request under the Coinbase Account Protection. You will be required to provide reasonable cooperation to Coinbase in connection with our investigation of your case, and you must not take any actions that interfere with or otherwise impede our investigation. Eligibility, determination of the amount of any Reimbursable Losses, and any interpretation of these Coinbase Account Protection Warranty Terms will be determined by Coinbase in its sole discretion. Coinbase may condition reimbursement under the Coinbase Account Protection on execution of a definitive settlement agreement, including a release of claims against Coinbase, its officers, directors, employees, contractors, agents, and affiliates and any other applicable parties and an obligation to keep confidential the reimbursement amount and circumstances. Coinbase reserves the right to subrogate against any person or entity with respect to your claim for Reimbursable Losses. You hereby agree that in connection with any reimbursement made under the Coinbase Account Protection, you will cooperate fully with Coinbase in its efforts at subrogation.

**3.4. Other Terms.** In the event of a conflict between these Coinbase Account Protection Warranty Terms and anything else in the Agreement, these Coinbase Account Protection Warranty Terms will govern. Notwithstanding the foregoing, you are still primarily responsible for ensuring the security of your Coinbase Account, and if you suspect that you have been the victim of a Security Breach, you must notify Coinbase Support as soon as possible in accordance with Section 6.2 of the Agreement. **The Coinbase Account Protection is not an insurance policy. To the extent you require protection beyond the Coinbase Account Protection, we strongly encourage you to purchase an insurance policy or other protection that provides coverage for unforeseen events that may result in the loss of funds held in your Coinbase Account.**

**3.5. Amendment; Termination.** Except as prohibited by law, Coinbase may terminate the Coinbase Account Protection at any time, and such termination will apply to incidents occurring after the effective date of the termination. In addition, except in the case of a suit filed to enforce these Coinbase Account Protection Warranty Terms, you acknowledge and agree that no benefits will be made available to you under the Coinbase Account Protection in the event you initiate any action, suit or claim against Coinbase, or its officers, directors, employees, contractors, agents, or affiliates, concerning a claim otherwise subject to reimbursement under these Coinbase Account Protection Warranty Terms.

**3.6. No Waiver.** Coinbase's failure to enforce any right or provision of these Coinbase Account Protection Warranty Terms will not constitute a waiver of future enforcement of that right or provision. The waiver of any such right or provision will be effective only if in writing and signed by a duly authorized representative of Coinbase.

**3.7. Disclaimers, Limitation of Liability, Arbitration.** You acknowledge and agree that any claims arising from or in relation to the Coinbase Account

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to                    .

                              **Close**                                        Accept all

User Agreement    Privacy    Prohibited Uses    Cookie Policy    Licenses    Insurance    Market Data    Trading Rules    NFT Terms

**5. Cancellation.** You can cancel your subscription at any time through your account settings and clicking "subscription management" using a web browser or in the app.  If you cancel your subscription, the cancellation will go into effect at the end of your current subscription period. You will have continued access to your subscription for the remainder of your paid subscription period. You must cancel your subscription [at least one (1) day] before it renews to avoid paying the subscription fees for the next subscription period. If you cancel, modify your subscription, or if your account is otherwise terminated under this Agreement, you will not receive a credit, including for partially used periods of the subscription service.

**6. No Transfer or Assignments & Cancellations by Coinbase.** Your Coinbase One subscription cannot be transferred or assigned. Coinbase reserves the right to accept, refuse, suspend, or cancel your subscription at any time in its sole discretion. If Coinbase cancels your subscription, you will receive a refund of your subscription fee on a pro rata basis calculated from the end of the month during which your subscription was canceled, unless Coinbase terminates your account or your subscription because it determines, in its sole discretion, that your actions or your use of the Services violates the Agreement or has harmed another User.

**7. Acknowledgement of Risk.** By signing up for Coinbase One, you understand that Coinbase is not making a recommendation to make a specific investment, trade, or to use any specific investment strategy. Coinbase does not provide any investment, legal, or tax advice.

## 6. Direct Deposit

**1. Direct Deposit.** If you are eligible for our Direct Deposit feature ("**Direct Deposit**"), and we have verified your required identifying information, you may arrange to have all or part of your paycheck or any eligible federal or state government benefit or payment (e.g., federal or state tax refunds or Social Security payments) transferred into your Coinbase Account by your employer or government payer, as applicable. You may select whether you want such funds to be transferred into your Coinbase Account as U.S. Dollars or a Supported Digital Asset available for Direct Deposit. Not all Supported Digital Assets may be available for Direct Deposit.

**2. Direct Deposit Enrollment.** You can enroll by using our automated feature which links directly to your payroll provider or you can provide your employer, payroll provider or the government payer with the account and routing numbers we provide to you. We will also provide you with a direct deposit form that you may give to your employer via PDF file that can be saved or emailed to your personal email address or your human resources or payroll department. The account and routing numbers we provide to you do not represent a bank account on your behalf. Upon enrollment, you must select the amount of your paycheck you would like deposited to your Coinbase Account and select the Supported Digital Asset you would like the amount deposited or converted to. We do not charge any Coinbase fees to set up or maintain Direct Deposit but we include a spread to convert your Direct Deposit funds to a Supported Digital Asset (see pricing and fee disclosures for more information). You are responsible for any fees associated with subsequent conversion or transfer of Supported Digital Assets. Coinbase does not make any representations about your employment status by enrollment in Direct Deposit.

**3. Coinbase Card.** In order to use Direct Deposit, you must have a Coinbase Card. The Coinbase Card is governed by the Cardholder Agreement with Pathward and this User Agreement (see Section 1 of this Appendix for Coinbase Card Terms which details how to use the Coinbase Card and the fees that apply for USD and Digital Currency transactions). If you do not already have a Coinbase Card, as part of the Direct Deposit application and enrollment process, you will automatically be considered for, and if approved, granted a Coinbase Card at no cost to you. The Coinbase Card is a debit card linked to your Digital Currency Wallet and USD Wallet.

**4. Transfer Limits.** You may not deposit more than $25,000 per day using Direct Deposit. We reserve the right to accept, reject or limit transfers via Direct Deposit in our and Pathward's sole discretion.

**5. Funds Availability and Conversion.** Funds added to your account via Direct Deposit are transferred to and held by Pathward, and subsequently are transferred to your Coinbase Account. The availability of your Direct Deposit funds is subject to the timing of your payer's funding processes. Funds transferred via Direct Deposit will typically be available 3-5 business days (excluding Federal holidays) from the day your payer initiated the deposit, or sometimes sooner. Because we do not receive funds via Direct Deposit instantly, there will be some delay between the payment being initiated by the payer and the payment arriving in your Coinbase Account. There may also be a delay depending on the third party payroll provider.

We and Pathward may offer early access to Direct Deposit funds to eligible customers based on a determination of eligibility by Pathward. Early access to Direct Deposit funds will allow you to access your paycheck funds up to two (2) days prior to the date of your regularly scheduled Direct Deposit ("Early Pay Period"). Early access to Direct Deposit funds is not a loan, nor are you selling or assigning the right to your paycheck to us or Pathward. To be eligible for early access to Direct Deposit funds, you must meet the requirements set forth in this Agreement and your paycheck must not be subject to reduction in whole or in part by reason of a lien, levy, garnishment, encumbrance, judgment, assignment, or sale to a third-party. Some direct deposits may not be eligible for early access (e.g., your payer did not initiate the deposit early enough). We do not charge any Coinbase fees to access funds during the Early Pay Period Direct Deposit but we include a spread to convert your Direct Deposit funds to a Supported Digital Asset (see pricing and fee disclosures for more information).

Subject to applicable law, in the unlikely event that you access funds during the Early Pay Period and Pathward fails to receive such Direct Deposit funds on the date of your regularly scheduled Direct Deposit for any reason including but not limited to an ACH network outage, we will instruct Pathward to attempt, and you hereby authorize Pathward, to collect the corresponding amount and any applicable fees from your next Direct Deposit. Pathward may also exercise any rights it has under your Cardholder Agreement to recover negative balances. In addition, we will attempt, and you hereby authorize us, to collect the corresponding amount and any applicable fees from any other Coinbase Service that you obtain from us, including but not limited to any USD or Supported Digital Assets you hold today, or in the future, in any USD Wallet, Digital Asset Wallet, or in connection with any other Coinbase Services.

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to                    .

        **Close**                                                    Accept all

is not liable for any damages, losses, or liability associated with the third-party's services or use, transfer, or storage of your personal information. If you do not provide this information, or if Pathward is unable to verify your identity or address with the information provided by Coinbase, you may not be enrolled in Direct Deposit.

**9. Termination.** We reserve the right to refuse to facilitate the processing of your application through Pathward or terminate your access to Direct Deposit, including the ability to access Direct Deposit funds early, for any reason.

**10. Representations and Warranties.** In order to assist in the prevention of fraud you represent and warrant the following in connection with your Direct Deposit:

**10.1.** In connection with tax refunds (i) the name and Social Security Number associated with each refund payment will match the name and Social Security Number associated with your Coinbase Account; and (ii) in the case of joint tax returns, the name of the first person listed in the tax return and their Social Security Number associated with the refund payment will match the name and Social Security Number of the Coinbase Account holder.

**10.2.** In connection with other federal payments, the name and Social Security Number associated with each payment will match the name or Social Security Number associated with your Coinbase Account.

# 7. Coinbase Pro

**1.1. Access to Coinbase Pro.** Eligible users may establish an account at Coinbase Pro (at pro.coinbase.com), an order book exchange platform for Supported Digital Assets. Coinbase does not offer Coinbase Pro to customers in all jurisdictions. This Section applies to you if you access Coinbase Pro.

**1.2. Order Books.** Coinbase Pro offers an order book for various Supported Digital Assets and Fiat Currency trading pairs (each an **"Order Book"**). Refer to your Coinbase Pro account to determine which Order Books are available to you.

**1.3. Your Coinbase Pro Account.** Your Coinbase Pro Account consists of the following:

**1.3.1.** A dedicated Hosted Digital Asset Wallet for each Supported Digital Asset offered on Coinbase Pro;

**1.3.2.** A dedicated Fiat Currency Wallet; and

**1.3.3.** Associated user tools, accessible at pro.coinbase.com and through Coinbase Pro API.

**1.4. Deposits.** You may fund your Coinbase Pro Account by depositing Supported Digital Assets and/or Fiat Currency from your basic Coinbase Account, Bank Account or an external Supported Digital Asset address into your Coinbase Pro Account. Funds in your Coinbase Pro Account can be used only to trade on Coinbase Pro.

**1.5. Withdrawals.** You may withdraw Supported Digital Assets from your Coinbase Pro Account by transfer to your basic Coinbase Account or to an external Digital Asset address. You may withdraw Fiat Currency from your Coinbase Pro Account to your basic Coinbase Account or directly to your Bank Account.

ALL DEPOSITS AND WITHDRAWALS MAY BE SUBJECT TO LIMITS. ALL LIMITS WILL BE DISPLAYED IN YOUR COINBASE PRO ACCOUNT.

**1.6. Withdrawal Fees.** Coinbase may also charge a fee on certain Fiat Currency deposit or withdrawal methods (e.g. bank wire). All such fees will be clearly displayed in your Coinbase Pro Account.

**2. Trading Rules and Trading Fees**

**2.1. Trading Rules.** By accessing Coinbase Pro through pro.coinbase.com or Coinbase Pro API, you accept and agree to be bound by the Trading Rules.

**2.2. Trading Fees.** By placing an order on Coinbase Pro, you agree to pay all applicable fees and you authorize Coinbase to automatically deduct fees directly from your Coinbase Pro Account. Trading Fees are set forth in the Trading Rules and at pro.coinbase.com/fees.

**3. General Use, Restrictions, and Cancellation**

**3.1. Trading Account Use.** You may not sell, lease, furnish or otherwise permit or provide access to your Trading Account to any other entity or to any individual that is not your employee or agent. You accept full responsibility for your employees' or agents' use of Coinbase Pro, whether such use is directly through Coinbase Pro website or by other means, such as those facilitated through API keys, and/or applications which you may authorize. You understand and agree that you are responsible for any and all orders, trades, and other instructions entered into Coinbase Pro including identifiers, permissions, passwords, and security codes associated with your Coinbase Pro Account.

**3.2. Suspension and Cancellation.** In the event that your Coinbase Account is suspended or terminated, we will immediately cancel all open orders associated with your Coinbase Pro Account, block all withdrawals and bar the placing of further orders until resolution or Account cancellation.

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to                    .

Close                                                                Accept all

from the Coinbase Site to the Dapp or DEX, by enabling a native frontend software link within the Coinbase Site, or by purchasing assets in the DEX environment through a Dapp Wallet. When accessing Third Party Services, you understand that you are at no time transferring your assets to us. We provide access to Third Party Services only as a convenience, do not have control over their content, do not warrant or endorse, and are not responsible for the availability or legitimacy of, the content, products, assets, or services on or accessible from those Third Party Services (including any related websites, resources or links displayed therein). Third-party Services, such as Dapps and DEXs, may provide access to assets which have high risks of illiquidity, devaluation, lockup, or loss.

**1.3. Fees.** You may incur charges from third parties for use of Third Party Services. For example, you may be charged fees via a  DEX or Dapp that you may access via the Coinbase Site. Third party fees are not charged by Coinbase and are not paid to Coinbase.  Any Coinbase Fee charged will be designated as such, and presented before you submit your transaction.

**1.4. Supported Assets.** To view the Digital Assets currently supported by the Dapp Wallet, visit https://help.coinbase.com/en/dapps/using-my-dapp-wallet (**"Dapp Supported Assets"**). Your Dapp Wallet is intended solely for proper use of Dapp Supported Assets. *Under no circumstances should you attempt to use your Dapp Wallet to store, send, request, or receive any assets other than Dapp Supported Assets. Coinbase assumes no responsibility in connection with any attempt to use your Dapp Wallet with Digital Assets that we do not support. You acknowledge and agree that Coinbase is not liable for any unsupported Digital Asset that is sent to a wallet address associated with your Dapp Wallet.  Coinbase may in its sole discretion terminate support for any particular Digital Asset. Services and supported assets may vary by jurisdiction.*

## 2. Digital Asset Transfers

**2.1. In General.** Your Dapp Wallet enables you to send Dapp Supported Assets to, and request, receive, and store Dapp Supported Assets from, third parties. Your transfer of Dapp Supported Assets between your other Digital Asset wallets (including wallets off the Coinbase Site) and to and from third parties is a **"Dapp Wallet Asset Transfer".** We recommend customers send a small amount of Dapp Supported Assets as a test before sending a significant amount of Dapp Supported Assets.

**2.2. Pending Transactions.** Once a Dapp Wallet Asset Transfer is submitted to a Digital Asset network, the transaction will be unconfirmed and remain in a pending state for a period of time sufficient to allow confirmation of the transaction by the Digital Asset network. A Dapp Wallet Asset Transfer is not complete while it is in a pending state. Pending Dapp Wallet Asset Transfers that are initiated from a Dapp Wallet will reflect a pending transaction status and are not available to you for use in the Dapp Wallet or otherwise while the transaction is pending.

**2.3. Dapp Wallet Inbound Transfers.** When you or a third party sends Digital Assets to a Dapp Wallet from an external wallet (**"Dapp Wallet Inbound Transfers"**), the person initiating the transaction is solely responsible for executing the transaction properly, which includes ensuring that the Digital Asset being sent is a Dapp Supported Asset that conforms to the particular wallet address to which funds are directed, including any required Destination Tag/Memo. **By initiating a Dapp Wallet Inbound Transfer, you attest that you are transacting in a Dapp Supported Asset that conforms to the particular wallet address to which funds are directed.**

**Coinbase incurs no obligation whatsoever with regard to unsupported Digital Assets sent to a Dapp Wallet or with regard to Dapp Supported Assets sent to an incompatible Digital Asset wallet address and/or unsupported network or blockchain. All such erroneously transmitted Digital Assets will be lost.** Coinbase may from time to time determine types of Digital Assets that will be supported or cease to be supported. You acknowledge and agree that you may be required to pay network or miner's fees in order for a Dapp Wallet Inbound Transfer transaction to be successful. Insufficient network fees may cause a Dapp Wallet Inbound Transfer to remain in a pending state outside of Coinbase's control, and we are not responsible for delays or loss incurred as a result of an error in the initiation of the transaction and have no obligation to assist in the remediation of such transactions.

**2.4. Dapp Wallet Outbound Transfers.** When you send Digital Assets from your Dapp Wallet to an external wallet (**"Dapp Wallet Outbound Transfers"**), such transfers are executed at your instruction. You should verify all transaction information prior to submitting instructions. Coinbase shall bear no liability or responsibility in the event you enter an incorrect blockchain destination address, incorrect Destination Tag/Memo, or if you send your Digital Assets to an incompatible wallet. We do not guarantee the identity or value received by a recipient of a Dapp Wallet Outbound Transfer. Dapp Asset Transfers cannot be reversed once they have been broadcast to the relevant Digital Asset network, although they may be in a pending state, and designated accordingly, while the transaction is processed by network operators. Coinbase does not control the Digital Asset network and makes no guarantees that a Dapp Transfer will be confirmed by the network. We may cancel or refuse to process any pending Dapp Wallet Outbound Transfers as required by law or any court or other authority to which Coinbase is subject in any jurisdiction. Additionally, we may require you to wait some amount of time after completion of a transaction before permitting you to use further Coinbase Services and/or before permitting you to engage in transactions beyond certain volume limits.

**3. Limitation of Liability.** WE MAKE NO WARRANTIES OR REPRESENTATIONS, EXPRESS OR IMPLIED, ABOUT LINKED THIRD PARTY SERVICES, THE THIRD PARTIES THEY ARE OWNED AND OPERATED BY, THE INFORMATION CONTAINED ON THEM, ASSETS AVAILABLE THROUGH THEM, OR THE SUITABILITY, PRIVACY, OR SECURITY OF THEIR PRODUCTS OR SERVICES. YOU ACKNOWLEDGE SOLE RESPONSIBILITY FOR AND ASSUME ALL RISK ARISING FROM YOUR USE OF THIRD-PARTY SERVICES, THIRD-PARTY WEBSITES, APPLICATIONS, OR RESOURCES, INCLUDING RISK OF LOSS FOR ASSETS TRADED THROUGH SUCH THIRD-PARTY SERVICES. IN NO EVENT WILL COINBASE BE LIABLE FOR ANY DAMAGES ARISING OUT OF OR RELATING TO THIRD PARTY SERVICES. THIS SECTION OPERATES IN ADDITION TO ANY LIMITATION OF LIABILITY EXPRESSED ELSEWHERE IN THIS USER AGREEMENT.

# APPENDIX 5: ARBITRATION AGREEMENT

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to                              .

**Close**                                                                              Accept all

**coinbase**                      Sign up

User Agreement    Privacy    Prohibited Uses    Cookie Policy    Licenses    Insurance    Market Data    Trading Rules    NFT Terms

**1.3. Waiver of Class and Other Non-Individualized Relief. YOU AND COINBASE AGREE THAT, EXCEPT AS SPECIFIED IN SUBSECTION 1.8, EACH OF US MAY BRING CLAIMS AGAINST THE OTHER ONLY ON AN INDIVIDUAL BASIS AND NOT ON A CLASS, REPRESENTATIVE, OR COLLECTIVE BASIS, AND THE PARTIES HEREBY WAIVE ALL RIGHTS TO HAVE ANY DISPUTE BE BROUGHT, HEARD, ADMINISTERED, RESOLVED, OR ARBITRATED ON A CLASS, COLLECTIVE, REPRESENTATIVE, OR MASS ACTION BASIS. ONLY INDIVIDUAL RELIEF IS AVAILABLE, AND DISPUTES OF MORE THAN ONE CUSTOMER OR USER CANNOT BE ARBITRATED OR CONSOLIDATED WITH THOSE OF ANY OTHER CUSTOMER OR USER.** Subject to this Arbitration Agreement, the arbitrator may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by the party's individual claim. Nothing in this paragraph is intended to, nor shall it, affect the terms and conditions under the subsection 1.8 entitled "Batch Arbitration." Notwithstanding anything to the contrary in this Arbitration Agreement, if a court decides by means of a final decision, not subject to any further appeal or recourse, that the limitations of this subsection, "Waiver of Class and Other Non-Individualized Relief," are invalid or unenforceable as to a particular claim or request for relief (such as a request for public injunctive relief), you and Coinbase agree that that particular claim or request for relief (and only that particular claim or request for relief) shall be severed from the arbitration and may be litigated in the state or federal courts located in the State of California. All other Disputes shall be arbitrated or litigated in small claims court. This subsection does not prevent you or Coinbase from participating in a class-wide settlement of claims.

**1.4. Rules and Forum.** The User Agreement evidences a transaction involving interstate commerce; and notwithstanding any other provision herein with respect to the applicable substantive law, the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.,* will govern the interpretation and enforcement of this Arbitration Agreement and any arbitration proceedings. If the Formal Complaint Process described in Section 7.2 above does not resolve satisfactorily within forty-five (45) business days after receipt of your complaint form, you and Coinbase agree that either party shall have the right to finally resolve the Dispute through binding arbitration. The arbitration will be administered by the American Arbitration Association ("AAA"), in accordance with the Consumer Arbitration Rules (the "AAA Rules") then in effect, except as modified by this section of this Arbitration Agreement. The AAA Rules are currently available at https://www.adr.org/sites/default/files/Consumer%20Rules.pdf.

A party who wishes to initiate arbitration must provide the other party with a request for arbitration (the "**Request**"). If you initiate the arbitration, you must provide Coinbase a copy of your Request by email at arbitration@coinbase.com or through Coinbase's registered agent for service of process. The Request must include: (1) the name, telephone number, mailing address, email address of the party seeking arbitration, and the email addresses associated with the applicable Coinbase Account(s); (2) a statement of the legal claims being asserted and the factual bases of those claims; (3) a description of the remedy sought, including an accurate, good faith calculation of the amount in controversy in United States Dollars; (4) a statement certifying completion of the Formal Complaint Process as described above in Section 7.2 (if you are the party making the Request); and (5) evidence that the requesting party has paid any necessary filing fees in connection with such arbitration.

If the party requesting arbitration is represented by counsel, the Request shall also include counsel's name, telephone number, mailing address, and email address. Such counsel must also sign the Request. By signing the Request, counsel certifies to the best of counsel's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, that: (1) the Request is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of dispute resolution; (2) the claims, defenses and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; and (3) the factual and damages contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery.

Unless you and Coinbase otherwise agree, or the Batch Arbitration process discussed in subsection 1.8 is triggered, the arbitration will be conducted in the county where you reside. Disputes involving claims, counterclaims, or requests for relief under $25,000, not inclusive of attorneys' fees and interest, will be conducted solely on the basis of documents you and Coinbase submit to the arbitrator. If your claim exceeds $25,000, your right to a hearing will be determined by the AAA Rules. Subject to the AAA Rules, the arbitrator may direct a limited and reasonable exchange of information between the parties, consistent with the expedited nature of the arbitration. In any case, you and Coinbase agree that we will not request more than three depositions per side in each arbitration or Batch Arbitration proceeding. If the AAA is not available to arbitrate, the parties will select an alternative arbitral forum. Your responsibility to pay any AAA fees and costs will be solely as set forth in the applicable AAA Rules.

You and Coinbase agree that all materials and documents exchanged during the arbitration proceedings shall be kept confidential and shall not be shared with anyone except the parties' attorneys, accountants, or business advisors, and then subject to the condition that they agree to keep all materials and documents exchanged during the arbitration proceedings confidential.

**1.5. Arbitrator.** The arbitrator will be either a retired judge or an attorney licensed to practice law in the state of California and will be selected by the parties from the AAA's roster of consumer dispute arbitrators. If the parties are unable to agree upon an arbitrator within thirty-five (35) business days of delivery of the Request, then the AAA will appoint the arbitrator in accordance with the AAA Rules, provided that if the Batch Arbitration process under subsection 1.8 is triggered, the AAA will appoint the arbitrator for each batch.

**1.6. Authority of Arbitrator.** The arbitrator shall have exclusive authority to resolve any Dispute, including, without limitation, disputes arising out of or related to the interpretation or application of the Arbitration Agreement, including the enforceability, revocability, scope, or validity of the Arbitration Agreement or any portion of the Arbitration Agreement, except for the following: (1) all Disputes arising out of or relating to the Section entitled "Waiver of Class and Other Non-Individualized Relief," including any claim that all or part of the Section entitled "Waiver of Class and Other Non-Individualized Relief" is unenforceable, illegal, void or voidable, or that such Section entitled "Waiver of Class and Other Non-Individualized Relief" has been breached, shall be decided by a court of competent jurisdiction and not by an arbitrator; (2) except as expressly contemplated in the subsection entitled "Batch Arbitration," all Disputes about the payment of arbitration fees shall be decided only by a court of competent jurisdiction and not by an arbitrator; (3) all Disputes about whether either party has satisfied any condition precedent to arbitration shall be decided only by a court of competent jurisdiction and not by an arbitrator; and (4) all Disputes about which version of the Arbitration Agreement applies shall be decided only by a court of competent jurisdiction and not by an arbitrator. The arbitration proceeding will not be consolidated with any other matters or joined with any other cases or parties, except as expressly provided in the subsection entitled "Batch Arbitration." The arbitrator shall have the authority to grant motions dispositive of all or part of any Dispute. The arbitrator shall issue a written award and statement of decision describing the essential findings and

We use our own and third-party cookies on our websites to enhance your experience, analyze your traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to        .

**Close**                      Accept all

# coinbase

Sign up

**User Agreement**   Privacy   Prohibited Uses   Cookie Policy   Licenses   Insurance   Market Data   Trading Rules   NFT Terms

demands in batches of 100 Requests per batch (plus, to the extent there are less than 100 Requests left over after the batching described above, a final batch consisting of the remaining Requests); (2) appoint one arbitrator for each batch; and (3) provide for the resolution of each batch as a single consolidated arbitration with one set of filing and administrative fees due per side per batch, one procedural calendar, one hearing (if any) in a place to be determined by the arbitrator, and one final award ("**Batch Arbitration**").

All parties agree that Requests are of a "substantially similar nature" if they arise out of or relate to the same event or factual scenario and raise the same or similar legal issues and seek the same or similar relief. To the extent the parties disagree on the application of the Batch Arbitration process, the disagreeing party shall advise the AAA, and the AAA shall appoint a sole standing arbitrator to determine the applicability of the Batch Arbitration process ("**Administrative Arbitrator**"). In an effort to expedite resolution of any such dispute by the Administrative Arbitrator, the parties agree the Administrative Arbitrator may set forth such procedures as are necessary to resolve any disputes promptly. The Administrative Arbitrator's fees shall be paid by Coinbase.

You and Coinbase agree to cooperate in good faith with the AAA to implement the Batch Arbitration process including the payment of single filing and administrative fees for batches of Requests, as well as any steps to minimize the time and costs of arbitration, which may include: (1) the appointment of a discovery special master to assist the arbitrator in the resolution of discovery disputes; and (2) the adoption of an expedited calendar of the arbitration proceedings.

This Batch Arbitration provision shall in no way be interpreted as authorizing a class, collective and/or mass arbitration or action of any kind, or arbitration involving joint or consolidated claims under any circumstances, except as expressly set forth in this provision.

**1.9. Modification.** Notwithstanding any provision in this User Agreement to the contrary, we agree that if Coinbase makes any future material change to this Arbitration Agreement, it will notify you. Your continued use of the Coinbase Site and/or Services, including the acceptance of products and services offered on the Coinbase Site following the posting of changes to this Arbitration Agreement constitutes your acceptance of any such changes.

**APPENDIX 2: E-Sign Disclosure and Consent**

**APPENDIX 3: State License Disclosures**

**APPENDIX 4: Additional Services**

**Coinbase Card**

**USDC Rewards**

**Staking Services**

**Advanced Trading**

**Coinbase One**

**Direct Deposit**

**Coinbase Pro**

**Dapp Wallet, DEXes, and Decentralized Applications**

**APPENDIX 5: ARBITRATION AGREEMENT**

# coinbase

English

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to                              .

Close                                                                    Accept all

coinbase                                                                              Sign up

User Agreement    Privacy    Prohibited Uses    Cookie Policy    Licenses    Insurance    Market Data    Trading Rules    NFT Terms

Press
Security
Investors
Vendors
Legal & privacy
Cookie policy
Cookie preferences
Do Not Share My Personal Information
Digital Asset Disclosures

**Learn**
Ethereum Merge
Browse crypto prices
Coinbase Bytes newsletter
Crypto basics
Tips & tutorials
Market updates
What is Bitcoin?
What is crypto?
What is a blockchain?
How to set up a crypto wallet
How to send crypto
Taxes

**Individuals**
Buy & sell
Earn free crypto
Wallet
NFT
Card
Derivatives
Coinbase One

**Businesses**
Institutional
Prime
Asset Hub
Commerce

**Developers**

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our [Cookie Policy](#) or go to                    .

Close                                    Accept all

**coinbase**

Sign up

User Agreement    Privacy    Prohibited Uses    Cookie Policy    Licenses    Insurance    Market Data    Trading Rules    NFT Terms

Sign in with Coinbase

Rosetta

Participate

Prime API

**Support**

Help center

Contact us

Create account

ID verification

Account information

Payment methods

Account access

Supported crypto

Supported countries

Status

We use our own and third-party cookies on our websites to enhance your experience, analyze traffic, and for security and marketing. For more info or to modify cookies, see our Cookie Policy or go to                    .

Close                                                    Accept all

# EXHIBIT B

# Coinbase Global Privacy Policy

Last updated: November 10, 2022

We at Coinbase (defined below) respect and protect the privacy of visitors to our websites and our customers. This Privacy Policy describes our information handling practices when you access our services, which include our content on the websites located at coinbase.com, coinbase.com/exchange, coinbase.com/prime, custody.coinbase.com, or any other websites, pages, features, or content we own or operate (collectively, the "Site(s)") or when you use the Coinbase mobile app, the Coinbase Card App (as defined below), any Coinbase, Coinbase Exchange, Coinbase Prime, or Coinbase Custody API or third party applications relying on such an API, and related services (referred to collectively hereinafter as "Services").

Please take a moment to read this Privacy Policy carefully. If you have any questions about this Policy, please submit your request via our Support Portal at https://support.coinbase.com/customer/portal/emails/new.

We may modify this Privacy Policy from time to time which will be indicated by changing the date at the top of this page. If we make any material changes, we will notify you by email (sent to the email address specified in your account), by means of a notice on our Services prior to the change becoming effective, or as otherwise required by law.

## 1. ACCEPTANCE OF THIS PRIVACY POLICY

By accessing and using our Services, you signify acceptance to the terms of this Privacy Policy. Where we require your consent to process your personal information, we will ask for your consent to the collection, use, and disclosure of your personal information as described further below. We may provide additional "just-in-time" disclosures or information about the data processing practices of specific Services. These notices may supplement or clarify our privacy practices or may provide you with additional choices about how we process your data.

If you do not agree with or you are not comfortable with any aspect of this Privacy Policy, you should immediately discontinue access or use of our Services.

## 2. OUR RELATIONSHIP TO YOU

| Where You Reside | Services Provided | Your Operating Entity | Contact Address |
|---|---|---|---|
| Anywhere but the United States and Japan | Custodial services | Coinbase Custody International Limited (unless otherwise indicated in your service contract) Company No: 657718 | 70 Sir John Rogerson's Quay Dublin 2, Ireland |
| EU and the United Kingdom | Digital Currency services | Coinbase Europe, Limited. Company No: 675475 | 70 Sir John Rogerson's Quay Dublin 2, Ireland |
| Germany | Digital Currency services | Coinbase Germany GmbH. Company No: HRB 213709 B. BaFin-ID 10158674 | Kurfürstendamm 22, 10719 Berlin, Germany |
| European Economic Area | Fiat Wallet services | Coinbase Ireland, Limited. Company No: 630350 CBI Register No: C188493 | 70 Sir John Rogerson's Quay Dublin 2, Ireland |
| Singapore | Digital Currency services, Fiat Wallet services | Coinbase Singapore Pte. Ltd. Unique Entity No.: 201935002N | One Marina Boulevard, #28-00, Singapore 018989 |
| Japan | Digital Currency services, Fiat Wallet services, Custodial services | Coinbase KK. Company No: 0100-01-173138 FSA Register No: Kanto Finance Bureau Directory-General No. 00028 | Otemachi Building 4F FINOLAB, 1-6-1 Otemachi, Chiyoda-ku, Tokyo |
| Anywhere but the EU, US, UK, Singapore and Japan | Digital Currency Services | Coinbase Ascending Markets Kenya Limited ("CB Kenya") | P.O. Box 10643, G.P.O. Nairobi, Kenya |

| Where You Reside | Services Provided | Your Operating Entity | Contact Address |
|---|---|---|---|
| United Kingdom (and select non-EEA countries in Europe) | Fiat Wallet services | CB Payments. Ltd Company No: 09708629 FCA Register No: 900635 | 5 Fleet Place, London, EC4M 7RD, United Kingdom |
| United States | Digital Currency services, Fiat Wallet services | Coinbase, Inc. CA Entity No.: C3548456 | Coinbase, Inc. c/o C T Corporation System 818 West Seventh St., Ste. 930 Los Angeles, California 90017 |
| United States | Custodial services | Coinbase Custody Trust Company, LLC (unless otherwise indicated in your service contract) NYS License # 122506 | Coinbase Custody Trust Company, LLC c/o C T Corporation System 28 Liberty Street New York, New York 10005 |
| United States | Credit and Lending services, Margin Trading services | Coinbase Credit, Inc. CA Entity No.: C4315976 | Coinbase Credit, Inc. c/o C T Corporation System 818 West Seventh St., Ste. 930 Los Angeles, California 90017 |
| Australia | Digital Currency services, Fiat Wallet services | Coinbase Australia Pty Ltd; ACN 654 922 442 | Coinbase Australia c/o TMF Corporate Services (Aust) Pty Limited, Suite 1 Level 11, 66 Goulburn Street, Sydney NSW 2000 Australia |

The CB operating entity you contract with determines the means and purposes of processing your personal information in relation to the Services provided to you (typically referred to as a "data controller").

You may be asked to provide personal information anytime you are in contact with any CB companies. The CB companies may share your personal information with each other and use it consistent with this Privacy Policy. They may also combine it with other information to provide and improve our products, services, and content (additional details below). For example, even if you do not reside in the United States (the "US"), your information may be shared with Coinbase, Inc. which provides global

support for all Services including technical infrastructure, product development, security, compliance, fraud prevention, and customer support.

If you have any questions about your CB Account, your personal information, or this Privacy Policy, please submit your request via our Support Portal.

## 3. THE PERSONAL INFORMATION WE COLLECT

Personal information is typically data that identifies an individual or relates to an identifiable individual. This includes information you provide to us, information which is collected about you automatically, and information we obtain from third parties. The definition of personal information depends on the applicable law based on your physical location. Only the definition that applies to your physical location will apply to you under this Privacy Policy.

**Information you provide to us**. To establish an account and access our Services, we'll ask you to provide us with some important information about yourself. This information is either required by law (e.g. to verify your identity), necessary to provide the requested services (e.g. you will need to provide your bank account number if you'd like to link that account to CB), or is relevant for certain specified purposes, described in greater detail below. As we add new features and Services, you may be asked to provide additional information.

If you choose not to share certain information with us, we may not be able to serve you as effectively or offer you our Services. Any information you provide to us that is not required is voluntary.

We may collect the following types of information from you:

- Personal Identification Information: Full name, date of birth, nationality, gender, signature, utility bills, photographs, phone number, home address, and/or email.
- Formal Identification Information: Government issued identity document such as Passport, Driver's License, National Identity Card, State ID Card, Tax ID number, passport number, driver's license details, national identity card details, visa information, and/or any other information deemed necessary to comply with our legal obligations under financial or anti-money laundering laws.
- Institutional Information: Employer Identification number (or comparable number issued by a government), proof of legal formation (e.g. Articles of Incorporation), personal identification information for all material beneficial owners.

- Financial Information: Bank account information, payment card primary account number (PAN), transaction history, trading data, and/or tax identification.
- Transaction Information: Information about the transactions you make on our Services, such as the name of the recipient, your name, the amount, and/or timestamp.
- Employment Information: Office location, job title, and/or description of role.
- Correspondence: Survey responses, information provided to our support team or user research team.
- Audio, electronic, visual and similar information, such as call and video recordings.

**Information we collect from you automatically.** To the extent permitted under the applicable law, we may collect certain types of information automatically, such as whenever you interact with the Sites or use the Services. This information helps us address customer support issues, improve the performance of our Sites and Services, provide you with a streamlined and personalized experience, and protect your account from fraud by detecting unauthorized access. Information collected automatically includes:

- Online Identifiers: Geo location/tracking details, browser fingerprint, operating system, browser name and version, and/or personal IP addresses.
- Usage Data: Authentication data, security questions, click-stream data, public social networking posts, and other data collected via cookies and similar technologies. Please read our Cookie Policy for more information.

For example, we may automatically receive and record the following information on our server logs:

- How you came to and use the Services;
- Device type and unique device identification numbers;
- Device event information (such as crashes, system activity and hardware settings, browser type, browser language, the date and time of your request and referral URL);
- How your device interacts with our Sites and Services, including pages accessed and links clicked;
- Broad geographic location (e.g. country or city-level location); and

- Other technical data collected through cookies, pixel tags and other similar technologies that uniquely identify your browser.

We may also use identifiers to recognize you when you access our Sites via an external link, such as a link appearing on a third party site.

**Information we collect from our affiliates and third parties.** From time to time, we may obtain information about you from our affiliates or third party sources as required or permitted by applicable law. These sources may include:

- Our Coinbase Family of Companies: Our "family of companies" is the group of companies related to us by common control or ownership ("Affiliates"). In accordance with applicable law, we may obtain information about you from our Affiliates as a normal part of conducting business, if you link your various Coinbase accounts (e.g., Coinbase Wallet account or Coinbase Commerce account in order to convert cryptocurrency into fiat and make withdrawals into your bank account), so that we may offer our Affiliates' Services to you.
- Public Databases, Credit Bureaus & ID Verification Partners: We obtain information about you from public databases and ID verification partners for purposes of verifying your identity in accordance with applicable law. ID verification partners like World-Check use a combination of government records and publicly available information about you to verify your identity. Such information may include your name, address, job role, public employment profile, credit history, status on any sanctions lists maintained by public authorities, and other relevant data. We obtain such information to comply with our legal obligations, such as anti-money laundering laws. In some cases, we may process additional data about you to assess risk and ensure our Services are not used fraudulently or for other illicit activities. In such instances, processing is necessary for us to continue to perform our contractual obligations with you and others. World-Check's Privacy Policy, available at https://www.refinitiv.com/en/products/world-check-kyc-screening/privacy-statement/, describes its collection and use of personal data.

- Blockchain Data: We may analyze public blockchain data to ensure parties utilizing our Services are not engaged in illegal or prohibited activity under our Terms, and to analyze transaction trends for research and development purposes.
- Joint Marketing Partners & Resellers: For example, unless prohibited by applicable law, joint marketing partners or resellers may share information about you with us so that we can better understand which of our Services may be of interest to you.
- Advertising Networks & Analytics Providers: We work with these providers to provide us with de-identified information about how you found our Sites and how you interact with the Sites and Services. This information may be collected prior to account creation. For more information on how you can manage collection of this data, please see our Cookie Policy.

## 4. ANONYMIZED AND AGGREGATED DATA

Anonymization is a data processing technique that modifies personal information so that it cannot be associated with a specific individual. Except for this section, none of the other provisions of this Privacy Policy applies to anonymized or aggregated customer data (i.e. information about our customers that we combine together so that it no longer identifies or references an individual customer).

Coinbase may use anonymized or aggregate customer data for any business purpose, including to better understand customer needs and behaviors, improve our Services, conduct business intelligence and marketing, and detect security threats. We may perform our own analytics on anonymized data or enable analytics provided by third parties.

Types of data we may anonymize include, transaction data, click-stream data, performance metrics, and fraud indicators.

## 5. HOW YOUR PERSONAL INFORMATION IS USED

Our primary purpose in collecting personal information is to provide you with a secure, smooth, efficient, and customized experience. We generally use personal information to create, develop, operate, deliver, and improve our Services, content and advertising; and for loss prevention and anti-fraud purposes. We may use this information in the following ways:

1) To maintain legal and regulatory compliance

Most of our core Services are subject to laws and regulations requiring us to collect, use, and store your personal information in certain ways. For example, CB must identify and verify customers using our Services in order to comply with anti-money laundering laws across jurisdictions. This includes collection and storage of your photo identification. In addition, we use third parties to verify your identity by comparing the personal information you provide against third-party databases and public

records. When you seek to link a bank account to your CB Account, we may require you to provide additional information which we may use in collaboration with service providers acting on our behalf to verify your identity or address, and/or to manage risk as required under applicable law. If you do not provide personal information required by law, we will have to close your account.

2) To enforce our terms in our user agreement and other agreements

CB handles sensitive information, such as your identification and financial data, so it is very important for us and our customers that we actively monitor, investigate, prevent, and mitigate any potentially prohibited or illegal activities, enforce our agreements with third parties, and/or prevent and detect violations of our posted user agreement or agreements for other Services. In addition, we may need to collect fees based on your use of our Services. We collect information about your account usage and closely monitor your interactions with our Services. We may use any of your personal information collected for these purposes. The consequences of not processing your personal information for such purposes is the termination of your account.

3) To detect and prevent fraud and/or funds loss

We process your personal information in order to help detect, prevent, and mitigate fraud and abuse of our services and to protect you against account compromise or funds loss.

4) To provide Coinbase's Services

We process your personal information to provide the Services to you. For example, when you want to store funds on our platform, we require certain information such as your identification, contact information, and payment information. We cannot provide you with Services without such information. Third parties such as identity verification services may also access and/or collect your personal information when providing identity verification and/or fraud prevention services.

5) To provide Service communications

We send administrative or account-related information to you to keep you updated about our Services, inform you of relevant security issues or updates, or provide other transaction-related information. Without such communications, you may not be aware of important developments relating to your account that may affect how you can use our Services. You may not opt-out of receiving critical service communications, such as emails or mobile notifications sent for legal or security purposes.

6) To provide customer service

We process your personal information when you contact us to resolve any questions, disputes, collect fees, or to troubleshoot problems. Without processing your personal information for such purposes, we cannot respond to your requests and ensure your uninterrupted use of the Services.

7) To ensure quality control

We process your personal information for quality control and staff training to make sure we continue to provide you with accurate information. If we do not process personal information for quality control purposes, you may experience issues on the Services such as inaccurate transaction records or other interruptions.

8) To ensure network and information security

We process your personal information in order to enhance security, monitor and verify identity or service access, combat spam or other malware or security risks and to comply with applicable security laws and regulations. The threat landscape on the internet is constantly evolving, which makes it more important than ever that we have accurate and up-to-date information about your use of our Services. Without processing your personal information, we may not be able to ensure the security of our Services.

9) For research and development purposes

We process your personal information to better understand the way you use and interact with Coinbase's Services. In addition, we use such information to customize, measure, and improve Coinbase's Services and the content and layout of our website and applications, and to develop new services. Without such processing, we cannot ensure your continued enjoyment of our Services.

10) To enhance your experience

We process your personal information to provide a personalized experience, and implement the preferences you request. For example, you may choose to provide us with access to certain personal information stored by third parties. Without such processing, we may not be able to ensure your continued enjoyment of part or all of our Services.

11) To facilitate corporate acquisitions, mergers, or transactions

We may process any information regarding your account and use of our Services as is necessary in the context of corporate acquisitions, mergers, or other corporate transactions.

12) To engage in marketing activities

Based on your communication preferences, we may send you marketing communications (e.g. emails or mobile notifications) to inform you about our events or our partner events; to deliver targeted marketing; and to provide you with promotional offers. Our marketing will be conducted in accordance with your advertising marketing preferences and as permitted by applicable law.

13) To protect the health and safety of our employees and visitors, our facilities and our property and other rights. If you visit one of our locations, to maintain security at such locations you may be photographed or videotaped.

14) For any purpose that you provide your consent.

We will not use your personal information for purposes other than those purposes we have disclosed to you, without your permission. From time to time, and as required under the applicable law, we may request your permission to allow us to share

your personal information with third parties. In such instances, you may opt out of having your personal information shared with third parties, or allowing us to use your personal information for any purpose that is incompatible with the purposes for which we originally collected it or subsequently obtained your authorization. If you choose to limit the use of your personal information, certain features or CB Services may not be available to you.

## 6. LEGAL BASES FOR PROCESSING YOUR INFORMATION

For individuals who are located in the European Economic Area, the United Kingdom or Switzerland (collectively "EEA Residents'') at the time their personal information is collected, our legal bases for processing your information under the EU General Data Protection Regulation ("GDPR") will depend on the personal information at issue, the specific context in the which the personal information is collected and the purposes for which it is used. We generally only process your data where we are legally required to, where processing is necessary to perform any contracts we entered with you (or to take steps at your request prior to entering into a contract with you), where processing is in our legitimate interests to operate our business and not overridden by your data protection interests or fundamental rights and freedoms, or where we have obtained your consent to do so. In some rare instances, we may need to process your personal information to protect your vital interests or those of another person. Below is a list of how CB uses your personal information, as described above in Section 5, with the corresponding legal bases for processing. If you have questions about or need further information concerning the legal basis on which we collect and use your personal information, please contact us using the contact details provided under the "How to contact us" heading below.

| Section & Purpose of Processing | Legal Bases for Processing |
| --- | --- |
| (2) To enforce our terms in our user agreement and other agreements (4) To provide Coinbase's Services (5) To provide Service communications (6) To provide customer service (7) To ensure quality control | Based on our contract with you or to take steps at your request prior to entering into a contract. |
| (9) For research and development purposes (10) To enhance your experience (11) To facilitate corporate acquisitions, mergers, or transactions (12) To engage in direct marketing activities | Based on our legitimate interests. When we process your personal data for our legitimate interests we always ensure that we consider and balance any potential impact on you and your rights under data protection laws. |

| Section & Purpose of Processing | Legal Bases for Processing |
|---|---|
| (1) To maintain legal and regulatory compliance (3) To detect and prevent fraud and/or funds loss (8) To ensure network and information security (13) To protect your or our's vital interests | Based on our legal obligations, the public interest, or in your vital interests. |
| (10) To enhance your experience (12) To engage in third party marketing activities (14) For any purpose to which you consent | Based on your consent. |

**7. WHY WE SHARE PERSONAL INFORMATION WITH OTHER PARTIES**

We take care to allow your personal information to be accessed only by those who require access to perform their tasks and duties, and to share only with third parties who have a legitimate purpose for accessing it. CB will never sell or rent your personal information to third parties without your explicit consent. We will only share your information in the following circumstances:

- With third party identity verification services in order to prevent fraud. This allows CB to confirm your identity by comparing the information you provide us to public records and other third party databases. These service providers may create derivative data based on your personal information that can be used in connection with the provision of identity verification and fraud prevention services. For example:

    - We may use Jumio Corporation or Jumio UK, Limited (collectively "Jumio") to verify your identity by determining whether a selfie you take matches the photo in your government issued identity document. The information collected from your photo may include biometric data. Jumio's Privacy Policy, available at https://www.jumio.com/legal-information/privacy-policy/jumio-inc-privacy-policy-for-online-services/, describes its collection and use of personal information.

- o We may use Onfido Inc or Onfido Ltd (collectively "Onfido") to (i) verify your identity by comparing the facial scan data extracted from your selfie or video with the photo in your government issued identity document and (ii) prevent and detect fraud, including by using your facial scan data to determine whether Onfido has previously verified your identity on our behalf.  Onfido will process, store, retain and delete your personal information, including biometric data, in accordance with Onfido's Privacy Policy and Facial Scan Policy and Release available at https://onfido.com/privacy/ and https://onfido.com/facial-scan-policy-and-release/.
- o For Germany users, we may use SolarisBank AG ("Solarisbank") to verify your identity through verification of identifiable personal information. The information collected from you may include biometric data. Solarisbank's Privacy Policy, available at https://www.solarisbank.com/en/privacy-policy/, describes its collection and use of personal information.
- o We may use Sift Science, Inc. ("Sift") to detect and prevent fraudulent activity on your account in real time. Information shared with Sift is treated by Sift in accordance with its Privacy Policy, available at https://sift.com/service-privacy.
- o If you are based in the US, CB may use Plaid, Inc. ("Plaid") to connect your Coinbase account with your bank account, verify your bank account and confirm your bank account balance prior to approving a transaction. Information shared with Plaid is treated by Plaid in accordance with its Privacy Policy, available at https://plaid.com/legal/#end-user-privacy-policy

- With financial institutions with which we partner to process payments you have authorized.
- With service providers under contract who help with parts of our business operations. Our contracts require these service providers to only use your information in connection with the services they perform for us, and prohibit them from selling your information to anyone else.

Examples of the types of service providers we may share personal information with (other than those mentioned above) include:

- Network infrastructure
- Cloud storage
- Payment processing
- Transaction monitoring
- Security
- Document repository services
- Customer support
- Internet (e.g. ISPs)
- Data analytics
- Information Technology
- Marketing

- With companies or other entities that we plan to merge with or be acquired by. You will receive prior notice of any change in applicable policies.
- With companies or other entities that purchase CB assets pursuant to a court-approved sale or where we are required to share your information pursuant to insolvency law in any applicable jurisdiction.
- With our professional advisors who provide banking, legal, compliance, insurance, accounting, or other consulting services in order to complete third party financial, technical, compliance and legal audits of our operations or otherwise comply with our legal obligations.
- With law enforcement, officials, or other third parties when we are compelled to do so by a subpoena, court order, or similar legal procedure, or when we believe in good faith that the disclosure of personal information is necessary to prevent physical harm or financial loss, to

report suspected illegal activity, or to investigate violations of our User Agreement or any other applicable policies.

- We share personal information about you with our Affiliates as a normal part of conducting business and offering Services to you.

Where we believe it is necessary in order to protect the vital interests of any person. If you establish a CB Account indirectly on a third party website or via a third party application, any information that you enter on that website or application (and not directly on a CB website) will be shared with the owner of the third party website or application and your information will be subject to their privacy policies. For more information see the "Third-Party Sites and Services" section below.

## 8. SPECIAL PROVISIONS RELATING TO COINBASE CARD USERS

If you sign up to use the Digital Currency backed debit card Service (the "Coinbase Card") provided by CB via the dedicated app for that Service (the "Coinbase Card App"), we will process your personal information in accordance with this Policy.

In order to provide the Coinbase Card Service to you, we have partnered with Paysafe Financial Services Limited and Paysafe Payment Solution Limited (collectively "Paysafe"). Paysafe is the issuer of the Coinbase Card and is a member of the Visa card scheme, which will be used to enable your Coinbase Card to operate as a normal debit card. When you sign up on the Coinbase Card App you agree to Paysafe's own terms and conditions and Privacy Policy (available at https://www.paysafe.com/paysafegroup/privacy-policy/), and as a result Paysafe will be an independent data controller in relation to the personal information they collect and hold relating to you.

We may at times need to share some of your personal information that we control with Paysafe to enable us and Paysafe to provide you with the Coinbase Card Service. Where we do this, Paysafe will act as a data processor and only process your personal information to the extent necessary to enable us and Paysafe to provide the Coinbase Card Service to you.

## 9. HOW WE PROTECT AND STORE PERSONAL INFORMATION

We understand how important your privacy is, which is why CB maintains (and contractually requires third parties it shares your information with to maintain) appropriate physical, technical and administrative safeguards to protect the security and confidentiality of the personal information you entrust to us.

We may store and process all or part of your personal and transactional information, including certain payment information, such as your encrypted bank account and/or routing numbers, in the US and elsewhere in the world where our facilities or our service providers are located. We protect your personal information by maintaining physical, electronic, and procedural safeguards in compliance with the applicable laws and regulations.

For example, we use computer safeguards such as firewalls and data encryption, we enforce physical access controls to our buildings and files, and we authorize access to personal information only for those employees who require it to fulfill their job responsibilities. Full credit card data is securely transferred and hosted off-site by payment vendors like Worldpay, (UK) Limited, Worldpay Limited, or Worldpay AP Limited (collectively "Worldpay") in compliance with Payment Card Industry Data Security Standards (PCI DSS). This information is not accessible to CB or Coinbase staff. For more information about how Worldpay stores and uses your information, please see Worldpay's Privacy Policy at https://www.worldpay.com/uk/worldpay-privacy-notice.

However, we cannot guarantee that loss, misuse, unauthorized acquisition, or alteration of your data will not occur. Please recognize that you play a vital role in protecting your own personal information. When registering with our Services, it is important to choose a password of sufficient length and complexity, to not reveal this password to any third-parties, and to immediately notify us if you become aware of any unauthorized access to or use of your account.

Furthermore, we cannot ensure or warrant the security or confidentiality of information you transmit to us or receive from us by Internet or wireless connection, including email, phone, or SMS, since we have no way of protecting that information once it leaves and until it reaches us. If you have reason to believe that your data is no longer secure, please contact us using the contact information provided in the "How to contact us" section below.

## 10. RETENTION OF PERSONAL INFORMATION

We store your personal information securely throughout the life of your CB Account. We will only retain your personal information for as long as necessary to fulfill the purposes for which we collected it, including for the purposes of satisfying any legal, accounting, or reporting obligations or to resolve disputes. While retention requirements vary by jurisdiction, information about our typical retention periods for different aspects of your personal information are described below.

- Personal information collected to comply with our legal obligations under financial or anti-money laundering laws may be retained after account closure for as long as required under such laws.
- Contact Information such as your name, email address and telephone number for marketing purposes is retained on an ongoing basis until you unsubscribe. Thereafter we will add your details to our suppression list to ensure we do not inadvertently market to you.
- Content that you post on our website such as support desk comments, photographs, videos, blog posts, and other content may be kept after you close your account for audit and crime prevention purposes (e.g. to prevent a known fraudulent actor from opening a new account).

- Recording of our telephone calls with you may be kept for a period of up to six years.
- Information collected via technical means such as cookies, webpage counters and other analytics tools is kept for a period of up to one year from expiry of the cookie.

## 11. THIRD-PARTY SITES AND SERVICES

If you authorize one or more third-party applications to access your CB Services, then information you have provided to CB may be shared with those third parties. A connection you authorize or enable between your CB account and a non-CB account, payment instrument, or platform is considered an "account connection." Unless you provide further permissions, Coinbase will not authorize these third parties to use this information for any purpose other than to facilitate your transactions using CB Services. Please note that third parties you interact with may have their own privacy policies, and CB is not responsible for their operations or their use of data they collect. Information collected by third parties, which may include such things as contact details, financial information, or location data, is governed by their privacy practices and Coinbase is not responsible for unauthorized third-party conduct. We encourage you to learn about the privacy practices of those third parties. Examples of account connections include:

- Merchants: If you use your CB account to conduct a transaction with a third party merchant, the merchant may provide data about you and your transaction to us.
- Your Financial Services Providers: For example, if you send us funds from your bank account, your bank will provide us with identifying information in addition to information about your account in order to complete the transaction.

Information that we share with a third party based on an account connection will be used and disclosed in accordance with the third party's practices. Please review the privacy notice of any third party that will gain access to your personal information. Coinbase is not responsible for such third party conduct.

## 12. CHILDREN'S PERSONAL INFORMATION

We do not knowingly request to collect personal information from any person under the age of 18. If a user submitting personal information is suspected of being younger than 18 years of age, CB will require the user to close his or her account and will not allow the user to continue using our Services. We will also take steps to delete the information as soon as possible. Please notify us if you know of any individuals under the age of 18 using our Services so we can take action to prevent access to our Services.

## 13. INTERNATIONAL TRANSFERS

To facilitate our global operations, CB may transfer, store, and process your personal information within our Affiliates, third-party partners, and service providers based throughout the world, including Ireland, Germany, Singapore, Japan, the UK, the US, the Philippines, and possibly other countries. We will protect your personal information in accordance with this Privacy Policy wherever it is processed and will take appropriate contractual or other steps to protect the relevant personal information in accordance with applicable laws. We contractually obligate recipients of your personal information to agree to at least the same level of privacy safeguards as required under applicable data protection laws. By communicating electronically with CB, you acknowledge and agree to your personal information being processed in this way.

If you have a complaint about our privacy practices and our collection, use or disclosure of personal information please submit your request via our Support Portal.

**Data transferred out of the EU**

We rely primarily on the European Commission's Standard Contractual Clauses to facilitate the international and onward transfer of personal information collected in the European Economic Area ("EEA"), the United Kingdom and Switzerland (collectively "European Personal Information"), to the extent the recipients of the European Personal Information are located in a country that the EU considers to not provide an adequate level of data protection. This includes transfers from our EU-based CB operating entities to our US-based operating entity, Coinbase, Inc. We may also rely on an adequacy decision of the European Commission confirming an adequate level of data protection in the jurisdiction of the party receiving the information, or derogations in specific situations.

Coinbase, Inc. is responsible for the processing of personal information it receives and subsequently transfers to a third party acting as an agent on its behalf. Before we share your information with any third party, Coinbase, Inc. will enter into a written agreement that the third party provides at least the same level of protection for the personal information as required under applicable data protection laws.

Coinbase, Inc., also participates in and has certified its compliance with the EU-US Privacy Shield Framework. Under the Privacy Shield Framework, Coinbase, Inc. is subject to the authority of the Federal Trade Commission. To learn more about the Privacy Shield Framework, visit the U.S. Department of Commerce's Privacy Shield List at https://www.privacyshield.gov. European data subjects with inquiries or complaints relating to our Privacy Shield certifications should first contact CB via our Support Portal or by emailing dpo@coinbase.com. If we are unable to resolve your complaint or dispute, you may refer your complaint to our designated independent dispute resolution mechanism, the International Centre for Dispute Resolution ("ICDR"), operated by the American Arbitration Association ("AAA"). For more information and to file a complaint, you may contact the International Centre for Dispute Resolution by phone at +1.212.484.4181, or by visiting the website https://go.adr.org/privacyshield.html.

If your Privacy Shield complaint cannot be resolved through the above channels, under certain conditions, you may invoke binding arbitration for some residual claims not resolved by other redress mechanisms. See Privacy Shield Annex 1 at https://www.privacyshield.gov/article?id=ANNEX-I-ntroduction.

## 14. YOUR PRIVACY RIGHTS AND CHOICES

Depending on applicable law where you reside, you may be able to assert certain rights related to your personal information identified below. If any of the rights listed below are not provided under law for your operating entity or jurisdiction, CB has absolute discretion in providing you with those rights.

Your rights to personal information are not absolute. Depending upon the applicable law, access to your rights under the applicable law may be denied: (a) when denial of access is required or authorized by law; (b) when granting access would have a negative impact on another's privacy; (c) to protect our rights and properties; (d) where the request is frivolous or vexatious, or for other reasons.

- Access and portability. You may request that we provide you a copy of your personal information held by us. This information will be provided without undue delay subject to a potential fee associated with gathering of the information (as permitted by law), unless such provision adversely affects the rights and freedoms of others. In certain circumstances, you may request to receive your personal information in a structured, commonly used and machine-readable format, and to have us transfer your personal information directly to another data controller.

- Rectification of incomplete or inaccurate personal information. You may request us to rectify or update any of your personal information held by CB that is inaccurate. You may do this at any time by logging in to your account and clicking the Profile or My Account tab.

- Erasure. You may request to erase your personal information, subject to applicable law. If you close your CB Account, we will mark your account in our database as "Closed," but will keep certain account information, including your request to erase, in our database for a period of time as described above. This is necessary to deter fraud, by ensuring that persons who try to commit fraud will not be able to avoid detection simply by closing their account and opening a new account, and to comply with CB's legal obligations. However, if you close your account,

your personal information will not be used by us for any further purposes, nor shared with third parties, except as necessary to prevent fraud and assist law enforcement, as required by law, or in accordance with this Privacy Policy.

- Withdraw consent. To the extent the processing of your personal information is based on your consent, you may withdraw your consent at any time. Your withdrawal will not affect the lawfulness of CB's processing based on consent before your withdrawal.
- Restriction of processing. In some jurisdictions, applicable law may give you the right to restrict or object to us processing or transferring your personal information under certain circumstances. We may continue to process your personal information if it is necessary for the defense of legal claims, or for any other exceptions permitted by applicable law.
- Automated individual decision-making, including profiling. CB relies on automated tools to help determine whether a transaction or a customer account presents a fraud or legal risk. In some jurisdictions, you have the right not to be subject to a decision based solely on automated processing of your personal information, including profiling, which produces legal or similarly significant effects on you, save for the exceptions applicable under relevant data protection laws.
- Marketing communications. You can opt-out of receiving marketing communications from CB. Direct marketing includes any communications to you that are only based on advertising or promoting our products and services. We will only contact you by electronic means (email or SMS) based on our legitimate interests, as permitted by applicable law, or your consent. If you do not want us to send you marketing communications, please go to your account settings to opt-out or submit a request via our Support Portal.
  - For users in the European Economic Area, the United Kingdom and Switzerland: To the extent we can rely on legitimate interest under the applicable law, we will only send you information about our Services that are similar to those which were the subject of a

previous sale or negotiations of a sale to you. We will contact you by electronic means for marketing purposes only if you have consented to such communication. You may raise such objections with regard to initial or further processing for purposes of direct marketing, at any time and free of charge.

**How to make a privacy request**

You can make privacy rights requests relating to your personal information by going to your Privacy Rights Dashboard or, if you cannot access the Dashboard, by contacting us via our Support Portal. Our Privacy Rights Dashboard also allows you to set your communication preferences and make individual rights requests relating to your personal information. We strongly encourage you to make any individual rights requests through the Privacy Rights Dashboard because it ensures that you have been authenticated already (based on the KYC information you have provided to open your account and by providing the necessary login credentials and multi-factor authentication to access the account). Otherwise, when we receive an individual rights request via other intake methods, we may take steps to verify your identity before complying with the request to protect your privacy and security.

**How to lodge a complaint**

If you believe that we have infringed your rights, we encourage you to first submit a request via our Support Portal so that we can try to resolve the issue or dispute informally. If that does not resolve your issue, you may contact the CB Data Protection Officer at dpo@coinbase.com.

If you reside in the EU, you can file a complaint with the International Centre for Dispute Resolution by phone at +1.212.484.4181, or by visiting the website http://info.adr.org/safeharbor, or your relevant data protection authority.

In the UK, the relevant data protection authority is Information Commissioner's Office, Wycliffe House, Water Lane, Wilmslow, Cheshire, SK9 5AF, 0303 123 1113, casework@ico.org.uk.

In Ireland, the relevant data protection authority is the Data Protection Commission, Canal House, Station Road, Portarlington, R32 AP23 Co. Laois; phone: +353 (0761) 104 800; LoCall: 1890 25 22 31; Fax: +353 57 868 4757; email: info@dataprotection.ie

## 15. CALIFORNIA PRIVACY RIGHTS

In addition to the rights provided for above, if you are a California resident, you have the right to request information from us regarding whether we share certain categories of your personal information with third parties for the third parties' direct marketing purposes. To the extent we share you personal information in this way, you may receive the following information:

- the categories of information we disclosed to third parties for the third parties' direct marketing purposes during the preceding calendar year; and
-  the names and addresses of third parties that received such information, or if the nature of their business cannot be determined from the name, then examples of the products or services marketed.

Pursuant to the California Consumer Privacy Act of 2018 ("CCPA"), California residents have certain rights in relation to their personal information, subject to limited exceptions. Any terms defined in the CCPA have the same meaning when used in this California Privacy Rights section. This section describes the categories of personal information CB has collected, the categories of personal information CB has disclosed, and a description of California residents' rights.

**Categories of Personal Information Collected**
The chart below described the categories of personal information CB has collected in the preceding 12 months, the sources and purpose of such collection, and the parties to whom the information was shared for business purposes.

| Personal Information Category (corresponds to categories in CCPA §1798.140(o)(1)) | Sources of Personal Information and Why We Collect this Information (see Section 5 above for more information) | Disclosure of Personal Information (see "Why We Share Personal Information With Other Parties" heading above for more information) |
|---|---|---|
| (A) Identifiers such as Personal Identification Information | Information you provide us; Information collected from third parties; Why we collect this information: see Section 5, subsections 1, 2, 3, 4, 5, 6, 8, 9, 11, and 12 | - Third party identity verification services - Financial institutions - Service providers - Professional advisors - our Affiliates |
| (B) Customer records such as signature | Information you provide us; Information collected from third parties; Why we collect this information: see Section 5, subsections 1, 2, 5, 6, and 11 | - Third party identity verification services - Financial institutions - Service providers |

**Categories of Personal Information Collected**

The chart below described the categories of personal information CB has collected in the preceding 12 months, the sources and purpose of such collection, and the parties to whom the information was shared for business purposes.

| Personal Information Category (corresponds to categories in CCPA §1798.140(o)(1)) | Sources of Personal Information and Why We Collect this Information (see Section 5 above for more information) | Disclosure of Personal Information (see "Why We Share Personal Information With Other Parties" heading above for more information) |
|---|---|---|
| (C) Protected classifications under California and federal law, including gender, age and citizenship | Information you provide us; Information collected from third parties; Why we collect this information: see Section 5, subsection 1 | - Third party identity verification services - Professional advisors |
| (D) Commercial information such as records of services purchased, obtained, or considered | Information you provide us; Information we collect from you automatically; Information collected from third parties; Why we collect this information: see Section 5, subsections 3, 4, 5, 6, 8, 9, 10, 11 and 12 | - Third party identity verification services - Financial institutions - Service providers - Professional advisors - our Affiliates |
| (E) Biometric information | Information you provide us; Why we collect this information: see Section 5, subsection 1 | - Third party identity verification services - Financial institutions |
| (F) Usage Data | Information we collect from you automatically; Why we collect this information: see Section 5, subsections 2, 3, 4, 6, 7, 8, 9, 10, and 12 | - Third party identity verification services - Service providers - Professional advisors - our Affiliates |

## Categories of Personal Information Collected

The chart below described the categories of personal information CB has collected in the preceding 12 months, the sources and purpose of such collection, and the parties to whom the information was shared for business purposes.

| Personal Information Category (corresponds to categories in CCPA §1798.140(o)(1)) | Sources of Personal Information and Why We Collect this Information (see Section 5 above for more information) | Disclosure of Personal Information (see "Why We Share Personal Information With Other Parties" heading above for more information) |
|---|---|---|
| (G) Online Identifiers | Information we collect from you automatically; Why we collect this information: see Section 5, subsections 1, 3, 9 and 12 | - Third party identity verification services - Service Providers |
| (H) Sensory data, such audio, electronic, visual information | Information you provide to us; Why we collect this information: see Section 5, subsections 3, 4, 5 and 7 | Not applicable |
| (I) Professional or employment-related information | Information you provide us; Information collected from third parties; Why we collect this information: see Section 5, subsections 1, 12 | - Third party identity verification services - Service providers - our Affiliates |
| (J) Inferences about preferences, characteristics, predispositions, etc. | Information you provide us; Information we collect from you automatically; Why we collect this information: see Section 5, subsections 9, 10, 12 | - Service providers - Professional advisors - our Affiliates |

## California Residents' Rights

Under the CCPA, you may have the following consumer rights. Please note that these rights are not absolute and in certain cases are subject to conditions or limitations as specified in the CCPA:

- For personal information collected by us during the preceding 12 months preceding your request that is not otherwise subject to an exception, California residents have the right to access and delete their personal information. CB will not discriminate against those who exercise their rights. Specifically, if you exercise your rights, we will not deny you services, charge you different prices for services or provide you a different level or quality of services.
- To the extent we sell your personal information to third parties, you also have the right to request that we disclose to you: (i) the categories of your personal information that we sold, and (ii) the categories of third parties to whom your personal information was sold. You have the right to direct us not to sell your personal information. CB does not sell your personal information in its ordinary course of business and will never sell your personal information to third parties without your explicit consent.

Should CB engage in any of the activities listed in this section, your ability to exercise these rights will be made available to you in your account settings. You can exercise your rights by going to your Privacy Rights Dashboard or contacting us via our Support Portal so that we may consider your request.

We will need to verify your identity before processing your request. In order to verify your identity, we will generally either require the successful login to your account or the matching of sufficient information you provide us to the information we maintain about you in our systems. Although we try to limit the personal information collected in connection with a request to exercise your rights, certain requests may require us to obtain additional personal information from you. In certain circumstances, we may decline a request to exercise the right to know and right to deletion, particularly where we are unable to verify your identity.

If you are a California resident, you may designate an authorized agent to make a request to access or a request to delete on your behalf. To do so, you must: (1) provide that authorized agent written and signed permission to submit such a request; and (2) verify your own identity directly with us. Please note, we may deny a request from an authorized agent that does not submit proof that they have been authorized by you to act on your behalf. We will respond to your authorized agent's request if they submit proof that they are registered with the California Secretary of State to be able to act on your behalf, or submit evidence you have provided them with power of attorney pursuant to California Probate Code section 4121 to 4130. We may deny requests from authorized agents who do not submit proof that they have been authorized by you to act on their behalf, or are unable to verify their identity.

**Do Not Track**

Some Internet browsers - like Internet Explorer, Firefox, and Safari - include the ability to transmit "Do Not Track" or "DNT" signals. Since uniform standards for "DNT" signals have not been adopted, we do not currently process or respond to "DNT" signals.

## 16. HOW TO CONTACT US

If you have questions or concerns regarding this Privacy Policy, or if you have a complaint, please contact us on our Support page, at dpo@coinbase.com, or by writing to us at the address of your operating entity (provided above).

# EXHIBIT C

# COINBASE USER AGREEMENT

This is a contract between you and Coinbase, Inc. ("Coinbase"). By signing up to use an account through coinbase.com or gdax.com, or any associated websites, APIs, or mobile applications (collectively the "Coinbase Site"), you agree that you have read, understood, and accept all of the terms and conditions contained in this Agreement, as well as our [Privacy Policy](https://www.coinbase.com/legal/privacy) and E-Sign Consent.

_Last updated: July 29, 2016_

# PART 1: GENERAL USE

## 1. Basic Coinbase Services.

**1.1. Eligibility.** To be eligible to use the Coinbase Services, you must be at least 13 years old. In order to link a funding method or to purchase or sell digital currency, you must be at least 18 years old (or the applicable age of majority and contractual capacity). If you are under the age of 18 and you wish to engage in digital currency purchase or sale activity, please contact us at [support@coinbase.com](mailto:support@coinbase.com).

**1.2. Coinbase Services**. Your Coinbase account ("Coinbase Account") encompasses the following basic Coinbase services: One or more hosted Digital Currency wallets that allow users to store decentralized digital currency, like Bitcoin or Ethereum ("Digital Currency"), and to track, transfer, and manage their Digital Currencies (the "Hosted Digital Currency Wallet"); Digital Currency conversion services through which users can buy and sell Digital Currencies in transactions with Coinbase (the "Conversion Services"); and a U.S. Dollar account for use in connection with other Coinbase Services (a "USD Wallet" or "Currency Wallet") and for eligible users, a Digital Currency exchange platform ("GDAX") (collectively the "Coinbase Services"). **The risk of loss in trading or holding Digital Currency can be substantial. You should therefore carefully consider whether trading or holding Digital Currency is suitable for you in light of your financial condition.**

## 2. Creating a Coinbase Account.

**2.1. Registration of Coinbase Account.**  In order to use any of the Coinbase Services, you must first register by providing your name, an e-mail address, password, and affirming your acceptance of this Agreement. Coinbase may, in our sole discretion, refuse to allow you to establish a Coinbase Account, or limit the number of Coinbase Accounts that a single user may establish and maintain at any time.

**2.2. Identity Verification.**  In order to use certain features of the Coinbase Services, including certain transfers of digital and/or local currency, you may be required to provide Coinbase with certain personal information, including, but not limited to, your name, address, telephone

COINBASE_SPILKER_000214

number, e-mail address, date of birth, taxpayer identification number, government identification number, and information regarding your bank account (e.g., financial institution, account type, routing number, and account number). In submitting this or any other personal information as may be required, you verify that the information is accurate and authentic, and you agree to update Coinbase if any information changes. **You hereby authorize Coinbase to, directly or through third parties make any inquiries we consider necessary to verify your identity and/or protect against fraud, including to query identity information contained in public reports (e.g., your name, address, past addresses, or date of birth), to query account information associated with your linked bank account (e.g., name or account balance), and to take action we reasonably deem necessary based on the results of such inquiries and reports. You further authorize any and all third parties to which such inquiries or requests may be directed to fully respond to such inquiries or requests.**

## 3. Hosted Digital Currency Wallet.

**3.1. In General****.** The Hosted Digital Currency Wallet services allow you to send Digital Currency to, and request, receive, and store Digital Currency from, third parties pursuant to instructions you provide through the Coinbase Site (each such transaction is a "Digital Currency Transaction").**Coinbase reserves the right to refuse to process or to cancel any pending Digital Currency Transaction as required by law or in response to a subpoena, court order, or other binding government order or to enforce transaction limits. Coinbase cannot reverse a Digital Currency Transaction which has been broadcast to a Digital Currency network.**

**3.2. Digital Currency Transactions.**  Coinbase processes Digital Currency according to the instructions received from its users and we do not guarantee the identity of any user, receiver, requestee or other party. You should verify all transaction information prior to submitting instructions to Coinbase. In the event you initiate a Digital Currency Transaction by entering the recipient's email address and the recipient does not have an existing Coinbase Account, Coinbase will email the recipient and invite them to open a Coinbase Account. If the designated recipient does not open a Coinbase Account within 30 days, Coinbase will return the Digital Currency associated with the transaction to your Coinbase Account. Once submitted to a Digital Currency network, a Digital Currency Transaction will be unconfirmed for a period of time pending sufficient confirmation of the transaction by the Digital Currency network. A transaction is not complete while it is in a pending state. Funds associated with transactions that are in a pending state will be designated accordingly, and will not be included in your Coinbase Account balance or be available to conduct transactions.

**3.3. Digital Currency Storage & Transmission Delays.** Coinbase securely stores all Digital Currency in our control in a combination of online and offline storage. As a result, it may be necessary for Coinbase to retrieve certain information from offline storage in order to facilitate a Digital Currency Transaction in accordance with your instructions, which may delay the initiation or crediting of such Digital Currency Transaction for 48 hours or more. You acknowledge and agree that a Digital Currency Transaction facilitated by Coinbase may be delayed.

**3.4. Third Party Payments.** Coinbase has no control over, or liability for, the delivery, quality, safety, legality or any other aspect of any goods or services that you may purchase or sell to or from a third party (including other users of Coinbase Services). Coinbase is not responsible for ensuring that a buyer or a seller you may transact with will actually complete the transaction or is authorized to do so. If you experience a problem with any goods or services purchased from, or sold to, a third party in connection with Digital Currency transferred using the Coinbase Services, or if you have a dispute with such third party, you must resolve the dispute directly with that third party. If you believe a third party has behaved in a fraudulent, misleading, or inappropriate manner, or if you cannot adequately resolve a dispute with a third party, you may notify Coinbase Support at  [support@coinbase.com](mailto:support@coinbase.com) so that we may consider what action to take, if any.

**3.5. Coinbase Vault**. You may elect to use the Coinbase Vault to store qualifying Digital Currency. The Coinbase Vault allows users to set withdrawal time-delays and/or to require the electronic approval of multiple individuals designated by the user before transfers may be completed. Coinbase also offers an advanced Vault which allows users the option to view, control, and distribute private keys of associated Digital Currency to multiple third parties whose majority approval will be required to transfer associated Digital Currency (the "Multisig Vault"). **Coinbase cannot restore encrypted private keys or otherwise recover private keys which are not within Coinbase's control. If you use the Multisig Vault you acknowledge that Coinbase is not responsible for transferring, safeguarding, or maintaining private keys and/or Digital Currency associated with the Vault.** If you and/or co-signing authorities lose, mishandle, or have stolen associated Digital Currency private keys, or if your cosigners refuse to provide requisite authority, you acknowledge that you may not be able to recover associated Digital Currency, and that Coinbase is not responsible for such loss.

**3.6. Customized Coinbase Payment Page.**  In some cases, you may establish a customizable payment page ("Payment Page") which will allow others to easily send Digital Currency to your Coinbase Account. You may establish and customize your Payment Page through your Coinbase Account settings, which will allow you to establish a user handle and associated Payments Page URL, upload a photo, and provide a short description. In establishing your Payment Page and uploading or adding any text, photo, or other material, you agree that you will not (_i_) post misleading materials or misappropriate the identity of another person or entity, (_ii_) post any copyrighted material which you are not authorized to post, or (_iii_) post any profane, unlawful, or offensive materials. Coinbase, in its sole discretion, may disable your Payment Page and take other action in accordance with this Agreement if we believe you are in violation of the foregoing or abusing this service. Coinbase may reclaim user handles associated with dormant Coinbase Accounts. Coinbase does not guarantee or endorse the purported identity, message, or other information posted by a user to the user's Payment Page.

**3.7 Advanced Protocols**. We do not currently support metacoins, colored coins, DAO tokens,

COINBASE_SPILKER_000216

reputation tokens, other tokens or any advanced protocol which supplements or interacts with any Digital Currency Protocol. Coinbase does not detect whether transactions associated with your Coinbase Account involve any such use. Do not use your Coinbase Account or GDAX account to effect any instruction or transfer involving an advanced protocol. Coinbase is not responsible for any loss which may result from such use nor is it responsible for allocation or transfer of any gain associated with such use.

## 4. Conversion Services.

**4.1. In General.**  Eligible users in certain jurisdictions may buy or sell Digital Currency through the Conversion Services. The Conversion Services are subject to the Coinbase "Conversion Rate" for the given transaction. "Conversion Rate" means the price of a given Digital Currency amount in terms of local currency or other Digital Currency as quoted on the Coinbase Site. The Conversion Rate is stated either as a "Buy Price" or as a "Sell Price," which is the price in terms of local currency or Digital Currency at which you may buy or sell Digital Currency to Coinbase. You acknowledge that the quoted Buy Price Conversion Rate may not be the same as the Sell Price Conversion Rate at any given time, and that Coinbase may add a margin or "spread" to the quoted Conversion Rate. You agree, as a condition of using any Coinbase Conversion Services, to accept the Conversion Rate as the sole conversion metric. Coinbase reserves the right to delay any Conversion Service transaction if it perceives a risk of fraud or illegal activity. Coinbase does not guarantee the availability of its Conversion Service, and the act of purchasing Digital Currency from Coinbase does not result in a guarantee that you may sell your Digital Currency to Coinbase.

**4.2. Purchase Transactions.**  After successfully completing the [Verification Procedures](https://www.coinbase.com/legal/user_agreement#appendix-2:-verification-procedures-and-limits), you may purchase Digital Currency by linking a valid payment method. You authorize Coinbase to initiate debits from your selected payment method(s) in settlement of purchase transactions. A Conversion Service Fee (defined below) applies to all purchase transactions. Although Coinbase will attempt to deliver Digital Currency to you as promptly as possible, funds may be debited from your selected payment method before Digital Currency is delivered to your Coinbase Account. We will make best efforts to fulfill all transactions, but in the rare circumstance where Coinbase cannot fulfill your purchase order, we will notify you and seek your approval to fulfill the purchase order at the contemporaneous Buy Price Conversion Rate. To secure the performance of your obligations under this Agreement, you grant to Coinbase a lien on and security interest in and to the balances in your account.

**4.3. Sale Transactions.**  After successfully completing the  [Verification Procedures](https://www.coinbase.com/legal/user_agreement#appendix-2:-verification-procedures-and-limits), you may sell Digital Currency by linking a valid payment method. You authorize Coinbase to debit your Coinbase Account(s) and initiate payments to your selected payment method(s) in settlement of sell transactions. An applicable Conversion Fee (defined below) applies to all sale transactions. Your receipt of funds will depend on the payment type, and may

take up to three or more business days.

**4.4. Service Fees.**  Each Conversion Service transaction is subject to a fee (a "Service Fee," also referred to as a "Conversion Fee"). The applicable Service Fee is displayed to you on the Coinbase Site prior to you completing a Conversion Service transaction. Unless otherwise stated at the time of the transaction, the Standard Conversion Service Fee is calculated as 3.99% of the local currency (e.g., USD) to be converted. Service Fees and Conversion Service transactions may depend on the following factors:

- Coinbase will not process a conversion transaction if the Service Fee exceeds the value of your transaction.
- Payments using other methods not described below, such as wire (if permitted), are subject to different transaction fees disclosed to you before you authorize the transaction.
- Coinbase may waive some portion of the Standard Service Fee depending on the payment method you select. The availability of each Payment Method depends on a number of factors, including but not limited to your location, the identification information you have provided to us, and limitations imposed by third party payment processors. Payment methods and Service Fee waivers which may be available to you are as follows:

| **Payment Method** | **Portion of Standard Service Fee Waived** | **Effective Rate of Service Fee** |
| --- | --- | --- |
| U.S. Bank Account (ACH) | 2.5%, subject to $0.15 minimum | 1.49% subject to $0.15 minimum |
| Coinbase USD Wallet | 1.5% | 1.49% |
| Digital Currency Wallet | 2.5% | 1.49% |
| Debit or Credit Card | -- | 3.99% |
| PayPal (sales only) | -- | 3.99% |

Coinbase reserves the right to adjust its Service Fees and any applicable waivers. We will always notify you of the Service Fee which applies to your transaction, both at the time of the transaction and in each receipt we issue to you.

**4.5. Reversals; Cancellations.** You cannot cancel, reverse, or change any transaction marked as complete or pending. If your payment is not successful or if your payment method has insufficient funds, you authorize Coinbase, in its sole discretion, either to cancel the transaction or to debit your other payment methods, including Coinbase balances or other linked accounts, in any amount necessary to complete the transaction. You are responsible for maintaining an adequate balance and/or sufficient credit limits in order to avoid overdraft, NSF, or similar fees charged by your payment provider. Coinbase reserves the right to refuse to process, or to cancel or reverse, any purchases or sales of Digital Currency in its sole discretion, even after funds have been debited from your account(s), if Coinbase suspects the transaction involves (or has a high risk of involvement in) money laundering, terrorist financing,

COINBASE_SPILKER_000218

fraud, or any other type of financial crime; in response to a subpoena, court order, or other government order; or if Coinbase suspects the transaction relates to Prohibited Use or a Prohibited Business as set forth below. In such instances, Coinbase will reverse the transaction and we are under no obligation to allow you to reinstate a purchase or sale order at the same price or on the same terms as the cancelled transaction.

**4.6. Recurring Transactions.**  If you initiate recurring Conversion Service transactions, you authorize Coinbase to initiate recurring electronic payments in accordance with your selected Conversion Service and any corresponding payment accounts, such as recurring automated clearing house (ACH) debit or credit entries from or to your linked bank account. Your recurring transactions will occur in identical, periodic installments, based on your period selection (e.g., daily, weekly, monthly), until either you or Coinbase cancels the recurring order. If you select a U.S. Bank Account as your payment method for a recurring transaction, and such transaction falls on a weekend or holiday, or after bank business hours, the ACH credit or debit will be executed on the next business day, although the Digital Currency Conversion Rate at the time of the regularly-scheduled transaction will apply. If your Bank is unable to process any electronic ACH debit entry, Coinbase will notify you of cancellation of the transaction and may avail itself of remedies set forth in this User Agreement to recover any amount owed to Coinbase. This authorization will remain in full force and effect until you change your recurring transaction settings at [https://www.coinbase.com/recurring\_payments](https://www.coinbase.com/recurring_payments), or until you provide us written notification at [support@coinbase.com](mailto:support@coinbase.com). You agree to notify Coinbase in writing of any changes in your linked bank account information prior to a recurring transaction. Coinbase may, at any time, terminate recurring transactions by providing notice to you.

**4.7. Payment Services Partners.** Coinbase may use a third party payment processor to process any US Dollar payment between you and Coinbase, including but not limited to payments in relation to your use of the Conversion Service or deposits or withdrawals from your USD Wallet or GDAX Account. Without limiting the foregoing, Coinbase may engage Synapse Payments, LLC ("SynapsePay") to perform any of the above payment functions, in which case you agree to be bound by the SynapsePay Terms of Service, available at [https://synapsepay.com/legal](https://synapsepay.com/legal). Coinbase is not directly supported, endorsed, or certified by SynapsePay. SynapsePay gives no warranties and makes no claims about Coinbase.

## 5. USD Wallet.

**5.1. USD Wallets**. Certain approved users may establish and fund a U.S. Dollar balance ("USD Wallet") to facilitate transactions on the Coinbase or GDAX platforms. You are the owner of the balance of your USD Wallet. Coinbase holds your USD balance in dedicated custodial accounts with a financial institution.

COINBASE_SPILKER_000219

**5.2. Deposits and Withdrawals**. You may initiate a transfer from your linked bank account to fund your USD Wallet. Coinbase will not charge a fee for you to transfer funds to or from Coinbase, but bank transfer fees may apply. Funds sent via bank wire (if permitted by Coinbase) are subject to additional wire fees. For deposits, Coinbase will credit your USD Wallet a corresponding amount of dollars after funds are delivered to Coinbase, typically within two to three business days after you authorize a deposit. For withdrawals, Coinbase will immediately debit your USD Wallet when you authorize a withdrawal and funds will typically settle to you within two to three business days. Bank fees are netted out of transfers to or from Coinbase. We will not process a transfer if associated bank fees exceed the value of the transfer.

## 6. General Use, Prohibited Use, and Termination.

**6.1. Limited License.**  We grant you a limited, nonexclusive, nontransferable license, subject to the terms of this Agreement, to access and use the Coinbase Site, and related content, materials, information (collectively, the "Content") solely for approved purposes as permitted by Coinbase from time to time. Any other use of the Coinbase Site or Content is expressly prohibited and all other right, title, and interest in the Coinbase Site or Content is exclusively the property of Coinbase and its licensors. You agree you will not copy, transmit, distribute, sell, license, reverse engineer, modify, publish, or participate in the transfer or sale of, create derivative works from, or in any other way exploit any of the Content, in whole or in part. "Coinbase.com", "Coinbase", "GDAX", "gdax.com" and all logos related to the Coinbase Services or displayed on the Coinbase Site are either trademarks or registered marks of Coinbase or its licensors. You may not copy, imitate or use them without Coinbase's prior written consent.

**6.2. Website Accuracy.**  Although we intend to provide accurate and timely information on the Coinbase Site, the Coinbase Site (including, without limitation, the Content) may not always be entirely accurate, complete or current and may also include technical inaccuracies or typographical errors. In an effort to continue to provide you with as complete and accurate information as possible, information may be changed or updated from time to time without notice, including without limitation information regarding our policies, products and services. Accordingly, you should verify all information before relying on it, and all decisions based on information contained on the Coinbase Site are your sole responsibility and we shall have no liability for such decisions. Links to third-party materials (including without limitation websites) may be provided as a convenience but are not controlled by us. You acknowledge and agree that we are not responsible for any aspect of the information, content, or services contained in any third-party materials or on any third party sites accessible or linked to the Coinbase Site,

**6.3. Third-Party Applications.**  If, to the extent permitted by Coinbase from time to time, you grant express permission to a third party to access or connect to your Coinbase Account, either through the third party's product or service or through the Coinbase Site, you acknowledge that granting permission to a third party to take specific actions on your behalf does not relieve you of any of your responsibilities under this Agreement. You are fully responsible for all acts or

COINBASE_SPILKER_000220

omissions of any third party with access to your Coinbase Account.  Further, you acknowledge and agree that you will not hold Coinbase responsible for, and will indemnify Coinbase from, any liability arising out of or related to any act or omission of any third party with access to your Coinbase Account. You may change or remove permissions granted by you to third parties with respect to your Coinbase Account at any time through the Account Settings (Integrations) page on the Coinbase Site.

**6.4. Prohibited Use.**  In connection with your use of the Coinbase Services, and your interactions with other users, and third parties you agree and represent you will not engage in any  [Prohibited Business or Prohibited Use](https://www.coinbase.com/legal/user_agreement#appendix-1:-prohibited-businesses-and-prohibited-use) defined herein. We reserve the right at all times to monitor, review, retain and/or disclose any information as necessary to satisfy any applicable law, regulation, sanctions programs, legal process or governmental request. We reserve the right to cancel and/or suspend your Coinbase Account and/or block transactions or freeze funds immediately and without notice if we determine, in our sole discretion, that your Account is associated with a Prohibited Use and/or a Prohibited Business.

**6.5. Transactions Limits** The use of all Coinbase Services is subject to a limit on the amount of volume, stated in U.S. Dollar terms, you may transact or transfer in a given period (e.g., daily). To view your limits, login to your Coinbase Account and visit [https://www.coinbase.com/verifications](https://www.coinbase.com/verifications). Your transaction limits may vary depending on your payment method, verification steps you have completed, and other factors. Coinbase reserves the right to change applicable limits as we deem necessary in our sole discretion. If you wish to raise your limits beyond the posted amounts, you may submit a request to [support@coinbase.com](mailto:support@coinbase.com). We may require you to submit additional information about yourself or your business, provide records, and arrange for meetings with Coinbase staff (such process, "Enhanced Due Diligence"). Coinbase reserves the right to charge you costs and fees associated with Enhanced Due Diligence, provided that we notify you in advance of any such charges accruing. In our sole discretion, we may refuse to raise your limits or we may lower your limits at a subsequent time even if you have completed Enhanced Due Diligence.

**6.6. Suspension, Termination, and Cancellation.**  Coinbase may: (a) suspend, restrict, or terminate your access to any or all of the Coinbase Services, and/or (b) deactivate or cancel your Coinbase Account if:

- We are so required by a facially valid subpoena, court order, or binding order of a government authority; _or_
- We reasonably suspect you of using your Coinbase Account in connection with a  [Prohibited Use or Business](https://www.coinbase.com/legal/user_agreement#appendix-1:-prohibited-businesses-

and-prohibited-use); _or_

- Use of your Coinbase Account is subject to any pending litigation, investigation, or government proceeding and/or we perceive a heightened risk of legal or regulatory non-compliance associated with your Account activity; _or_
- Our service partners are unable to support your use; _or_
- You take any action that Coinbase deems as circumventing Coinbase's controls, including, but not limited to, opening multiple Coinbase Accounts or abusing promotions which Coinbase may offer from time to time.

If Coinbase suspends or closes your account, or terminates your use of Coinbase Services for any reason, we will provide you with notice of our actions unless a court order or other legal process prohibits Coinbase from providing you with such notice. You acknowledge that Coinbase's decision to take certain actions, including limiting access to, suspending, or closing your account, may be based on confidential criteria that are essential to Coinbase's risk management and security protocols. You agree that Coinbase is under no obligation to disclose the details of its risk management and security procedures to you.

You will be permitted to transfer Digital Currency or funds associated with your Hosted Digital Currency Wallet(s) and/or your USD Wallet(s) for ninety (90) days after Account deactivation or cancellation unless such transfer is otherwise prohibited (_i_) under the law, including but not limited to applicable sanctions programs, or (_ii_) by a facially valid subpoena or court order. You may cancel your Coinbase Account at any time by withdrawing all balances and visiting [https://www.coinbase.com/settings/cancel](https://www.coinbase.com/settings/cancel). You will not be charged for canceling your Coinbase Account, although you will be required to pay any outstanding amounts owed to Coinbase. You authorize us to cancel or suspend any pending transactions at the time of cancellation.

**6.7. Relationship of the Parties.**  Coinbase is an independent contractor for all purposes. Nothing in this Agreement shall be deemed or is intended to be deemed, nor shall it cause, you and Coinbase to be treated as partners, joint ventures, or otherwise as joint associates for profit, or either you or Coinbase to be treated as the agent of the other.

**6.8. Privacy of Others;**  **Marketing**. If you receive information about another user through the Coinbase Services, you must keep the information confidential and only use it in connection with the Coinbase Services. You may not disclose or distribute a user's information to a third party or use the information except as reasonably necessary to effectuate a transaction and other functions reasonably incidental thereto such as support, reconciliation and accounting unless you receive the user's express consent to do so. You may not send unsolicited email to a user through the Coinbase Services.

**6.9. Password Security; Contact Information.**  You are responsible for maintaining adequate security and control of any and all IDs, passwords, hints, personal identification numbers (PINs), API keys or any other codes that you use to access the Coinbase Services. Any loss or

compromise of the foregoing information and/or your personal information may result in unauthorized access to your Coinbase Account by third-parties and the loss or theft of any Digital Currency and/or funds held in your Coinbase Account and any associated accounts, including your linked bank account(s) and credit card(s). You are responsible for keeping your email address and telephone number up to date in your Account Profile in order to receive any notices or alerts that we may send you. **We assume no responsibility for any loss that you may sustain due to compromise of account login credentials due to no fault of Coinbase and/or failure to follow or act on any notices or alerts that we may send to you**. In the event you believe your Coinbase Account information has been compromised, contact Coinbase Support immediately at [support@coinbase.com](mailto:support@coinbase.com), or report your claim by phone at (800) 343-5845.

**6.10. Taxes.**  It is your sole responsibility to determine whether, and to what extent, any taxes apply to any transactions you conduct through the Coinbase Services, and to withhold, collect, report and remit the correct amounts of taxes to the appropriate tax authorities. Your transaction history is available through your Coinbase Account.

**6.11. Unclaimed Property**. If Coinbase is holding funds in your account, and Coinbase is unable to contact you and has no record of your use of the Services for several years, applicable law may require Coinbase to report these funds as unclaimed property to the applicable jurisdiction. If this occurs, Coinbase will try to locate you at the address shown in our records, but if Coinbase is unable to locate you, it may be required to deliver any such funds to the applicable state or jurisdiction as unclaimed property. Coinbase reserves the right to deduct a dormancy fee or other administrative charges from such unclaimed funds, as permitted by applicable law.

## 7. Customer Feedback, Queries, Complaints, and Dispute Resolution

**7.1. Contact Coinbase.**  If you have any feedback, questions, or complaints, contact us via our Customer Support webpage at [https://support.coinbase.com](https://support.coinbase.com/) or write to us at Coinbase Customer Support, 548 Market Street, #23008, San Francisco, CA 94104, USA. When you contact us please provide us with your name, address, and any other information we may need to identify you, your Coinbase Account, and the transaction on which you have feedback, questions, or complaints. If you believe your account has been compromised, you may also report your claim by calling (800) 343-5845.

**7.2. Arbitration; Waiver of Class Action.**  If you have a dispute with Coinbase, we will attempt to resolve any such disputes through our support team. **If we cannot resolve the dispute through our support team, you and we agree that any dispute arising under this Agreement shall be finally settled in binding arbitration, on an individual basis, in accordance with the American Arbitration Association's rules for arbitration of consumer-related disputes (accessible at https://www.adr.org/aaa/faces/rules) and you and Coinbase hereby expressly waive trial by jury

and right to participate in a class action lawsuit or class-wide arbitration**. The arbitration will be conducted by a single, neutral arbitrator and shall take place in the county or parish in which you reside, or another mutually agreeable location, in the English language. The arbitrator may award any relief that a court of competent jurisdiction could award, including attorneys' fees when authorized by law, and the arbitral decision may be enforced in any court. At your request, hearings may be conducted in person or by telephone and the arbitrator may provide for submitting and determining motions on briefs, without oral hearings. The prevailing party in any action or proceeding to enforce this agreement shall be entitled to costs and attorneys' fees.

If the arbitrator(s) or arbitration administrator would impose filing fees or other administrative costs on you, we will reimburse you, upon request, to the extent such fees or costs would exceed those that you would otherwise have to pay if you were proceeding instead in a court. We will also pay additional fees or costs if required to do so by the arbitration administrator's rules or applicable law. Apart from the foregoing, each Party will be responsible for any other fees or costs, such as attorney fees that the Party may incur. If a court decides that any provision of this section 8.2 is invalid or unenforceable, that provision shall be severed and the other parts of this section 8.2 shall still apply. In any case, the remainder of this User Agreement, will continue to apply.

## 8. General Provisions.

**8.1. Computer Viruses.**  We shall not bear any liability, whatsoever, for any damage or interruptions caused by any computer viruses, spyware, scareware, Trojan horses, worms or other malware that may affect your computer or other equipment, or any phishing, spoofing or other attack. We advise the regular use of a reputable and readily available virus screening and prevention software. You should also be aware that SMS and email services are vulnerable to spoofing and phishing attacks and should use care in reviewing messages purporting to originate from Coinbase. Always log into your Coinbase Account through the Coinbase Site to review any transactions or required actions if you have any uncertainty regarding the authenticity of any communication or notice.

**8.2. Release of Coinbase; Indemnification.**  If you have a dispute with one or more users of the Coinbase services, you release Coinbase, its affiliates and service providers, and each of their respective officers, directors, agents, joint venturers, employees and representatives from any and all claims, demands and damages (actual and consequential) of every kind and nature arising out of or in any way connected with such disputes. You agree to indemnify and hold Coinbase, its affiliates and Service Providers, and each of its or their respective officers, directors, agents, joint venturers, employees and representatives, harmless from any claim or demand (including attorneys' fees and any fines, fees or penalties imposed by any regulatory authority) arising out of or related to (i) your breach of this Agreement, (ii) your use of Coinbase Services, including the Developer's Tools, or (iii) your violation of any law, rule or regulation, or the rights of any third party.

COINBASE_SPILKER_000224

**8.3. Limitation of Liability; No Warranty.** IN NO EVENT SHALL COINBASE, ITS AFFILIATES AND SERVICE PROVIDERS, OR ANY OF THEIR RESPECTIVE OFFICERS, DIRECTORS, AGENTS, JOINT VENTURERS, EMPLOYEES OR REPRESENTATIVES, BE LIABLE FOR LOST PROFITS OR ANY SPECIAL, INCIDENTAL, INTANGIBLE, OR CONSEQUENTIAL DAMAGES, WHETHER BASED IN CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY, OR OTHERWISE, ARISING OUT OF OR IN CONNECTION WITH AUTHORIZED OR UNAUTHORIZED USE OF THE COINBASE SITE OR THE COINBASE SERVICES, OR THIS AGREEMENT. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

THE COINBASE SERVICES ARE PROVIDED "AS IS" AND "AS AVAILABLE" BASIS WITHOUT ANY REPRESENTATION OR WARRANTY, WHETHER EXPRESS, IMPLIED OR STATUTORY. COINBASE SPECIFICALLY DISCLAIMS ANY IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND/OR NON-INFRINGEMENT. COINBASE DOES NOT MAKE ANY REPRESENTATIONS OR WARRANTIES THAT ACCESS TO THE SITE, ANY PART OF THE COINBASE SERVICES, OR ANY OF THE MATERIALS CONTAINED THEREIN, WILL BE CONTINUOUS, UNINTERRUPTED, TIMELY, OR ERROR-FREE.

Coinbase makes no representations about the accuracy or completeness of historical Digital Currency price data available on the Site. Coinbase will make reasonable efforts to ensure that requests for electronic debits and credits involving bank accounts, credit cards, and check issuances are processed in a timely manner but Coinbase makes no representations or warranties regarding the amount of time needed to complete processing which is dependent upon many factors outside of our control.

**8.4. Entire Agreement.** This Agreement, the Privacy Policy, E-Sign Consent, and Appendices incorporated by reference herein comprise the entire understanding and agreement between you and Coinbase as to the subject matter hereof, and supersedes any and all prior discussions, agreements and understandings of any kind (including without limitation any prior versions of this Agreement), and every nature between and among you and Coinbase. Section headings in this Agreement are for convenience only, and shall not govern the meaning or interpretation of any provision of this Agreement.

**8.5. Amendments**. We may amend or modify this Agreement by posting on the Coinbase Site or emailing to you the revised Agreement, and the revised Agreement shall be effective at such time. If you do not agree with any such modification, your sole and exclusive remedy is to terminate your use of the Services and close your account. You agree that we shall not be liable to you or any third party for any modification or termination of the Coinbase Services, or suspension or termination of your access to the Coinbase Services, except to the extent otherwise expressly set forth herein. If the revised Agreement includes a material change, we will endeavor to provide you advanced notice via our website and/or email before the material

COINBASE_SPILKER_000225

change becomes effective.

**8.6. Assignment.**  You may not assign any rights and/or licenses granted under this Agreement. We reserve the right to assign our rights without restriction, including without limitation to any Coinbase affiliates or subsidiaries, or to any successor in interest of any business associated with the Coinbase Services. Any attempted transfer or assignment in violation hereof shall be null and void. Subject to the foregoing, this Agreement will bind and inure to the benefit of the parties, their successors and permitted assigns.

**8.7. Severability.**  If any provision of this Agreement shall be determined to be invalid or unenforceable under any rule, law or regulation or any governmental agency, local, state, or federal, such provision will be changed and interpreted to accomplish the objectives of the provision to the greatest extent possible under any applicable law and the validity or enforceability of any other provision of this Agreement shall not be affected.

**8.8. Change of Control.**  In the event that Coinbase is acquired by or merged with a third party entity, we reserve the right, in any of these circumstances, to transfer or assign the information we have collected from you as part of such merger, acquisition, sale, or other change of control.

**8.9. Survival.**  All provisions of this Agreement which by their nature extend beyond the expiration or termination of this Agreement, including, without limitation, sections pertaining to suspension or termination, Coinbase Account cancellation, debts owed to Coinbase, general use of the Coinbase Site, disputes with Coinbase, and general provisions, shall survive the termination or expiration of this Agreement.

**8.10. Governing Law.**  You agree that the laws of the State of California, without regard to principles of conflict of laws, will govern this Agreement and any claim or dispute that has arisen or may arise between you and Coinbase, except to the extent governed by federal law.

**8.11. Force Majeure.**  We shall not be liable for delays, failure in performance or interruption of service which result directly or indirectly from any cause or condition beyond our reasonable control, including but not limited to, any delay or failure due to any act of God, act of civil or military authorities, act of terrorists, civil disturbance, war, strike or other labor dispute, fire, interruption in telecommunications or Internet services or network provider services, failure of equipment and/or software, other catastrophe or any other occurrence which is beyond our reasonable control and shall not affect the validity and enforceability of any remaining provisions.

**8.12. English Language Controls.**  Notwithstanding any other provision of this Agreement, any translation of this Agreement is provided for your convenience. The meanings of terms, conditions and representations herein are subject to definitions and interpretations in the English language. Any translation provided may not accurately represent the information in the

COINBASE_SPILKER_000226

original English.

**8.13. Non-Waiver of Rights.**  This agreement shall not be construed to waive rights that cannot be waived under applicable state money transmission laws in the state where you are located.

# APPENDIX 1: PROHIBITED Use, PROHIBITED Businesses, and conditional use

**Prohibited Use**

You may not use your Coinbase Account to engage in the following categories of activity ("Prohibited Uses"). The specific types of use listed below are representative, but not exhaustive. If you are uncertain as to whether or not your use of Coinbase Services involves a Prohibited Use, or have questions about how these requirements apply to you, please contact us at [support@coinbase.com](mailto:support@coinbase.com). By opening a Coinbase Account, you confirm that you will not use your Account to do any of the following:

- **Unlawful Activity:** Activity which would violate, or assist in violation of, any law, statute, ordinance, or regulation, sanctions programs administered in the countries where Coinbase conducts business, including but not limited to the U.S. Department of Treasury's Office of Foreign Assets Control ("OFAC"), or which would involve proceeds of any unlawful activity; publish, distribute or disseminate any unlawful material or information

- **Abusive Activity:** Actions which impose an unreasonable or disproportionately large load on our infrastructure, or detrimentally interfere with, intercept, or expropriate any system, data, or information; transmit or upload any material to the Coinbase Site that contains viruses, trojan horses, worms, or any other harmful or deleterious programs; attempt to gain unauthorized access to the Coinbase Site, other Coinbase Accounts, computer systems or networks connected to the Coinbase Site, through password mining or any other means; use Coinbase Account information of another party to access or use the Coinbase Site, except in the case of specific Merchants and/or applications which are specifically authorized by a user to access such user's Coinbase Account and information; or transfer your account access or rights to your account to a third party, unless by operation of law or with the express permission of Coinbase

- **Abuse Other Users:** Interfere with another individual's or entity's access to or use of any Coinbase Services; defame, abuse, extort, harass, stalk, threaten or otherwise violate or infringe the legal rights (such as, but not limited to, rights of privacy, publicity and intellectual property) of others; incite, threaten, facilitate, promote, or encourage violent acts against others; harvest or otherwise collect information from the Coinbase Site about others, including without limitation email addresses, without proper consent

- **Fraud:** Activity which operates to defraud Coinbase, Coinbase users, or any other person; provide any false, inaccurate, or misleading information to Coinbase

COINBASE_SPILKER_000227

- **Gambling:** Lotteries; bidding fee auctions; sports forecasting or odds making; fantasy sports leagues with cash prizes; internet gaming; contests; sweepstakes; games of chance

- **Intellectual Property Infringement:** Engage in transactions involving items that infringe or violate any copyright, trademark, right of publicity or privacy or any other proprietary right under the law, including but not limited to sales, distribution, or access to counterfeit music, movies, software, or other licensed materials without the appropriate authorization from the rights holder; use of Coinbase intellectual property, name, or logo, including use of Coinbase trade or service marks, without express consent from Coinbase or in a manner that otherwise harms Coinbase or the Coinbase brand; any action that implies an untrue endorsement by or affiliation with Coinbase

**Prohibited Businesses**

In addition to the Prohibited Uses described above, the following categories of businesses, business practices, and sale items are barred from Coinbase Services ("Prohibited Businesses"). Most Prohibited Businesses categories are imposed by Card Network rules or the requirements of our banking providers or processors. The specific types of use listed below are representative, but not exhaustive. If you are uncertain as to whether or not your use of Coinbase Services involves a Prohibited Business, or have questions about how these requirements apply to you, please contact us at [support@coinbase.com](mailto:support@coinbase.com).

By opening a Coinbase Account, you confirm that you will not use Coinbase Services in connection with any of following businesses, activities, practices, or items:

- **Investment and Credit Services:** Securities brokers; mortgage consulting or debt reduction services; credit counseling or repair; real estate opportunities; investment schemes

- **Restricted Financial Services:** Check cashing, bail bonds; collections agencies.

- **Intellectual Property or Proprietary Rights Infringement:** Sales, distribution, or access to counterfeit music, movies, software, or other licensed materials without the appropriate authorization from the rights holder

- **Counterfeit or Unauthorized Goods:** Unauthorized sale or resale of brand name or designer products or services; sale of goods or services that are illegally imported or exported or which are stolen

- **Regulated Products and Services:** Marijuana dispensaries and related businesses; sale of tobacco, e-cigarettes, and e-liquid; online prescription or pharmaceutical services; age restricted goods or services; weapons and munitions; gunpowder and other explosives; fireworks and

COINBASE_SPILKER_000228

related goods; toxic, flammable, and radioactive materials; products and services with varying legal status on a state-by-state basis

- **Drugs and Drug Paraphernalia:** Sale of narcotics, controlled substances, and any equipment designed for making or using drugs, such as bongs, vaporizers, and hookahs

- **Pseudo-Pharmaceuticals:** Pharmaceuticals and other products that make health claims that have not been approved or verified by the applicable local and/or national regulatory body

- **Substances designed to mimic illegal drugs:** Sale of a legal substance that provides the same effect as an illegal drug (e.g., salvia, kratom)

- **Adult Content and Services:** Pornography and other obscene materials (including literature, imagery and other media); sites offering any sexually-related services such as prostitution, escorts, pay-per view, adult live chat features

- **Multi-level Marketing:** Pyramid schemes, network marketing, and referral marketing programs

- **Unfair, predatory or deceptive practices:** Investment opportunities or other services that promise high rewards; Sale or resale of a service without added benefit to the buyer; resale of government offerings without authorization or added value; sites that we determine in our sole discretion to be unfair, deceptive, or predatory towards consumers

- **High risk businesses:** any businesses that we believe poses elevated financial risk, legal liability, or violates card network or bank policies

**Conditional Use**

Express written consent and approval from Coinbase must be obtained prior to using Coinbase Services for the following categories of business and/or use ("Conditional Uses"). Consent may be requested by contacting [support@coinbase.com](mailto:support@coinbase.com). Coinbase may also require you to agree to additional conditions, make supplemental representations and warranties, complete enhanced on-boarding procedures, and operate subject to restrictions if you use Coinbase Services in connection with any of following businesses, activities, or practices:

- **Money Services:** Money transmitters, Digital Currency transmitters; currency or Digital Currency exchanges or dealers; gift cards; prepaid cards; sale of in-game currency unless the merchant is the operator of the virtual world; act as a payment intermediary or aggregator or otherwise resell any of the Coinbase Services

- **Charities:** Acceptance of donations for nonprofit enterprise

COINBASE_SPILKER_000229

- **Games of Skill:** Games which are not defined as gambling under this Agreement or by law, but which require an entry fee and award a prize

- **Religious/Spiritual Organizations:** Operation of a for-profit religious or spiritual organization

# APPENDIX 2: VERIFICATION PROCEDURES AND LIMITS

Coinbase uses multi-level systems and procedures to collect and verify information about you in order to protect Coinbase and the community from fraudulent users, and to keep appropriate records of Coinbase's customers. Your daily or weekly Conversion limits, GDAX deposit, withdrawal and trading limits, Instant Buy limits, USD Wallet transfer limits, and limits on transactions from a linked payment method are based on the identifying information and/or proof of identity you provide to Coinbase.

All U.S. users who wish to buy Digital Currency using Coinbase's Standard Conversion Service, at minimum, must:

- Establish a Coinbase Account by providing your name, authenticating your e-mail address, and accepting the Coinbase User Terms
- Add and verify a phone number
- Add and verify a bank account


All U.S. users who wish to use other Coinbase Services may be required to:

- Add personal details (full name, date of birth, residential address)
- Add an alternative payment method
- Complete identity verification by answering a few questions


Users based in the state of New York using Coinbase's Hosted Digital Currency Wallet Service who wish to execute a Digital Currency Transaction valued at or over $3,000 at the time the transaction is requested, at a minimum, must:

- Establish a Coinbase Account by providing your name and residential address, authenticating your e-mail address, and accepting the Coinbase User Terms, and
- Submit a copy of an acceptable form of identification (i.e. passport, state driver's license, or state identification card)


Notwithstanding these minimum verification procedures for the referenced Coinbase Services, Coinbase may require you to provide or verify additional information, or to wait some amount of

time after completion of a transaction, before permitting you to use any Coinbase Services and/or before permitting you to engage in transactions beyond certain volume limits. You may determine the volume limits associated with your level of identity verification by visiting your account's  [Limits](https://www.coinbase.com/verifications) page.

You may contact  [support@coinbase.com](mailto:support@coinbase.com) to request larger limits. Coinbase will require you to submit to Enhanced Due Diligence. Additional fees and costs may apply, and Coinbase does not guarantee that we will raise your limits.

# APPENDIX 3: E-SIGN DISCLOSURE AND CONSENT

This policy describes how Coinbase delivers communications to you electronically. We may amend this policy at any time by providing a revised version on our website. The revised version will be effective at the time we post it. We will provide you with prior notice of any material changes via our website.

**Electronic Delivery of Communications**

You agree and consent to receive electronically all communications, agreements, documents, notices and disclosures (collectively, "Communications") that we provide in connection with your Coinbase Account and your use of Coinbase Services. Communications include:

- Terms of use and policies you agree to (e.g., the Coinbase User Agreement and Privacy Policy), including updates to these agreements or policies;
- Account details, history, transaction receipts, confirmations, and any other Account or transaction information;
- Legal, regulatory, and tax disclosures or statements we may be required to make available to you; and
- Responses to claims or customer support inquiries filed in connection with your Account.


We will provide these Communications to you by posting them on the Coinbase website, emailing them to you at the primary email address listed in your Coinbase profile, communicating to you via instant chat, and/or through other electronic communication such as text message or mobile push notification.

**Hardware and Software Requirements**

In order to access and retain electronic Communications, you will need the following computer hardware and software:

- A device with an Internet connection;
- A current web browser that includes 128-bit encryption (e.g. Internet Explorer version 9.0 and

above, Firefox version 3.6 and above, Chrome version 31.0 and above, or Safari 7.0 and above) with cookies enabled;
- A valid email address (your primary email address on file with Coinbase); and
- Sufficient storage space to save past Communications or an installed printer to print them.

**How to Withdraw Your Consent**

You may withdraw your consent to receive Communications electronically by e-mailing us at [support@coinbase.com](mailto:support@coinbase.com). If you fail to provide or if you withdraw your consent to receive Communications electronically, Coinbase reserves the right to immediately close your Account or charge you additional fees for paper copies.

**Updating your Information**

It is your responsibility to provide us with a true, accurate and complete e-mail address and your contact information, and to keep such information up to date. You understand and agree that if Coinbase sends you an electronic Communication but you do not receive it because your primary email address on file is incorrect, out of date, blocked by your service provider, or you are otherwise unable to receive electronic Communications, Coinbase will be deemed to have provided the Communication to you.

You may update your information by logging into your account and visiting settings or by contacting our support team via e-mail at [support@coinbase.com](mailto:support@coinbase.com)

# APPENDIX 4: STATE LICENSE DISCLOSURES

Coinbase maintains licenses to engage in money transmission activities in many states, and these licenses may impact our provision and your use of certain Coinbase Services depending on where you live. Coinbase's licenses and corresponding required disclosures can be found on the  [Coinbase Licenses](https://coinbase.com/legal/licenses) page, which is incorporated by reference.

If you live in the following jurisdictions, we are required to provide you with the following information:

**Alaska** Please note that this license does not cover the transmission of virtual currency. If you have a complaint or other concern about Alaska money services licensees, authorized delegates, and the money services provided by money services licensees and authorized delegates, you may contact the Alaska Department of Commerce, Community, and Economic Development, Division of Banking and Securities at (907) 465-2521.

**Florida**  If you have a question or complaint, please contact the consumer assistance

division of Coinbase at [support@coinbase.com](mailto:support@coinbase.com) or 1-800-343-5845.

NOTICE by the Florida Office of Financial Regulation: BY GRANTING COINBASE A LICENSE, THE FLORIDA OFFICE OF FINANCIAL REGULATION IS NOT ENDORSING THE USE OF DIGITAL OR VIRTUAL CURRENCIES.

- U.S. currency is legal tender backed by the U.S. government.
- Digital and virtual currencies are not issued or backed by the U.S. government, or related in any way to U.S. currency, and have fewer regulatory protections.
- The value of digital and virtual currencies is derived from supply and demand in the global marketplace which can rise or fall independently of any fiat (government) currency.
- Holding digital and virtual currencies carries exchange rate and other types of risk.

POTENTIAL USERS OF DIGITAL OR VIRTUAL CURRENCIES, INCLUDING BUT NOT LIMITED TO BITCOIN, SHOULD BE FOREWARNED OF A POSSIBLE FINANCIAL LOSS AT THE TIME THAT SUCH CURRENCIES ARE EXCHANGED FOR FIAT CURRENCY DUE TO AN UNFAVORABLE EXCHANGE RATE. A FAVORABLE EXCHANGE RATE AT THE TIME OF EXCHANGE CAN RESULT IN A TAX LIABILITY. PLEASE CONSULT YOUR TAX ADVISOR REGARDING ANY TAX CONSEQUENCES ASSOCIATED WITH YOUR HOLDING OR USE OF DIGITAL OR VIRTUAL CURRENCIES.

**Louisiana**  Coinbase is licensed by the Louisiana Office of Financial Institutions as a money transmitter. The Louisiana Office of Financial Institutions does not license or regulate services related to virtual currency, including but not limited to transmission or exchange which may be conducted by Coinbase.

**Maryland** The Commissioner of Financial Regulation for the State of Maryland will accept all questions or complaints from Maryland residents regarding Coinbase by contacting the Commissioner's office at: 500 North Calvert Street, Suite 402, Baltimore, Maryland 21202, or (888) 784-0136.

**Texas**  If you have a complaint, please contact the consumer assistance division of **Coinbase** at **[support@coinbase.com](mailto:support@coinbase.com)** or **1-800-343-5845**. If you still have an unresolved complaint regarding Coinbase's money transmission activity, please direct your complaint to: Texas Department of Banking, 2601 North Lamar Boulevard, Austin, Texas 78705, 1-877-276-5554 (toll free), or [www.dob.texas.gov](http://www.dob.texas.gov/).

**Tennessee**  Please note that Coinbase's Tennessee license and the required surety bond do not cover the transmission of virtual currency. Coinbase is licensed by the Tennessee Department of Financial Institutions as a money transmitter. The Tennessee Department of Financial Institutions does not regulate virtual currency.

COINBASE_SPILKER_000233

**Virginia** Coinbase is licensed by the Virginia State Corporation Commission as a money transmitter, but such license does not cover the transmission of virtual currency (Bitcoin).

# PART 2. ADDITIONAL TERMS FOR MERCHANTS

## 1. Merchant Services.

**1.1. Merchant Services.**  Users who intend to sell goods and/or services (each, a "Merchant") and who wish to accept Digital Currency from purchasers as a method of payment may use a suite of tools and related services for this purpose (the "Merchant Services"). Through the Merchant Services, Coinbase enables Merchants to accept Digital Currency from customers as a method of payment, and processes the transfer of Digital Currency to Merchants from their customers. Merchants may also sell Digital Currency to, or buy Digital Currency from, Coinbase, and otherwise utilize the Coinbase Services, in the same manner as any other user. Use of Merchant Services is subject to this Part 2 and is also subject to General Use terms, including without limitation the releases, indemnities, disclaimers, limitations of liability, prohibited use, dispute resolution, and cancellation policies set forth above.

**1.2. Merchant Profile**. Each Merchant user is required to provide accurate information necessary to complete a merchant profile associated with the user's Coinbase Account. This information may include business name, address and other contact information, website URL, taxpayer or other government ID, corporate documents, and other information Coinbase may request. Coinbase may limit Merchant transaction volumes depending on (_i_) the Merchant's historical activity on Coinbase, (_ii_) satisfactory completion of a Merchant profile; (_iii_) satisfaction of reasonable requests for additional information; (_iv_) perceived risks; (_v_) repeated customer complaints; and/or (_vi_) any indication that the Merchant has violated this Agreement. Newly on-boarded Merchants may be required to submit to additional verification procedures as necessary to verify that the Merchant operates a legitimate business.

## 2. Merchant Transactions and Settlement.

**2.1. Transaction Confirmation.**  Coinbase will provide users of Merchant Services with an order notification indicating when or whether the Merchant has been paid by its customer.

**2.2. Completed Order Notifications.**  Upon Merchant's customer's submission of a valid and completed payment through Merchant Services, Coinbase will send a callback to Merchant's designated callback URL to confirm successful transfer of the customer's payment to Merchant—so designated as a "completed" order. Except on suspicion of fraud, error, or abusive use, Coinbase will not reverse a payment and/or corresponding Digital Currency credit which it has designated as completed.

**2.3. Timing of Completed Order.**  If the Merchant's customer uses a Hosted Digital Currency

Wallet to successfully initiate its purchase, Coinbase will issue the completed callback order immediately to the Merchant. If the Merchant's customer does not use a Hosted Digital Currency Wallet to effect its purchase, Coinbase will initiate an order status callback when Coinbase detects that the corresponding Digital Currency transaction has been confirmed by the corresponding Digital Currency network.

**2.4. Mispaid Order Notifications.**  A callback may also indicate an order status as "mispaid," meaning Coinbase has detected transfer of an amount of Digital Currency which does not correspond with the Digital Currency Price and/or that the customer transferred Digital Currency after expiration of a checkout window. "Mispaid" orders may result in transfer of Digital Currency to Merchant's Coinbase Wallet for further processing by Merchant in accordance with Merchant's refund and order processing policies, but shall not be deemed completed by Coinbase.

**2.5. Limitations.**  Coinbase may delay order verifications if Merchant has not provided its legal name, logo, website, phone number, address, taxpayer identification number, designation of business location and type. Until completion of such applicable verification procedures, newly-boarded Merchants may experience delayed processing of Digital Currency Transactions or Conversion Service transactions. Coinbase will designate any such delayed transaction as "pending," and funds will not be available in the Merchant's Coinbase Account and/or Currency Account until the pending transaction is completed. Coinbase reserves the right to refuse to process, cancel, or to reverse any Merchant transaction (_i_) as required by law, (_ii_) in response to a facially valid subpoena, court order, or other government order, or (_iii_) if Coinbase reasonably suspects that the transaction is erroneous, or related to  [Prohibited Use or Prohibited Business](https://www.coinbase.com/legal/user_agreement#appendix-1:-prohibited-businesses-and-prohibited-use) as defined in the User Agreement.

**2.6. Instant Conversion.**   Merchants who have successfully linked a payout method to their Coinbase Account may use the Instant Conversion Service. The Instant Conversion Service will allow Merchants to designate the price of their goods and services in local currency (e.g., USD) and customers to pay for their purchases from such Merchant in Digital Currency based on the Sell Price Conversion Rate quoted by Coinbase on the Coinbase Site and displayed to the customer at the time that the customer approves the purchase. In connection with the Instant Conversion Service, the Merchant, as merchant of record for each transaction, shall: (_i_) use Coinbase to calculate an appropriate amount of Digital Currency (a "Digital Currency Price") to be transferred to Merchant as payment for a good or service with reference to the Sell Price Conversion Rate at the time Merchant's customer visits the Merchant's checkout page; Coinbase will lock the Digital Currency Price for a period of time, but if the customer does not initiate a transfer within a certain payment window, Coinbase will recalculate the Digital Currency Price based on an updated Sell Price Conversion Rate; (_ii_) accept Digital Currency into its corresponding Hosted Digital Currency Wallet; (_iii_) immediately sell such Digital Currency to Coinbase using the Instant Conversion Service, and (_iv_) subsequently receive

COINBASE_SPILKER_000235

the proceeds from such Digital Currency sale transaction from Coinbase in the relevant local currency in an amount equal to the original USD price of the item, less applicable fees. By using this service, Coinbase guarantees that regardless of any change in the price of Digital Currency between the time of purchase and settlement, the Merchant will receive the fixed purchase price as designated by the Merchant in local currency at the time the customer approved the purchase, less applicable fees.

**2.7. Settlement.**  Settlements to Merchant in connection with the Merchant's sale of Digital Currency to Coinbase will generally take a minimum of two to three business days, following Coinbase's transmission to Merchant of confirmation of the relevant transaction, although exceptions may apply.

## 3. Release, Restrictions, and General Use.

**3.1 Merchant Transactions.**  Each Merchant acknowledges and agrees that Coinbase has no control over, or liability for, the delivery, quality, safety, legality or any other aspect of any goods or services that the Merchant may sell to customers using the Coinbase Services. Each Merchant is responsible for handling customer inquiries related to the goods and/or services it sells to customers through the Coinbase Services, except for inquiries related to payment for such goods or services which will be handled by Coinbase. Each Merchant warrants that it will not use any Coinbase Services in connection with any  [Prohibited Use or Business](https://www.coinbase.com/legal/user_agreement#appendix-1:-prohibited-businesses-and-prohibited-use), as described herein. Each Merchant confirms that by opening a Coinbase Account, the Merchant will not use the Coinbase Services to accept payments in connection with any of the Prohibited Businesses. Each Merchant further warrants that it will not use Coinbase Services in connection with transactions which involve pre-payment of an order which the Merchant does not intend to fulfill within thirty (30) days. When a Merchant must issue a refund to a customer, Coinbase will debit the Merchant's Hosted Digital Currency Wallet for the relevant amount of Digital Currency (or, in the event the Merchant uses the Instant Conversion Service, the Merchant shall purchase the relevant amount of Digital Currency in local currency before Digital Currency is debited from the Merchant's Hosted Digital Currency Wallet) and provide a refund to the customer in Digital Currency having a value equal to the transaction amount being refunded, as expressed in local currency (e.g., USD), based on the then current Conversion Rate.

**3.2. Obligations of Merchants.**  In addition to the obligations set forth elsewhere in this Agreement, Merchants agree to:

(1) At all times maintain all licenses, registrations, authorizations and approvals required to operate their business, conduct all activities related thereto, and utilize the Coinbase Services in connection therewith.

(2) Ensure that all aspects of their business, including (_i_) all Merchant activities, and the

activity of any third party engaged by the Merchant, (_ii_) the goods and services offered for sale by Merchant, and (_iii_) the acts or omissions of each Merchant in connection with their use of Coinbase Services comply with applicable law at all times.

(3) Promptly provide, and cause third parties under its control to promptly provide, such information as Coinbase may request from time to time regarding (_i_) the Merchant, its policies, procedures, and activities, (_ii_) any good or service offered for sale and for which the Merchant may accept payment by use of Coinbase Services, or (_iii_) any transaction conducted through the use of Coinbase Services, to the extent Coinbase deems such information reasonably necessary to comply with its policies or procedures, applicable law, an audit, or the guidance or direction of, or request from, any regulatory authority or financial institution.

(4) Within the Coinbase-hosted payment page, accurately identity the sale item in the Item Name field and provide an accurate and succinct description of the same sale item in the Item Description Field.

(5) Authorize Coinbase to, directly or through third parties, (_i_) make any inquiries we consider necessary to verify your identity and/or account information, and (_ii_) request and obtain any consumer report, credit report or similar information relating to you and to take action as reasonably deem necessary based on the results of such inquiries and reports, and hereby authorize any and all third parties to which such inquiries or requests may be directed to fully respond to such inquiries or requests.

# PART 3. GDAX

## 1. GDAX Accounts.

**1.1 Access to GDAX** Authorized users may establish an account at GDAX (at www.gdax.com), an order book exchange platform for Digital Currencies. Coinbase does not offer GDAX to customers in all jurisdictions. This Part 3 of the User Agreement applies to you if you access and use GDAX.

**1.2 Order Books.**  GDAX offers an order book for various Digital Currency and local currency trading pairs (each an 'Order Book'). Refer to your GDAX account to determine which Order Books are available to you.

**1.3 Your GDAX Account**. Your GDAX Account consists of the following.

- A dedicated Hosted Digital Currency Wallet for each Digital Currency offered on GDAX (each a "GDAX HDC Wallet").

- A dedicated USD Wallet (a "GDAX USD Wallet").

- Associated user tools, accessible at [www.gdax.com](http://www.gdax.com) and through GDAX API.

**1.4 Deposits**. You may fund your GDAX Account by depositing digital and/or local currency from your basic Coinbase Account, Bank Account or an external Digital Currency address into your GDAX Account. Funds in your GDAX Account can be used only to trade on GDAX.

**1.5 Withdrawals**. You may withdraw Digital Currency from your GDAX Account by transfer to your basic Coinbase Account or to an external Digital Currency address. You may withdraw US Dollars from your GDAX Account to your basic Coinbase Account or directly to your Bank Account.

**ALL DEPOSITS, WITHDRAWALS, ORDERS AND TRADING MAY BE SUBJECT TO LIMITS. ALL LIMITS WILL BE DISPLAYED IN YOUR GDAX ACCOUNT.**

## 2. Orders, Trades, and Fees.

**2.1 Orders and Trades**. Your GDAX Account allows you to place an order to buy or sell a specified quantity of a Digital Currency at a specified price in a local currency or other Digital Currency ("Order"). You must have a sufficient balance in your GDAX Account to cover the total value of the Order plus any applicable fees.

Your valid Orders will be immediately placed on the relevant Order Book, and will be eligible to be matched with corresponding Order(s) placed by other GDAX users, at the relevant price and on a first-in-time priority basis.

When an Order is matched, in part or in full, to one or more corresponding Orders, one or more trades ("Trades") are executed (also referred to as 'Fills'). Coinbase immediately settles each Trade by transferring funds between the trading counterparties' GDAX Accounts.

**2.2 Takers.**  If your Order is immediately matched with one or more corresponding Orders, you are a "Taker" and the Order will result in a Trade at the price of the preexisting Order in the Order Book. Takers are charged a fee (described below), which is automatically debited from the Taker's GDAX Account in the relevant quote currency.

Orders placed as 'market' Orders or 'stop' Orders are Taker Orders. In addition, it is possible for 'limit' Orders to be Taker Orders, unless 'post-only' is selected. More information about the different Order types is available at [https://docs.gdax.com/](https://docs.gdax.com/).

**2.3. Makers.**  If your Order is not immediately matched with a corresponding Orders, you are a "Maker" and your Order will remain open in the relevant Order Book until either (_i_) the Order is cancelled, or (_ii_) the Order is matched to a corresponding Order and a Trade is executed.

COINBASE_SPILKER_000238

Coinbase hold funds in your GDAX Account for any open Order. You can release the hold by canceling the Order without charge. When a corresponding Order is placed in the Order Book, the Maker's open Order will result in an executed Trade at the price the Maker posted to the Order Book. No fee is charged for Maker Orders.

**2.4. Partial Order Execution**. Your Order may be executed in parts depending on the availability of corresponding Orders on GDAX. The Trade resulting from an immediate, partial execution is subject to Taker commissions as described above. Any unfulfilled remainder will remain as an open, Maker Order in the Order Book until it is either cancelled or matched to a corresponding Order.

**2.5. Taker Price Improvement.**  Taker Orders are matched against existing Maker Orders at the price of the Maker Order posted in the Order Book, not at the price of the Taker Order. Coinbase will automatically match a Taker Order to any open Order whose price is at least as favorable as the Taker's Order price, if not more favorable to the Taker. Maker Orders will always be executed at the posted Order Book price.

**2.6. Self-Trade Prevention**. Coinbase will prevent you from entering Orders which would result in self-execution—_i.e_., where you act as both Maker and Taker to a Trade. In the event that any open or partially open Order would result in self-execution, Coinbase will automatically cancel the smaller quantity open Order, decrement the larger quantity Order in an amount equivalent to the cancelled quantity, and allow the remainder of the larger Order to remain open. If two such Orders are the same quantity, both will be cancelled.

**2.7. Alternative Order Instructions.**  GDAX may allow you to input alternative Order parameters which differ from the default parameters set forth above. Alternative Order parameters, such as those preventing partial Order execution and/or which affect the timing of your Trades, are described at: [https://docs.gdax.com/](https://docs.gdax.com/).

**2.8. Trading Fees**. Maker Orders are not charged a fee. Taker Orders are charged a fee as a percentage of the Trade value, expressed in the relevant quote currency. The current fees are posted at: [https://gdax.com/fees](https://gdax.com/fees).

By placing an Order on a GDAX Order Book, you agree to pay all applicable fees and you authorize Coinbase to automatically deduct fees directly from your GDAX Account.

**2.9 Withdrawal Fees.** Coinbase may also charge a fee on certain US Dollar deposit or withdrawal methods (e.g. Wire Deposit). All such fees will be clearly displayed in your GDAX Account.

## 3. General Use, Restrictions, and Cancellation.

COINBASE_SPILKER_000239

**3.1. Trading Account Use**. By using a GDAX Account you agree and represent that you will place Orders only for yourself as Account owner, and not on behalf of any third party, unless you have obtained prior approval from Coinbase. You may not sell, lease, furnish or otherwise permit or provide access to your Trading Account to any other entity or to any individual that is not your employee or agent. You accept full responsibility for your employees' or agents' use of GDAX, whether such use is directly through GDAX website or by other means, such as those facilitated through API keys, and/or applications which you may authorize. You understand and agree that you are responsible for any and all orders, trades, and other instructions entered into GDAX including identifiers, permissions, passwords, and security codes associated with your GDAX Account.

**3.2. Suspension and Cancellation**. We may suspend your GDAX Account in accordance with the User Agreement Account suspension and termination provisions. Suspension or termination of your GDAX Account shall not affect the payment of fees or other amounts you owe to Coinbase. In the event that your Basic Coinbase Account is suspended or terminated, we will immediately cancel all open Orders associated with your GDAX Account, block all withdrawals and bar the placing of further Orders until resolution or Account cancellation.

**3.3. No Warranty**. We do not represent that GDAX and/or its constituent GDAX Accounts, APIs, and related services, will be available without interruption. Although we will strive to provide you with continuous operations, we do not guarantee continuous access or that there will be no delays, failures, errors, omissions or loss of transmitted information, nor do we guarantee that any Order will be executed, accepted, recorded, or remain open. In the event of a significant system outage, Coinbase reserves the right to cancel any open trades and/or suspend GDAX activity indefinitely.

**3.4. No Investment Advice or Brokerage**. For the avoidance of doubt, Coinbase does not provide investment, tax, or legal advice, nor does Coinbase broker trades on your behalf. All GDAX trades are executed automatically, based on the parameters of your Order instructions and in accordance with posted Trade execution procedures, and you are solely responsible for determining whether any investment, investment strategy or related transaction is appropriate for you based on your personal investment objectives, financial circumstances and risk tolerance. You should consult your legal or tax professional regarding your specific situation.

**3.5. Trade Cancellation.**  Except as otherwise set forth herein, all trades are final and commissions and/or fees paid to Coinbase are non-refundable. Coinbase reserves the right to cancel Orders and/or reverse Trades in the following circumstances.

- Orders or Trades which, in our sole discretion, constitute an abusive use of the platform, for example, market manipulation.

- Orders or Trades which under the circumstances involve an obvious error with respect to price, quantity, or other parameters ("Clearly Erroneous Transaction").

COINBASE_SPILKER_000240

- If required by any applicable law or regulation, including specifically where we are required to suspend or terminate your Coinbase Account or GDAX Account because you have not complied with our [Verification Procedures](https://www.coinbase.com/legal/user_agreement#appendix-2:-verification-procedures-and-limits).

- To restrict trade size or frequency or limit API use which, in our sole discretion, unreasonably burdens the platform.

We will act under this section only in good faith, and to notify you as soon as possible. You hereby release us from all liability in relation to any action taken by us under this section.

**3.6. Debts.**  In the event that there are outstanding amounts owed to us hereunder, including in your Coinbase Account, Coinbase reserves the right to debit your GDAX Account accordingly and/or to withhold amounts from funds you may transfer from your GDAX Account to your Coinbase Account.

# PART 4. ADDITIONAL TERMS FOR DEVELOPERS

## 1. Developer's Tools License.

**1.1. Developer's Tools.**  This Agreement governs your use of any and all development applications provided by Coinbase, including, but not limited to Coinbase's application programming interface and any accompanying or related documentation, source code, executable applications and other materials (the "Coinbase API"), the Coinbase Sandbox, available at  [https://sandbox.coinbase.com/](https://sandbox.coinbase.com/), and any other resources or services available at [https://developers.coinbase.com/](https://developers.coinbase.com/) ("Coinbase Services") provided to you pursuant to this Agreement (collectively, the "Developer's Tools"). Use of the Developer's Tools is subject to this Part 4 and is also subject to General Use terms, including without limitation the releases, indemnities, disclaimers, limitations of liability, prohibited use, dispute resolution, and cancellation policies set forth above.

**1.2. License Grant.**  Subject to the terms and restrictions set forth in this Agreement, Coinbase grants you a limited, revocable, non-exclusive, non-transferrable and non-sublicensable license solely to use and integrate the Developer's Tools and underlying content into your website or application (your "Application") so that your Application can interface directly with Coinbase devices, applications, or services.

**1.3. Restrictions and Responsibilities.**  By using the Developer's Tools, you agree to the following terms:

COINBASE_SPILKER_000241

**1.3.1. You shall:**

(1) Register for a Coinbase Account.

(2) Comply with the terms of this Agreement and the Privacy Policy incorporated herein by reference, and which may be amended from time to time (the "Terms"). If you continue to use the Developer's Tools and Coinbase Marks after any such amendment, you will be deemed to have accepted any modifications.

(3) Comply with all applicable laws, regulations, licensing requirements, and third party rights (including, without limitation, data privacy laws).

(4) Represent and warrant that your Application, including but not limited to the name of the Application and all content in your Application, does not infringe the Intellectual Property rights of Coinbase or any third party.

(5) Disclose in your Application, through a privacy policy or otherwise, how you collect, use, store, and disclose data collected from end users, as described in Section 6.2 of this Part 4.

(6) Use the Coinbase Marks only as expressly authorized in this Agreement.

(7) Obtain prior written approval from Coinbase prior to releasing any statements, written media releases, public announcements and public disclosures, including promotional or marketing materials, relating to Coinbase, the Coinbase Marks, or this Agreement.

(8) Comply with additional verification procedures in the event that your Application seeks OAuth permissions to transfer Digital Currency in an amount greater than predefined limits.

(9) Take steps to adequately secure your API Keys and OAuth Tokens, including the measures specified at [https://developers.coinbase.com/docs/wallet/api-key-authentication](https://developers.coinbase.com/docs/wallet/api-key-authentication) and https://developers.coinbase.com/docs/wallet/coinbase-connect/security-best-practices

**1.3.2. You shall not:**

(1) Copy, rent, lease, sell, sublicense, or otherwise transfer your rights in the Developer's Tools to a third party.

(2) Alter, reproduce, adapt, distribute, display, publish, reverse engineer, translate, disassemble, decompile or otherwise attempt to create any source code that is derived from the Developer's Tools.

COINBASE_SPILKER_000242

(3) Cache, aggregate, or store data or content accessed via the Developer's Tools other than for purposes allowed under this Agreement.

(4) Use the Developer's Tools for any Application that constitutes, promotes or is used in connection with spyware, adware, or any other malicious programs or code.

(5) Use the Developer's Tools to encourage, promote, or participate in illegal activity, violate third party rights, including intellectual property rights or privacy rights, or engage in any Prohibited Use or Prohibited Business as defined in the Terms.

(6) Use the Developer's Tools in a manner that exceeds reasonable request volume, constitutes excessive or abusive usage, or otherwise impacts the stability of Coinbase's servers or impacts the behavior of other applications using the Developer's Tools.

(7) Display Developer's Tools or Coinbase Marks in a manner that could reasonably imply an endorsement, relationship or affiliation with or sponsorship between you or a third party and Coinbase, other than as expressly permitted in writing by Coinbase.

(8) Attempt to cloak or conceal your identity or your Application's identity when requesting authorization to the Developer's Tools.

**1.3.3 Indemnification**

You agree to indemnify and hold Coinbase, its affiliates and service providers, and each of their respective officers, directors, agents, joint venturers, employees and representatives, harmless from any claim or demand (including attorneys' fees and any fines, fees or penalties imposed by any regulatory authority) or any loss or damage suffered, arising out of or related to your failure to secure and keep secret your OAuth Token(s) or API key(s).

## 2. Activities Subject to Additional Restrictions.

**2.1. Activities Subject to Additional Restrictions.**  Coinbase may require you to obtain written consent and complete enhanced on-boarding procedures, and/or may restrict your Application if you would like to create/offer an Application which is designed for or results in any of the following:

**2.1.1. Provide International Remittance Services.**  Any Application which involves a service that provides for: (i) an international (cross border) transfer of funds from a Sender to a Recipient, (ii) without an underlying sale or other bona fide commercial purpose for the transfer.

**2.1.2. Provide Banking or Other Licensed Financial Services.**  Any Application which either holds money for eventual payment or which offers or provides credit, either directly or as a broker or arranger between third parties, or any Application that would require licensing as a

bank, money services business, or other financial service provider, or as an escrow service in the jurisdiction where the service's users reside, unless such Application falls within the definition of a Prohibited Business under the Terms.

**2.1.3. Provide Gaming Services.**  Any Application which involves the payment of funds by a customer in exchange for the chance to earn or win a prize, reward, or other payment.

**2.1.4. Provide Digital Currency Exchange Services.**  Any Application which involves a business engaged in the exchange of Digital Currency for local currency, funds, or other Digital Currency and which accepts and transmits a convertible Digital Currency or buys or sells convertible Digital Currency for any reason.

**2.1.5 Provide Donation Acceptance Services.** Any Application which involves a service which allows for the acceptance of donations on behalf of a charity or other religious or spiritual organization.

## 3. Intellectual Property and Ownership; Use of Marks.

As between Coinbase and you, the Developer's Tools, Coinbase Marks, and all intellectual property rights therein and thereto are and shall at all times remain the sole and exclusive property of Coinbase and are protected by applicable intellectual property laws and treaties. You have no rights with respect to Developer's Tools or Coinbase Marks except as expressly set forth herein. If you obtain Coinbase's prior written consent, you may use and display Coinbase's name and logo ("Coinbase Marks") solely to attribute the Developer's Tools as the source of your Application.

## 4. API Calls and Compliance

Coinbase may set limits on the number of API calls that you can make at its sole discretion, for example in the interest of service stability. If you exceed these limits, Coinbase may moderate your activity or cease offering you access to the Coinbase APIs altogether in Coinbase's sole discretion. You agree to such limitations and will not attempt to circumvent such limitations. Coinbase may immediately suspend or terminate your access to the Developer's Tools without notice if Coinbase believes, in its sole discretion, that you are in violation of this Agreement or the Terms.

## 5. Updates and Support

Coinbase may elect to provide you with support or modifications for the Developer's Tools, in its sole discretion, and may terminate such support at any time without notice. Coinbase may change, suspend, or discontinue any aspect of the Developer's Tools at any time, including the availability of any Developer's Tools.

COINBASE_SPILKER_000244

## 6. Security and Privacy

**6.1 Security.**  You will use all reasonable efforts to protect Customer Data (as defined below) collected by your Application, including without limitation any personally identifiable information ("PII"), from unauthorized access or use. In the event your systems or infrastructure that are used for storage, processing or hosting Customer Data are breached or compromised, or if Customer Data is inadvertently exposed to non-authorized third parties, you shall notify Coinbase promptly of such a breach or exposure including root cause, remediation steps, and compensating controls to ensure such a breach does not occur in the future. You are responsible for providing customer notification under the state breach notification statutes and any other applicable privacy laws and you will bear the costs incurred by Coinbase resulting from your breach or exposure. You acknowledge that you are solely responsible for any personal injury or property damage arising from or relating to your use of any Developer's Tools or any authorized or unauthorized use of your Application.

**6.2. Privacy and PII.**  "Customer Data" means any and all technical information, PII, device usage information, or other information derived from access to or use of any of the Developer's Tools, including but not limited to data that relates to any end users of any Coinbase products or services or pertains to use of any Coinbase products or services by such end users. You acknowledge and agree that you are solely responsible for obtaining all required consents from end users in connection with any use of your Application and the Developer's Tools, which consent shall be compliant with all applicable data protection legislation and other privacy laws, rules, and regulations. Without limiting the foregoing, before collecting any Customer Data or other information from end users of your Application, you must provide adequate notice of what Customer Data and other information you collect and how it will be used and/or shared and obtain any necessary consents. You and your Application will comply with all privacy laws and regulations (including those applying to PII) in connection with your access and use of the Developer's Tools. You will provide and adhere to a privacy policy for your Application that: (i) complies with all applicable laws, rules, and regulations, (ii) is conspicuously displayed to all end users of your Application, and (iii) clearly and accurately describes to end users of your Application what data and user information you collect (such as PII, login information, etc.) and how you use and share such information (including for advertising) with Coinbase and third parties. If a user requests of you or Coinbase to have any Customer Data that may be considered PII under any law, rule, or regulation throughout the world deleted, you agree to promptly honor the user's or Coinbase's request and to delete all such data and information from your servers and other assets, including back-ups, to the extent reasonably possible, or to anonymize all user data so it cannot be tied back to a user's identity.

**6.3. Data Use.**  You will not sell any Customer Data or disclose any Customer Data to any third party. Your Application may use Customer Data only as required for use and access to your Application by the end user to whom such Customer Data relates. You shall not sublicense the Customer Data to any third party, and you shall not use or disclose any information derived directly or indirectly from the Customer Data for any purpose other than as set forth above.

COINBASE_SPILKER_000245

Without limiting the generality of the foregoing, you shall not use any part of the Customer Data to create a database separate from your Application or transmit all or part of the Customer Data to any third party for any use separate from your Application. Any use of Customer Data other than as expressly permitted by this Agreement is strictly prohibited.
<% end %>